# EXHIBIT 1

# Midtown Management District

## Invitation to Bid
## Field Maintenance Services Project

**Dated Issued:** October 19, 2017

The Midtown Management District (the "Midtown District") seeks a qualified, experienced, and professional contractor to provide landscape maintenance and general cleanup services in public spaces and right-of-ways of the streets within the boundaries of the Midtown District. Prospective Responders are invited to submit their bids and qualifications.

**BACKGROUND:** The area commonly known as "Midtown" is a mixed-use urban area located generally between the Houston Central Business District and the Texas Medical Center.

The Midtown District has established a Services and Maintenance Program to support the revitalization and redevelopment of Midtown. The goal of the Services and Maintenance Program is to enhance the Midtown's pedestrian nature, viability, and image by providing well-maintained public spaces and rights-of-way. The Field Maintenance Services Project is designed to help achieve this goal by providing landscape and maintenance services and the removal of trash, debris, and other unsightly objects in the public rights-of-way of the Midtown District.

**PROJECT:** The Midtown District's Field Maintenance Services Project is intended to provide daily landscape maintenance and general cleanup services in public spaces and along the right-of-way of the streets throughout the entire Midtown District. A map showing the boundaries of the Midtown District is attached hereto as *Exhibit C*.

**SCOPE OF SERVICES:** The selected contractor shall furnish all personnel, materials, tools, equipment, and services required to provide daily landscape maintenance and general cleanup services including mowing, edging, weeding, blowing, hand irrigation, power washing, tree trimming, trash collection, debris and litter removal in public spaces and right- of-ways in Midtown. The Field Maintenance Services contractor will provide at least six (6) full-time employees to perform field maintenance services a minimum of eight (8) hours per day, five (5) days per week (Monday through Friday). A more detailed description of the services required is set forth in the "Scope of Services (General Provisions)" attached hereto as *Exhibit A* and in the "Scope of Services (Specific Provisions)" attached hereto as *Exhibit B*. The anticipated project start date is January 2, 2018 or such other date as determined by the Midtown District.

**PRICE PROPOSAL:** Please provide a price proposal to accomplish the scope described above. Responders must complete the "Official Midtown District Bid Form" attached hereto as *Exhibit D*.

This invitation for bid should not be construed as an agreement to purchase goods or services. The District reserves the right to reject any or all bids.

**ADDITIONAL INFORMATION**: In addition to providing background information regarding the organization, including years in existence, key personnel, experience and expertise, Responders should also provide references and specific examples of work on similar projects, including name of project, name, physical address, email address and phone number of contact person, and a narrative description of

the services provided. Please feel free to include any other information you deem relevant to this Project for consideration and review by the Midtown District.

**INSURANCE REQUIREMENTS:** Responders must provide proof of insurance with, at a minimum, the following coverage and limits of liability:

| Coverage | Limit of Liability |
|---|---|
| Worker's Compensation | Statutory for Workers Compensation |
| Employer's Liability | Bodily Injury $1,000,000 |
| Comprehensive Commercial General Liability, Including Broad Form Coverage, Contractual Liability, Bodily and Personal Injury, and Completed Operations | Combined limits of $1,000,000 per occurrence and $2,000,000 in the aggregate |
| Automobile Liability Insurance (for automobiles used by the contractor in the course of its performance under the Agreement including employer's non-owned and hired auto coverage) | $1,000,000 combined single limit per occurrence |

If the required insurance is not in place at the time responses are submitted, responders must show evidence of insurability at the above described coverage limits, which evidence can be in the form of a valid insurance quote or such other evidence of insurability acceptable to the Midtown District. Alternatively, the responders may submit a copy of a valid Certificate of Insurance with the above coverage and limits of liability as proof of insurance.

Insurance must be in effect at the time a Contract is executed with the successful bidder.

**PARTICIPATION OF MINORITY, WOMEN, AND DISADVANTAGED BUSINESS ENTERPRISES (MWDBE):** It is the policy of the Midtown District to stimulate the growth of minority, women, and disadvantaged business enterprises (MWDBEs) by encouraging the full participation of MWDBE businesses in all phases of its procurement activities and affording those firms a full and fair opportunity to compete for contracts. MWDBE firms must be certified by the City of Houston, Houston Minority Business Council, and /or the Houston Women's Business Council. Proof of such certifications should be included with the Response.

