"

"

"

"

# EXHIBIT 4

# Midtown Management District

## Invitation To Bid
## Baldwin & Glover Parks Landscape Maintenance Project

**Dated Issued:**  October 21, 2022

The Midtown Management District (the "Midtown District") seeks a qualified, experienced, and professional contractor to provide landscape maintenance services at Elizabeth Baldwin Park, located on Elgin Street between Crawford Street and Chenevert Street and Elizabeth Glover Park, located at the corner of Elgin Street and Austin Street in the Midtown District.  The Elizabeth Baldwin Park and the Elizabeth Glover Park are collectively referred to herein as the "Parks").  Prospective Responders are invited to submit their bids and qualifications.

**BACKGROUND:** The area commonly known as "Midtown" is a mixed-use urban area located generally between the Houston Central Business District and the Texas Medical Center.  A map showing the boundaries of the Midtown District is attached hereto as ***Exhibit C*** and is available on the District's website at *www.midtownhouston.com*.

The Midtown District has established a Services and Maintenance Program to support the revitalization and redevelopment of Midtown.  The goal of the Services and Maintenance Program is to enhance Midtown's pedestrian nature, viability, and image by providing well-maintained public spaces and right-of-ways.  The Baldwin & Glover Parks Landscape Maintenance Project is designed to help achieve this goal by providing landscape and maintenance services at recently renovated parks in the Midtown District.

**PROJECT:**  The Midtown District seeks a contractor to furnish all personnel and equipment required to provide weekly landscape maintenance services at the Parks.  A complete description of the Project is described in the attached scope of services documents. The Midtown District reserves the right to reject any or all bids.

**SCOPE OF SERVICES:**   The selected contractor shall furnish all personnel, materials, tools, equipment, and services required to provide landscape maintenance services at the Parks in the Midtown District.   The contractor will provide these landscape maintenance services at least once a week. A more detailed description of the services required is set forth in the "Scope of Services (General Provisions)" attached hereto as ***Exhibit A*** and in the "Scope of Services (Specific Provisions)" attached hereto as ***Exhibit B.***  The anticipated Project start date is January 1, 2023 or such other date as determined by the Midtown District.

**PRICE PROPOSAL:** Please provide a price proposal to accomplish the scope described above and in ***Exhibit A and Exhibit B***.  Responders must complete the "Official Midtown District Bid Form" attached hereto as ***Exhibit D***.  As part of your Bid Form, please include a price proposal for an extra one-time special event servicing of each park, if deemed necessary.

This Invitation To Bid should not be construed as an agreement to purchase goods or services. The Midtown District reserves the right to reject any or all bids.

**ADDITIONAL INFORMATION:**  In addition to providing the Bid Form, Responders must provide the following additional information in order to comply with this Invitation to Bid ("ITB").  Please complete

Page 1

all sections and respond with a maximum of 20 pages. The Bid Form and key personnel resumes are in addition to the 20-page response limit.

**Title Page -** The title page should include the ITB subject, the name and address of the Responder, and the required submission date of the Response.

**Cover Letter -** In the cover letter, outline the sales, operational, customer service and technical contacts within your organization. Include phone numbers and e-mail addresses. In addition, this letter shall include a statement by the Proposer i) accepting all terms and conditions contained in this ITB; ii) that the person signing the transmittal letter is authorized to legally bind the Proposer; and iii) that the proposal and pricing contained therein shall remain firm for a period of 180 days from the date of receipt by the Midtown District.

**Company Profile -** Provide the following general information about your company and personnel key to providing landscape maintenance services:

1. Name, address, website (if any), and phone number of your company headquarters.
2. Age of company, year of incorporation/formation, and number of employees and revenues related specifically to the delivery of landscape maintenance services.
3. Number of current customers and years of experience in this line of business.
4. Identify all key personnel designated to work on the ongoing aspects of landscape maintenance services of this project.
5. Describe your company's experience with specific examples of work on similar projects, including name of project, name, physical address, email address and phone number of contact person, and a narrative description of the services provided.
6. Description of equipment your company will utilize to perform the identified Scope of Services under this contract.
7. Describe any current or previous relationship with the Midtown District including services and products provided.

