UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03516 |
|---|---|---|---|

| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., |
|---|
| *versus* |
| CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joshua P. Thompson<br>Pacific Legal Foundation<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA 95814<br>Telephone: (916) 419-7111<br>jthompson@pacificlegal.org<br>California Bar No. 250955<br>See attachment for federal court admissions |
|---|---|

| Name of party applicant seeks to appear for: | Landscape Consultants of Texas, Inc., and Metropolitan Landscape Management, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/19/2023 | Signed: s/ Joshua P. Thompson |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge