**FEDERAL COURT ADMISSIONS OF JOSHUA P. THOMPSON**

| Court | Admission Date |
|---|---|
| U.S. District Court of Eastern Texas | 12/11/2007 |
| U.S. District Court of Central California | 4/8/2019 |
| U.S. District Court of Eastern California | 6/25/2009 |
| U.S. District Court of Northern California | 12/11/2007 |
| U.S. District Court of the District of Columbia | 4/25/2011 |
| U.S. District Court of Northern Illinois | 5/8/2020 |
| U.S. District Court of Western Wisconsin | 3/23/2017 |
| U.S. Court of Appeals, First Circuit | 10/21/2019 |
| U.S. Court of Appeals, Second Circuit | 1/24/2012 |
| U.S. Court of Appeals, Fourth Circuit | 12/24/2013 |
| U.S. Court of Appeals, Sixth Circuit | 1/10/2023 |
| U.S. Court of Appeals, Seventh Circuit | 3/3/2018 |
| U.S. Court of Appeals, Eighth Circuit | 8/4/2016 |
| U.S. Court of Appeals, Ninth Circuit | 2/14/2011 |
| U.S. Court of Appeals, Eleventh Circuit | 10/28/2014 |
| U.S. Court of Appeals, District of Columbia | 12/31/2007 |
| U.S. Supreme Court | 10/3/2011 |