UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 <br><br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure Landscape Consultants of Texas, Inc., and Metropolitan Landscape Management, Inc., hereby state that they have no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: September 19, 2023.

|  |  |
|---|---|
| Joshua P. Thompson* <br> *Of Counsel* <br> Cal. Bar No. 250955 <br> Pacific Legal Foundation <br> 555 Capitol Mall <br> Suite 1290 <br> Sacramento, CA 95814 <br> Telephone: (916) 419-7111 <br> Fax: (916) 419-7747 <br> jthompson@pacificlegal.org <br> **Pro Hac Vice forthcoming* | Respectfully submitted, <br> s/ *Erin E. Wilcox* <br> Erin E. Wilcox <br> *Attorney-in-Charge* <br> Cal. Bar No. 337427 <br> S.D. Tex. Bar No. 3369027 <br> Pacific Legal Foundation <br> 555 Capitol Mall <br> Suite 1290 <br> Sacramento, CA 95814 <br> Telephone: (916) 419-7111 <br> Fax: (916) 419-7747 <br> ewilcox@pacificlegal.org |

*Counsel for Plaintiff*