United States District Court
Southern District of Texas
**ENTERED**
September 25, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　　　　　SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-03516 |
|---|---|---|---|

| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., |
|---|
| *versus* |
| CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Joshua P. Thompson<br>Pacific Legal Foundation<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA 95814<br>Telephone: (916) 419-7111<br>jthompson@pacificlegal.org<br>California Bar No. 250955<br>See attachment for federal court admissions |
|---|---|

| Name of party applicant seeks to appear for: | Landscape Consultants of Texas, Inc., and Metropolitan Landscape Management, Inc. |
|---|---|

| Has applicant been sanctioned by any bar association or court?　Yes _____　No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/19/2023 | Signed: | s/ Joshua P. Thompson |
|---|---|---|

| The state bar reports that the applicant's status is: **Active** |
|---|
| Dated: 09/22/2023 　Clerk's signature　*[signature]* |

**Order**

Dated: 9/22/23

This lawyer is admitted *pro hac vice*.

*[signature]*
United States District Judge