UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to this Court's September 21, 2023, Order [Dkt. 6], Plaintiffs Landscape Consultants of Texas, Inc., and Metropolitan Landscape Management, Inc., certify that the following list is all known persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation:

1. Plaintiff: Landscape Consultants of Texas, Inc.

2. Plaintiff: Metropolitan Landscape Management, Inc.

3. Counsel for Plaintiffs: Erin Wilcox and Joshua Thompson

4. Defendant: City of Houston

5. Defendant: Midtown Management District.

If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, counsel will promptly file an amended certificate with the clerk.

DATED: September 25, 2023.

Respectfully submitted,

Joshua P. Thompson*
*Of Counsel*
Cal. Bar No. 250955
Pacific Legal Foundation
555 Capitol Mall
Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
jthompson@pacificlegal.org

*Pro Hac Vice

s/ Erin E. Wilcox
Erin E. Wilcox
*Attorney-in-Charge*
Cal. Bar No. 337427
S.D. Tex. Bar No. 3369027
Pacific Legal Foundation
555 Capitol Mall
Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
ewilcox@pacificlegal.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023, I served this document via U.S. Mail to the Defendants.

s/ Erin E. Wilcox
Erin E. Wilcox
