AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     4:23-CV-03516

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **City of Houston c/o Pat J. Daniel, City Secretary**
was recieved by me on  **9/21/2023:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Troy D. Lemon**, who is designated by law to accept service of process on behalf of **City of Houston c/o Pat J. Daniel, City Secretary** at **Office of the City Secretary 900 Bagby St, Houston, TX 77002** on **09/22/2023 at 8:41 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  09/22/2023

*Server's signature*

**Eric M Jimenez**
*Printed name and title*

**319 Aurora St**
**Houston, TX 77008**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Troy D. Lemon who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**



Tracking #: **0114635232**

