# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> *Defendants*. | Civil Action No. 4:23-cv-3516 <br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following counsel hereby appears in the above-captioned case on behalf of Midtown Management District ("Defendant"). Defendant requests that all notices, given or required to be given, in this case and all papers, served, or required to be served, in this case be delivered to and served upon the persons listed below at the following address, telephone, and facsimile numbers:

> Richard F. Whiteley
> State Bar No. 24013744
> Bracewell LLP
> 711 Louisiana, Suite 2300
> Houston, Texas 77002-2781
> Telephone:  713-221-1123
> Facsimile:  713-222-3234
> richard.whiteley@bracewell.com

Nancy M. Davis
State Bar No. 24056205
Bracewell LLP
711 Louisiana, Suite 2300
Houston, Texas 77002-2781
Telephone:  713-221-1123
Facsimile:  713-222-3234
nancy.davis@bracewell.com

PLEASE TAKE FURTHER NOTICE THAT the foregoing request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, and answers, whether formal or informal; whether written or oral; and whether transmitted or conveyed by electronic mail, mail, courier service, telegraph, telex, telefax, or otherwise.

Respectfully Submitted,

BRACEWELL LLP

By:   /s/ *Richard F. Whiteley*
Richard F. Whiteley
State Bar No. 24013744
Nancy M. Davis
State Bar No. 24056205
711 Louisiana, Suite 2300
Houston, Texas 77002-2781
Telephone:  713-221-1123
Facsimile:  713-222-3234
Email :
richard.whiteley@bracewell.com
Email :  nancy.davis@bracewell.com

**ATTORNEYS FOR DEFENDANT, MIDTOWN MANAGEMENT DISTRICT**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record via the Court's electronic filing system, in accordance with the Federal Rules of Civil Procedure, on October 13, 2023.

                                         */s/ Richard Whiteley*  
                                         Richard F. Whiteley