# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> *Defendants*. | Civil Action No. 4:23-cv-3516 <br><br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT MIDTOWN MANAGEMENT DISTRICT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant Midtown Management District (the "District") moves for a 30-day extension of time to answer, move, or otherwise respond to Plaintiffs Landscape Consultants of Texas, Inc. and Metropolitan Landscape Management Inc.'s, ("Plaintiffs") Complaint as follows.

1. Plaintiffs filed their Complaint on September 19, 2023.

2. On September 26, 2023, the Complaint and Summons were served on the District, meaning that pursuant to Federal Rule of Civil Procedure 12, the

District's Answer would be due twenty-one (21) days later on October 17, 2023.

3. Pursuant to Federal Rule of Civil Procedure 6, the District respectfully moves to extend the time to answer, move, or otherwise respond to the Complaint to and including November 16, 2023.

4. Counsel for the District has conferred with counsel for Plaintiffs, and Plaintiffs' counsel has indicated that Plaintiffs are unopposed to the relief sought in this motion.

5. Accordingly, the District requests that the Court enter an order extending the time for the District to answer, move, or otherwise respond to the Complaint to and including November 16, 2023.

DATED: October 16, 2023

Respectfully submitted,

BRACEWELL LLP

By: */s/ Richard F. Whiteley*
Richard F. Whiteley
*Attorney in Charge*
State Bar No. 24013744
S.D. Admissions No. 5290206
Nancy M. Davis
State Bar No. 24056205
S.D. Admissions No. 1365946
BRACEWELL LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212
Email: richard.whiteley@bracewell.com
Email: nancy.davis@bracewell.com

**ATTORNEYS FOR DEFENDANT MIDTOWN MANAGEMENT DISTRICT**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record via the Court's electronic filing system, in accordance with the Federal Rules of Civil Procedure, on October 16, 2023.

*/s/ Richard Whiteley*
Richard F. Whiteley
