### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> *Defendants*. | Civil Action No. 4:23-cv-3516 <br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Pending before the Court is Defendant Midtown Management District's (the "District") motion for a 30-day extension of time to answer, move, or otherwise respond to Plaintiffs Landscape Consultants of Texas, Inc. and Metropolitan Landscape Management Inc.'s, ("Plaintiffs") Complaint. The Court, having considered the District's motion, is of the opinion that the motion should be **GRANTED**. Accordingly, the Court hereby

**ORDERS** that the time for the District to answer, move, or otherwise respond to the Complaint shall be extended by thirty (30) days to and including November 16, 2023.

SIGNED at Houston, Texas, on this __ day of October, 2023.

_____
DAVID HITTNER
United States District Judge