# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | | |
|---|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., *Plaintiffs*, | § § § § § § § | |
| v | § § | Civil Action No.: 4:23-cv-3516 |
| CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, *Defendants*. | § § § § § | |

## DEFENDANT CITY OF HOUSTON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant, City of Houston, ("City"), moves for a thirty (30) day extension of time to answer, move, or otherwise respond to Plaintiffs' Landscape Consultants of Texas, Inc. and Metropolitan Landscape Management Inc.'s ("Plaintiffs") Complaint as follows:

1. Plaintiffs filed their Complaint on September 19, 2023.

2. Plaintiffs served their Complaint and Summons on the City on September 22, 2023.

3. Pursuant to Federal Rule of Civil Procedure 12, the City's Answer or Responsive Pleading would be due twenty-one (21) days later, on October 13, 2023.

4. Pursuant to Federal Rule of Civil Procedure 6, the City respectfully moves to extend the time to answer, move, or otherwise respond to the Complaint to and including November 13, 2023.

5. Counsel for the City has conferred with counsel for Plaintiffs, and Plaintiffs' counsel has indicated that Plaintiffs are unopposed to the relief sought in this motion.  *See* Exhibit A.

6. The extension to answer, move, or otherwise respond to the Complaint will not cause prejudice to any party and will result in no undue delays of this proceeding.

7. Accordingly, the City requests that the Court enter an order extending the time for the City to answer, move, or otherwise respond to the Complaint to and including November 13, 2023.

Dated October 18, 2023

Respectfully submitted,

**ARTURO G. MICHEL**
**City Attorney**
SUZANNE R. CHAUVIN
Chief, General Litigation Section

/s/ *Darah Eckert*
DARAH ECKERT
Attorney-in-Charge
Senior Assistant City Attorney
Southern District Bar No. 1890045
Texas State Bar No. 24007141
City of Houston Legal Department
P.O. Box 368
Houston, Texas 77001-368
900 Bagby, 4th Floor
Houston, Texas 77002
Telephone: 832.393.6219
Fax: 832.393.6259
Email:  darah.eckert@houstontx.gov