# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | | |
|---|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br> *Plaintiffs*, <br><br> v <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § | Civil Action No.: 4:23-cv-3516 |

## ORDER GRANTIN DEFENDANT CITY OF HOUSTON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Pending before the Court is Defendant The City of Houston's ("City) unopposed motion for a thirty-day extension of time to answer, move, or otherwise respond to Plaintiffs' Complaint. The Court, having considered the City's motion, is over the opinion that the motion should be **GRANTED.** Accordingly, the Court hereby

**ORDERS** that the time for the City to answer, move, or otherwise respond to Plaintiffs' Complaint shall be extended by thirty (30) days to and including November 13, 2023.

SIGNED at Houston, Texas, on this _____ day of October, 2023.

_____
DAVID HITTNER
United States District Judge