UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Landscape Consultants of Texas, Inc., et al.

v.                                          Case Number: 4:23−cv−03516

City of Houston, Texas, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 12/14/2023

**TIME:** 10:15 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   November 13, 2023

Nathan Ochsner, Clerk