UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> *Defendants*. | Civil Action No. 4:23-cv-3516 <br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT MIDTOWN MANAGEMENT DISTRICT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant Midtown Management District (the "District") moves for a further extension of time to answer, move, or otherwise respond to Plaintiffs Landscape Consultants of Texas, Inc. and Metropolitan Landscape Management Inc.'s, ("Plaintiffs") Complaint to and including December 13, 2023.

1. Plaintiffs filed their Complaint on September 19, 2023.

2. On September 26, 2023, the Complaint and Summons were served on the District, meaning that pursuant to Federal Rule of Civil Procedure 12, the

District's Answer would have been due twenty-one (21) days later on October 17, 2023.

3. The District moved for a 30-day extension of time to answer, move, or otherwise respond to the Complaint to and including November 16, 2023.

4. The District requests a further extension to and including December 13, 2023, to permit the District and Plaintiffs to explore the possibility of early resolution of this matter.

5. Counsel for the District has conferred with counsel for Plaintiffs, and Plaintiffs' counsel has indicated that Plaintiffs are unopposed to the relief sought in this motion.

6. Accordingly, the District requests that the Court enter an order extending the time for the District to answer, move, or otherwise respond to the Complaint to and including December 13, 2023.

DATED: November 14, 2023

Respectfully submitted,

BRACEWELL LLP

By: */s/ Richard F. Whiteley*
Richard F. Whiteley
*Attorney in Charge*
State Bar No. 24013744
S.D. Admissions No. 5290206
Nancy M. Davis
State Bar No. 24056205
S.D. Admissions No. 1365946
BRACEWELL LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212
Email: richard.whiteley@bracewell.com
Email: nancy.davis@bracewell.com

**ATTORNEYS FOR DEFENDANT MIDTOWN MANAGEMENT DISTRICT**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record via the Court's electronic filing system, in accordance with the Federal Rules of Civil Procedure, on November 14, 2023.

                                          */s/ Richard Whiteley*
                                          Richard F. Whiteley