# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> *Defendants*. | Civil Action No. 4:23-cv-3516 <br><br><br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Pending before the Court is Defendant Midtown Management District's (the "District") motion for a further extension of time to answer, move, or otherwise respond to Plaintiffs Landscape Consultants of Texas, Inc. and Metropolitan Landscape Management Inc.'s, ("Plaintiffs") Complaint. The Court, having considered the District's motion, is of the opinion that the motion should be **GRANTED**. Accordingly, the Court hereby

**ORDERS** that the time for the District to answer, move, or otherwise respond to the Complaint shall be extended by twenty-seven (27) days to and including December 13, 2023.

-2-

SIGNED at Houston, Texas, on this __ day of November, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DAVID HITTNER
　　　　　　　　　　　　　　　　　　　　　United States District Judge