IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC. *Plaintiffs* | § § § § § § | Civil Action No. 4:23-cv-3516 |
| vs. | § § § | |
| CITY OF HOUSTON, TEXAS and MIDTOWN MANAGEMENT DISTRICT *Defendants* | § § § § | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MIDTOWN MANAGEMENT DISTRIC

TO THE HONORABLE COURT:

Comes now attorneys Britton B. Harris and Brett J. Sileo of the law firm of Harris Hilburn, P.L.L.C., and presents notice to the court and all counsel that they are making an appearance as counsel representing Defendant Midtown Management District.

Respectfully submitted,

HARRIS HILBURN P.L.L.C.

/s/ *Britton B. Harris*

Britton B. Harris
Attorney in Charge
So. Dist. of Texas No. 00021
Texas Bar. No. 09054500
bharris@hhstxlaw.com
1111 Rosalie
Houston, Texas 77004
Telephone: (713) 223-3936
Facsimile: (713) 224-5358
Attorneys for Defendant
Midtown Management District

OF COUNSEL:
Brett J. Sileo
So. Dist. Of Texas No. 22560
Texas Bar No. 00794634
bsileo@hhstxlaw.com
Harris Hilburn, PLLC.
1111 Rosalie
Houston, Texas 77002
Telephone: (713) 223-3936
Facsimile: (713) 224-5358

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record by electronic filing on this 20th day of November, 2023.

/s/ *Britton B. Harris*

Britton B. Harris