**EVALUATION CRITERIA:** The Selection Team will evaluate Responses in accordance with the following criteria:

| Criteria | Weight (%) |
|---|---|
| a. Pricing | 60 % |
| b. Performance of Similar Work | 25 % |
| c. Minority/Woman/Disadvantaged Business Status | 10 % |
| d. Years in Business | 5 % |
| Total | 100 % |

**CONTRACT AWARD AND TERMS:** The Midtown District will negotiate final contract terms upon selection.  Any contract presented is subject to review by the Midtown District staff and its legal counsel.  Final approval and contract award will be by the Midtown Management District Board of Directors.

**PRE-BID CONFERENCE:**  A Pre-Bid Conference will be held on **October 31, 2017 at 1:00 PM (CST)** at the Midtown District offices located at 410 Pierce Street, Suite 355, Houston, TX 77002.  Attendance at the pre-bid conference is strongly encouraged but is not mandatory.

**BID SUBMISSION:**  Three (3) copies of the Response to this Invitation to Bid should be submitted in a single package clearly marked for identification on the outside with the Respondent's name and the words "**Response to Invitation for Bid for Field Maintenance Services**".  Responses may be either mailed or hand delivered, provided however that all Responses must be **RECEIVED** on or before **2:00 PM (CST) on November 14, 2017**.  **NO LATE SUBMISSIONS WILL BE CONSIDERED.**  Responses should be submitted to:

**Marlon Marshall**
**Midtown Management District**
**410 Pierce Street – Suite 355**
**Houston, TX 77002**

Questions concerning this Invitiation To Bid  must be submitted via [www.CivCastUSA.com](www.CivCastUSA.com) (search "Midtown – Landscape and Maintenance Services") on or before 2:00 p.m. (CST) on November 7, 2017.

# Exhibit A

# Midtown Field Maintenance Services

## Scope of Services

(*General Provisions*)

Contractor shall provide all personnel, materials, tools, equipment, and services required to provide daily general maintenance, landscape and cleanup services including but not limited to mowing, edging, weeding, blowing, hand irrigation, power washing, tree trimming, trash collection, debris and litter removal ("Field Maintenance Services") in public spaces and right-of-ways in the area commonly known as "Midtown" in the City of Houston, Texas. Contractor will provide at least six (6) full-time employees, one (1) of which shall be a working supervisor, who are assigned solely to perform Field Maintenance Services on behalf of the Midtown District at least five (5) days a week. Each full-time employee shall work a minimum of 40 hours per week within the District and shall at all times be dressed appropriately (specifically, employees shall wear a Midtown uniform consisting of a shirt and vest containing the Midtown name and logo, which shirt and vest will be supplied by the Midtown District). Contractor represents that it has the necessary current licenses, including but not limited to pest control and irrigation licenses, to perform its obligations under this Agreement.

To the extent the Field Maintenance Services to be performed hereunder entails landscape maintenance, such services shall be provided in accordance with the Midtown Field Maintenance Services Specifications set forth in the Scope of Services (Specific Provisions) attached hereto as Exhibit B.

Contractor shall provide at its sole cost and expense two (2) EZ Go Carts or similar type golf cart vehicles for use in trash and debris collection within the Midtown District. At all times while in the Midtown District, vehicles shall display clearly visible signage containing the Midtown District's name and logo. Any such signage shall be provided by the Midtown District for use by the Contractor and must be surrendered to the Midtown District upon termination of this Agreement. Contractor shall be solely responsible for the disposal of trash and debris collected and shall properly dispose of any such trash and debris in accordance with any applicable municipal, state or federal law.

Contractor shall provide at its sole cost and expense a watering tank for use in hand irrigation within the Midtown District.

Contractor shall provide, at its sole cost and expense, a facility for storage of its materials, tools, and equipment required to provide the services required under this Agreement. The Midtown District shall have no responsibility for any loss or damage to any of the Contractor's materials, tools or equipment.

Contractor shall provide weekly written reports in form and substance as is required by the Executive Director of the Midtown District or his designee. The form, substance and frequency of such reports shall be in the sole discretion of and may be changed periodically by the Executive Director of the Midtown District or his designee and Contractor shall be given at least 1-week advance notice of such changes in reporting requirements.