**Summary of Proposed Approach -** Provide the following regarding your company's approach and key personnel to providing landscape maintenance services:

1. Provide a summary that defines your overall approach to provide and manage the landsacpe services.  Provide supporting information, such as organization charts or flow charts that define how your proposed solution is designed to meet the requirements of this ITB. Highlight the capabilities, services, and/or attributes of your firm that differentiate your proposal.
2. Provide copies of any relevant certifications and accreditations obtained by personnel who will be assigned to the project.
3. Provide details about any "Value Added Services" your company proposes in providing landscape maintenance services to the Midtown District.  "Value Added Services" means either voluntary contributions or services from the Contractor in furtherance of the Agreement, which shall not be charged to the Midtown District or which will result in cost savings to the Midtown District.

**References -** Provide the following reference information about your company:

1. Provide up to three references of companies/organizations that have used your services for a minimum of three years on the same or similar basis as is proposed to Midtown District. Contact name(s) and phone number(s) must be included. Also, please indicate

Page 2

    the length of the relationship, date of service commencement, and what products or services are supplied to each such company.

2. Provide up to three references of companies that have used your services on the same or similar basis as is proposed to the Midtown District for a period of more than 12 months, but less than 24 months. Contact name(s), email address, and phone number(s) must be included.
3. Provide at least two references for companies that recently issued a Proposal to your company that you were **not** awarded, or that replaced your services with another provider within the last 24 months. Contact name(s), email address, and phone number(s) must be included.

**Financial Considerations –** In addition to the information requested on the Official Midtown District Bid Form, please provide the following financial related information**:**

1. Provide a summary that defines your overall pricing strategy proposed for this project. Briefly describe all fees that may be incurred by the Midtown District over the Agreement term.
2. Explain how the proposed pricing strategy will ensure that service and performance levels will be maintained consistently at all times.
3. Identify any other fees or costs the Midtown District will incur as a result of your proposal

**INSURANCE REQUIREMENTS:**  Responders must provide proof of insurance with, at a minimum, the following coverage and limits of liability:

| Coverage | Limit of Liability |
|---|---|
| Worker's Compensation | Statutory for Workers Compensation |
| Employer's Liability | Bodily Injury $1,000,000 |
| Comprehensive Commercial General Liability, Including Broad Form Coverage, Contractual Liability, Bodily and Personal Injury, and Completed Operations | Combined limits of $1,000,000 per occurrence and $2,000,000 in the aggregate |
| Automobile Liability Insurance (for automobiles used by the contractor in the course of its performance under the Agreement including employer's non-owned and hired auto coverage) | $1,000,000 combined single limit per occurrence |

If the required insurance is not in place at the time Responses are submitted, Responders must show evidence of insurability at the above described coverage limits, which evidence can be in the form of a valid insurance quote or such other evidence of insurability acceptable to the Midtown District. Alternatively, Responders may submit a copy of a valid Certificate of Insurance with the above coverage and limits of liability as proof of insurance.

Insurance must be in effect at the time a Contract is executed with the successful Bidder.

**PARTICIPATION OF MINORITY, WOMEN, AND DISADVANTAGED BUSINESS ENTERPRISES (MWDBE):** It is the policy of the Midtown District to stimulate the growth of minority, women, and disadvantaged business enterprises (MWDBEs) by encouraging the full participation of MWDBE businesses in all phases of its procurement activities and affording those firms a full and fair opportunity to compete for contracts. MWDBE firms must be certified by the City of Houston, Houston Minority Business Council, and /or the Houston Women's Business Council. Proof of such certifications should be included with the Response.

**EVALUATION CRITERIA:** The contract will be awarded to one or more Responders at the sole discretion of the Midtown District after consideration of the quality of service, product, price and other factors that are deemed relevant to the services to be performed. Prospective Responders must have a satisfactory record of contract performance, integrity and business ethics, and adequate financial resources to meet the contractual requirements over the life of the Agreement. By submitting this Response, Responder warrants that it is legally authorized to do business in the State of Texas (a "Certificate of Registration" from the Texas Secretary of State's Office will be required of the selected Responder prior to contract award), is in compliance with all applicable laws and regulations, is not prohibited from doing business with the Midtown District or with the City of Houston (the "City") by law, order, regulation, or otherwise, and the person submitting the Response on behalf of the Responder is authorized by the Responder to bind it to the terms of the Response.

In addition to the factors already set forth, the adequacy of the Proposer's proposal will be evaluated according to the following criteria:

> **Financial Considerations -** *50 POINTS*
> **Organizational Qualifications and References -** *25 POINTS*
> **Proposed Approach -** *15 POINTS*
> **Minority, Women, Disadvantaged Business Enterprise (MWDBE) -** *10 POINTS*

**CONTRACT AWARD AND TERMS:** The Midtown District will negotiate final contract terms upon selection. Any contract presented is subject to review by the Midtown District staff and its legal counsel. Final approval and contract award will be by the Midtown Management District Board of Directors.