Contractor shall coordinate weekly with the Executive Director of the Midtown District or his designee for work assignments and to determine an appropriate schedule for performance of such Field Maintenance Services. In the event of a change in such schedule for any reason, Contractor will notify the Executive Director or his designee immediately of such change.

In the event, Contractor shall be unable to perform the Field Maintenance Services due to inclement weather, such Field Maintenance services shall be performed at the next earliest possible date when inclement weather no longer prohibits Contractor from performing such services.

# Exhibit B

## Midtown Field Maintenance Services

### Scope of Services
(*Specific Provisions*)

**PART I**　　**GENERAL**

**1.01**　　<u>**SCOPE**</u>

  A) Work included: perform all work necessary utilizing acceptable horticultural practices for the landscape maintenance of the public spaces and rights of way within the Midtown District. Such work includes, but is not limited to the following:

    1. Mowing, edging, and trimming of lawn areas
    2. Pruning and trimming of plant material
    3. Weeding and cleaning of plant beds
    4. Application of fertilizer, insecticides, fungicide, and herbicides
    5. Removal of trash, litter and debris
    6. Monitor adjustments, coverage and repair of sprinkler systems
    7. Hand irrigation of landscaping not serviced by the automatic sprinkler systems
    8. Power washing of brick pavers, planters and hardscape material.

  B) Related work under a separate contract:

    1. Sprinkler repair (excluding that which damaged by Contractor)
    2. Plant replacement

  C) Extra Services:

All services not covered under this contract shall be considered **"EXTRA SERVICES"** and will be charged separately according to the nature of the task and work involved.  **WRITTEN AUTHORIZATION** for **EXTRA SERVICES** must be obtained prior to performance.

**1.02**　　<u>**CONTRACTOR'S PERFORMANCE**</u>

The Contractor shall perform all work required as necessary to fulfill the intent of the contract. All work shall be performed in a professional manner, noise shall be kept to a minimum and work staged from a location on the site as to not interfere with the users of the site.

**1.03** **CONTRACTOR'S RESPONSIBILITIES**

A) Trees, shrubs or turf that are damaged or killed due to Contractor's operations, chemicals or negligence shall be replaced by the Contractor at no expense to the Midtown District.

B) Sprinklers or structures that are damaged due to the Contractor's operations or negligence must be repaired or replaced by the Contractor promptly.

**1.04** **EMERGENCIES**

The Contractor shall respond to emergency or complaint calls regarding conditions in the public right of way requiring immediate attention, including but not limited to, fallen trees or branches or water leaks. Contractor shall immediately notify the Midtown District of any water leaks or other conditions requiring an immediate response.

**PART II** **EXECUTION**

**2.01** **TURF MAINTENANCE**

A) Mowing, edging, trimming and blowing.

1. During cool weather mow at 1 1/2", hot weather at a height of 2".
2. Never scalp the lawn or remove more than one half the existing top growth in one mowing.
3. Trim grass around sprinkler heads each time the grounds are mowed.

**2.02** **TREE AND SHRUB MAINTENANCE**

A) Contractor shall be responsible for staking and tying of trees at all times. Broken ties and stakes shall be replaced as needed. Adjustments shall be made from time to time to allow proper growth of the tree.

1. All suckers shall be continually removed.
2. Periodically prune or shape trees to promote correct growth (10' below).
3. Periodically adjust or replace ties and stakes to insure the correct growth of trees.
4. All major pruning shall be done only under the direction of the Midtown District.

**2.03** **FERTILIZATION**

    A)     Yearly Program-Lawn

        Mar 1 - Mar 31:      19-5-9 with 50% SCU, 2% FE
        May 1- May 31:      19-5-9 with 50% SCU, 2% FE
        July 1 - July 31:      19-0-6 with 2% FE
        Oct 1 - Oct 31:      8-8-19 Winterize

        1. Apply at a rate of 10 lbs/1000 sq. ft. in the spring and fall.
        2. Apply at a rate of 7 lbs/1000 sq. ft. in the summer.

    B)     Shrubs and trees need a 13-13-13 analysis fertilizer but at a rate of 8 lbs/1000 sq. ft.

    C)     Contractor shall notify the Midtown District prior to fertilization application.

**2.04** **PESTICIDES OR CHEMICAL APPLICATIONS**

    A)     The Contractor is hereby granted permission to use such pesticides and chemicals as found necessary and advantageous. The Contractor assumes all liability for damage and/or injury from use of these products or equipment. The Midtown District shall be notified prior to application and advised of any potential danger associated with the use of these products.