**PRE-BID CONFERENCE:** A Pre-Bid Conference will be held on **November 1, 2022 at 2:00 PM (CST)** at the Midtown District offices located at 410 Pierce Street, Suite 355, Houston, TX 77002. Attendance at the pre-bid conference is strongly encouraged but is not mandatory.

**BID SUBMISSION:** The Response to this Invitation to Bid should be electronically submitted in a single package (.pdf file) clearly marked for identification in the subject reference line with the Respondent's name and the words "**Response to Invitation for Bid for Field Maintenance Services Project**". All Responses must be **RECEIVED** on or before **2:00 PM(CST) on November 15, 2022**. **NO LATE SUBMISSIONS WILL BE CONSIDERED.** Responses should be submitted via email to mmarshall@midtownhouston.com .

Questions concerning this Invitiation To Bid  must be submitted via www.CivCastUSA.com (search "Midtown – Landscape and Field Maintenance Services") on or before 2:00 p.m. (CST) on November 8, 2022.

<u>**Exhibit A**</u>

**Baldwin & Glover Parks Landscape Maintenance Project**
**Scope of Services**
(*General Provisions*)

PART 1       <u>**GENERAL**</u>

1.01       <u>**WORK COVERED**</u>

A.     The Contractor shall furnish all labor, materials, and equipment as necessary to provide a landscape maintenance program in strict accordance with the Specifications and Drawings.  The Contractor shall perform all work required as necessary to fulfill the intent of the contract. All work shall be performed in a professional manner, noise kept to a minimum, and work staged from a location on the site as to not interfere with the users.

1.02       <u>**SCOPE**</u>

A.     Perform all work necessary utilizing acceptable horticultural practices for the landscape maintenance of the project. Such work includes, but is not limited to the following:

1. Litter and debris pick up in both planting and hardscape
2. Cleaning up ash urns
3. Trash removal
4. Pruning of trees
5. Dog run cleaning and upkeep
6. Playground mulch and equipment cleaning
7. Furniture cleaning
8. Wood mulch top dressing
9. Weeding in gardens and turf area
10. Mowing and trimming
11. Irrigation start up and winterizing
12. Irrigation head adjustment
13. Straightening out edging

B.     Related work under a separate contract if specific items are required:

1. Irrigation sprinkler repair (excluding that which damaged by Contractor)
2. Plant replacement at the direction of the landscape architect
3. Graffiti removal
4. Replacement of historic artwork
5. Repair of furniture
6. Gravel mulch replacement
7. Playground mulch replacement
8. Light bulb replacement
9. Electrical outlet replacement
10. Hardscape repairs
11. Decomposed granite replacement

C.  Extra Services:  All services not covered under this contract shall be considered **"EXTRA SERVICES"** and will be charged separately according to the nature of the item and work involved. **WRITTEN AUTHORIZATION** for **EXTRA SERVICES** must be obtained prior to performance.

**1.03      REQUIREMENTS OF REGULATORY AGENCIES**

A.  Perform Work in accordance with all applicable laws, codes, and regulations required by authorities having jurisdiction over such work and provide for all permits required by local authorities.

**1.04      CONTRACTOR RESPONSIBILITIES**

A.  Trees, Shrubs and Groundcovers:  The Contractor's maintenance of planting shall consist of watering, cultivating, weeding, mulching, pruning, re-staking, tightening and repairing of guys, resetting plants to proper grades or upright position, restoration of the planting saucer, and furnishing and applying such sprays and invigorants as are necessary to keep the plantings free of insects and disease and in thriving condition.  Trees, shrubs or groundcover that are damaged or killed due to Contractor's operations, chemicals or negligence shall be replaced at no expense to the Owner.

B.  Irrigation System:  Maintenance of irrigation system shall consist of monitoring and adjustment of the duration and frequency of the watering schedule and adjustment of heads for coverage and elevation.  Sprinklers or structures that are damaged due to the Contractor's operations must be repaired or replaced by the Contractor promptly. Review the irrigation specifications for training of baseline irrigation controller.