        1) An approved insecticide shall be used as required for chinch bugs and grubs.
        2) Plant material insecticides will be used as necessary to control brownpatch.
        3) Lawn fungicides will be used as required to control brownpatch.
        4) Plant fungicides shall be used as necessary to control fungus.
        5) A herbicide spray shall be used to prevent growth in paved areas where vegetation growth is not permitted.

**2.05** **HAND IRRIGATION**

    A)     Contractor shall be responsible for hand watering of landscaping in areas not serviced by automatic sprinkler systems.

**2.06** **POWER WASHING**

    A)     Contractor shall be responsible for power washing of brick pavers, planters, and hardscape material in designated areas of the District.

**2.07** **GENERAL CLEAN UP**

      A)    The Contractor shall remove and dispose of all waste material or refuse from his operations immediately after maintenance functions have been performed.

          1) Leaves, paper, grass clippings or other debris shall be bagged and removed from site during each visit.
          2) No turf clippings, litter or debris should be raked or blown in such a way that it ends up on privately owned property, public streets, sidewalks or in the City of Houston's water and sewer system.

**Part III**    **SPRINKLER MAINTENANCE SPECIFICATIONS**

**3.01**    **SCOPE**

      A)    Work included: perform all work necessary utilizing acceptable practices for the sprinkler maintenance of the project as required herein. Such work includes but is not limited to:

          1) Check controller settings for proper operations.
          2) Activate system and check each station for the following:

              a) Proper valve operation
              b) Broken lines
              c) Proper operation of heads and nozzles
              d) Proper coverage of all landscaped areas
              e) Proper elevation and alignment of sprinkler heads

      B)    Work not included:

          1) Repair work on controllers and valves
          2) Repair of broken lines
          3) Correction of improper elevation of sprinkler heads
          4) Placement of donuts

**3.02** **EXECUTION**

    A) The Contractor shall monitor and program the automatic controlling devices to provide optimum moisture levels in all areas.

        1) Irrigation cycles shall be set to take place prior to sunrise (usually 4:00-5:00 a.m.) unless otherwise instructed by the District. Avoid watering on days scheduled for maintenance visits by landscape personnel.

        2) If there is more than one irrigation controller, do not program to water during the same time period, as overdraft of water meters will result. Set controllers so that one finishes water cycle before next one starts.

        3) Adjust sprinklers to avoid windows, buildings, and walkways.

        4) Replace sprinkler heads damaged by mowers or other maintenance functions. Such repairs or replacements shall be made at no cost to the owner.

        5) Clean all clogged nozzles and flush system if necessary.

        6) Contractor shall complete a sprinkler check form and return it to the Midtown District after each sprinkler check. This form shall include the following:

            a) any malfunction in the controller, valves or heads.
            b) description of areas not receiving coverage.
            c) work that has been performed.
            d) work that has not been performed. Specify any problems that exist which cannot be corrected at that time. Include an approximate cost for all repairs which are not included in a sprinkler check.

        7) Advise Midtown District in the event that the sprinkler system is not entirely operational. Provide details of the specific work that needs to be completed to repair the sprinkler system.

# Exhibit C
## Map of the Midtown Management District



# Exhibit D

## Official Midtown District Bid Form

To: **Midtown Management District**
Attention: Mr. Marlon Marshall
410 Pierce Street, Suite 355
Houston, Texas 77002

Project: **Field Maintenance Services Project**

Bidder: _____

Bid Price: $_____

Similar Work: How many similar jobs has your company completed in the past five (5) years? _____

Please briefly describe each job and identify and provide current contact information for the property owner/manager: (attach additional sheets if necessary)

*Project Name:* _____

*Contact Name:* _____  *Contact Phone:* _____

*Project Description:* _____

_____

_____

_____

_____

_____

MWDBE STATUS: Is your company a Minority, Women, or Disadvantaged Business Enterprise (MWDBE) certified by the City of Houston, Houston Minority Business Council, and /or the Houston Women's Business Council?

_____ Yes       _____ No

If yes, please attach certificate*

Years in Business: How many years has your company been in business? _____
Please attach Certificate of Business Formation.*

*Name on the certificate must match the name of the Responder.