C.  Lawns:  Maintenance of lawns shall consist of mowing, watering, weeding, repair of all erosion and reseeding as necessary to establish a uniform stand of specified grasses.  Lawn and grass areas that are damaged or killed due to Contractor's operations, chemicals or negligence shall be replaced at no expense to the Owner. Reset edging if out of straight alignment.

D.  Decomposed Granite:  Maintenance of decomposed granite areas shall consist of weeding and application of herbicide spray to prevent growth in granite and paved areas where vegetation growth is not permitted. Annual compacting of decomposed granite maybe required to levels identified in drawings and specifications.

E.  Litter Collection:  Pick up litter and debris on site and empty trash receptacles at each site visit.  This includes maintenance of pet waste stations.

**1.05      EMERGENCIES**

A.  The Contractor shall respond to emergency or complaint calls regarding conditions in the landscape requiring immediate attention such as fallen trees or branches.

**PART 2      PRODUCTS**

**2.01**     **MATERIALS**

    A.    Materials required for installed items shall match those already in use.

    B.    Samples of all materials not specified under other sections of these Specifications shall be submitted for review by the Midtown District's Landscape Architect prior to use.

    C.    Topdress Fertilizer:  Commercial fertilizer with guaranteed analysis of 16-6-8 or as required for application use.

**2.02**     **REQUIRED EQUIPMENT**

    A.    Contractor shall furnish the following maintenance equipment:

        1.    Lawn Mowers
        2.    Gasoline Powered Edgers
        3.    Trash Collection Equipment
        4.    Line Trimmers
        5.    Miscellaneous Hand Tools, Rakes, Brooms, Etc.
        6.    Blowers
        7.    Other equipment as needed.

**PART 3**     **EXECUTION**

**3.01**     **WATERING**

    A.    It shall be the responsibility of the Contractor to assure that the correct watering of plant materials is being accomplished through the following irrigation techniques:

        1.    Regular deep watering to all new trees until there are definite signs that the trees have established themselves, new growth is apparent, and no trees are experiencing stress conditions.

        2.    Frequent watering to the lawn areas to insure against drying.  This may be accomplished as above, by the automatic sprinkler system, hand watering or portable sprinklers.  Contractor shall monitor settings of automatic sprinkler controls and recommend necessary adjustments according to climatic changes.

    B.    Contractor shall be responsible for damages to irrigation system caused by maintenance operations.

**3.02**     **MAINTENANCE OF TURF AREAS AND DECOMPOSED GRANITE**

    A.    Mowing lawn/grass areas shall be accomplished with sharp, properly adjusted mowers of the correct size for the various areas.

    B.    Mowing frequency shall be as per the Landscape Maintenance Program.  Blade heights shall be set according to the following schedule.

        1.    1 ½ inches            Initial Mowing

|  | 2. | 1 ½ inches | April – November |
|---|---|---|---|
|  | 3. | 2 inches | December – March |

C.     In the event of a prolonged rainy period and a surge of leaf growth is anticipated, the mower height may be readjusted to prevent "scalping" or skinning of lawn on preceding cuts.

D.     Lawn shall be edged evenly at all walks, headers and other structures as per the schedule, using an edger, not a line trimmer.

E.     Until the establishment of the turf, the Contractor will be responsible for replacing soils that have eroded onto the paved areas.  Residual soils on paving will be removed and if not mingled with objectionable materials may be re-used in eroded areas.

F.     Immediately upon observing any lawn grass spreading into shrub or groundcover areas, the Contractor shall initiate a program of removal and maintain this program throughout the maintenance period.

G.     Any lawn grass appearing in paved areas shall receive an application of soil sterilant according to manufacturer's direction.  The sterilant shall be approved and will not be detrimental structurally to paved areas.

H.     Special effort shall be given to control fire ants infesting the site.  After control is accomplished, the ant mounds shall be lowered and tamped to the existing grade.

I.     Apply topdress fertilizer after grassing, if needed.

J.     Decomposed granite areas shall be weeded, and herbicide spray shall be used to prevent growth in granite and paved areas where vegetation growth is not permitted.

**3.03     MAINTENANCE OF TREES AND SHRUBS**

A.     Contractor shall adjust and tighten as required all tree staking and guying. Removal as directed by Owner's Representative.

B.     Contractor shall periodically prune or shape trees to promote correct growth (six inches diameter or less).  All major pruning shall be done only under the direction of the Owner/Owner's Representative.

C.     Contractor shall deep water all new trees until there are definite signs the trees have established themselves and are pushing out new growth.

D.     Watering basins shall be removed by Contractor after the trees have established themselves or as directed by Owner's representative.  Basins are normally removed one year from time of planting.

E.     All weeds within the mulched area around each tree and in each shrub bed shall be removed as often as required.  Under no circumstances shall weeds and grass within planted areas be allowed to attain more than 4 inches growth.

F.  Contractor shall be continuously alert for signs of insect presence or damage or the presence or damage from plant fungi.  Upon locating such evidence, the Contractor shall report it to the Owner's Representative and take action as directed.

**3.04**  **MAINTENANCE OF IRRIGATION SYSTEM**

A.  Irrigation System:  Maintenance of irrigation system shall consist of monitoring and adjustment of the duration and frequency of the watering schedule and adjustment of heads for coverage and elevation, repair of leaks in both mains and lateral lines and all other work required to establish a complete working irrigation system. Contractor shall be responsible for start up and winterizing irrigation system based on seasonal conditions.

**3.05**  **TRASH COLLECTION**

A.  Removal of debris from the site unrelated to horticultural maintenance (paper, bottles, cans, plastics, "Pirate" signs, etc.) shall be the responsibility of the Contractor.  Contractor shall pick up trash and empty trash receptacles at each site visit.  Frequency as per Landscape Maintenance Program. This includes trash removal from all gardens, hardscape areas as well as trash bins.

B.  Pet Waste Stations:  Maintenance of pet waste stations shall consist emptying of trash receptacle and maintaining supply of waste collection bags at each station.

**PART 4**  **SCHEDULES**

**4.01**  **THE EXECUTION ITEMS OF PART 3 IN THIS SPECIFICATION SHALL BE PERFORMED ONCE PER WEEK FOR THE MAINTENANCE PERIOD:**

A.  Should the Contractor require an alteration of the Schedule, contact the Owner.

**4.02**  **TOPDRESS FERTILIZER**

A.  Thirty (30) days after seeding.

**4.03**  **MULCHING, WEEDING, WEED CONTROL, GUYING AND STAKING ADJUSTMENT**

A.  As required at each visit.

**4.04**  **MEETING**

A.  Contractor shall meet once each month and at the end of the maintenance period with the Owner/Owner's Representative.  Contractor shall review irrigation system schedule and operation and other pertinent and helpful maintenance information at each meeting.

## __Exhibit B__

## Baldwin & Glover Parks Landscape Maintenance Project

## **Scope of Services**
### (*Specific Provisions*)

The guidelines as included herein shall govern the work where applicable based on the frequency assigned each area.  Should the Contractor require an alteration of the Schedule, contact the Owner.  (NOTE:  Pruning applies to trees with diameter of six (6) inches or less.)

| **JANUARY:  Weeks 1, 2, 3, 4** |
|---|

__Trees and Shrubs__

Trees shall be pruned. Do not change shape of tree, prune to enhance shape.  Pruning in this manner will promote better growth.  Weed beds as required.  Apply dormant oil to all trees showing signs of scale.  Top dress wood mulch beds to create a minimum of 3" mulch.  Do not put wood mulch on top of existing gravel mulch.  Refer to project construction drawings for clarification.

| **FEBRUARY:  Weeks 1, 2, 3, 4** |
|---|

__Trees and Shrubs__

Continue pruning trees for shape and to remove dead wood.  Watch shrubs for winter damage and over-watering by rainfall.  Apply pre-emergent.

| **MARCH:  Weeks 1, 2** |
|---|

__Trees and Shrubs__

Apply tree fertilizer to established trees.  Deep root feeding is method to use during this period.  Iron and other elements shall be applied if needed.  Fertilizer applied shall be Davey 30-10-7 for trees and shrubs.  Fertilize acid loving plants as called for under "Acceptable Products."  Do not fertilize flowering shrubs until blooming is completed.

Check plants for adequate watering to prevent any winter damage.  Water if necessary.  Prune dead wood as required.  Continue to weed beds.

Mulch (shredded hardwood) shall be placed in all beds, at two-inch layer over existing mulch.  Do not pile mulch on top of tree trunk.  Dead vines should be removed.  Flowering plants should be fertilized only after blooming.

| **MARCH:  Weeks 3, 4** |
|---|

**Trees and Shrubs**

Inspect evergreens for insects and diseases, particularly bores. Spray as required.  This will be considered an extra service.  Continue to weed beds.  Fertilize trees and flowering shrubs if they have buds. Application should be no less than 12-4-8 or 16-4-8 at a rate of ten (10) pounds per 1,000 square feet.

| **APRIL:  Weeks 1, 2, 3, 4** |
|---|

**Seasonal Color**

Remove winter seasonal color plants, prepare bed and plant new seasonal color plants after April 15.

**Trees and Shrubs**

Flowering plants should be through flowering and ready to be pruned and fertilized, if not already completed.  Prune remaining dead wood from trees and shrubs, retaining natural shape.  Continually remove all suckers on base of trees.

| **MAY:  Weeks 1, 2, 3, 4** |
|---|

**Trees and Shrubs**

Inspect evergreens for mites and borers and spray as required.  Inspect plants for scale insects and spray as required.  Inspect flowering trees for powdery mildew and apply fungicide as required.  This service will be considered an extra service.  Apply herbicide to shrub beds as required, using the same materials as early spring.  Weed beds as required.

---

**MAY:  Weeks 3, 4**

---

**Trees and Shrubs**

Continue to check plants for pests and control as required.  Water any established plants as needed. Pruning shall cease until Fall.  Apply fertilizer to acid loving plants as per "Acceptable Products" page and Frequency Schedule.

---

**JUNE:  Weeks 1, 2, 3, 4**

---

**Trees and Shrubs**

Maintain adequate moisture for newly planted trees and shrubs.  Water any established plants as needed. Continue to check plants for pests and control as required.  Weed beds as required.

---

**JULY:  Weeks 1, 2, 3, 4**

---

**Trees and Shrubs**

Maintain adequate moisture for newly planted trees and shrubs.  Water any established plants as needed. Continue to check plants for pests and control as required.  Weed beds as required.

---

**AUGUST:  Weeks 1, 2, 3, 4**

---

**Trees and Shrubs**

Continue to check trees and shrubs for adequate moisture around root balls.  No pruning shall be done during this period.  Check all trees and shrubs for possible disease and insects, spray if necessary.  Weed beds as required. Top dress wood mulch beds to create a minimum of 3" mulch.  Do not put wood mulch on top of existing gravel mulch.  Refer to project construction drawings for clarification.

| SEPTEMBER:  Weeks 1, 2 |
|---|

**Trees and Shrubs**

Maintain adequate moisture for newly planted trees and shrubs.  Water any established plants as needed.

| SEPTEMBER:  Weeks 3, 4 |
|---|

**Trees and Shrubs**

Maintain adequate soil moisture for all trees and shrubs.  Prune only if necessary.  Continue to check for any pests or diseases, apply chemicals as required.

| OCTOBER:  Weeks 1, 2, 3, 4 |
|---|

**Seasonal Color**

Remove winter seasonal color plants, prepare bed and plant new seasonal color plants after October 15.

**Trees and Shrubs**

Shrubs and groundcovers should be fertilized with a ratio of 1-1-1 at a rate of ten (10) pounds per 1,000 square feet.

| NOVEMBER:  Weeks 1, 2, 3, 4 |
|---|

**Trees and Shrubs**

Examine plants for pests and spray as required.  Do not use pesticides unless necessary.  Weed beds as required.

| DECEMBER:  Weeks 1, 2, 3, 4 |
|---|

**Trees and Shrubs**

Remove leaves from beds.  Weed beds as required.  Check plants for diseases, spray as required.

**Exhibit C**
**Map of the Midtown Management District**



# Exhibit D

| **Official Midtown District Bid Form** |
| --- |

To:       **Midtown Management District**
            Attention:  Mr. Marlon Marshall
            410 Pierce Street, Suite 355
            Houston, Texas 77002

Project:  **Baldwin & Glover Parks Landscape Maintenance Project**

In compliance with the Invitation To Bid by the Midtown Management District and subject to all conditions and specifications thereof, the undersigned offers and agrees to furnish all equipment and labor as provided in the above-mentioned specifications.

Bidder:       _____

Bid Price (monthly):   $_____(per month)

One-time event service (Baldwin Park):  $_____

One-time event service (Glover Park):  $_____

MWDBE STATUS:       Is your company a Minority, Women, or Disadvantaged Business Enterprise (MWDBE) certified by the City of Houston, Houston Minority Business Council, and /or the Houston Women's Business Council?

                          _____ Yes          _____ No

                          If yes, please attach certificate*

Years in Business:     How many years has your company been in business? _____
                          Please attach Certificate of Business Formation.*

                          *Name on the certificate must match the name of the Responder.