UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

**PLAINTIFFS' AND DEFENDANT CITY OF HOUSTON'S
JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND
REPLY TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 18)**

Plaintiffs Landscape Consultants of Texas, Inc., and Metropolitan Landscape Management, Inc., and Defendant City of Houston jointly move this Court for an extension of time to file the Response and the Reply to Defendant City of Houston's Motion to Dismiss (ECF No. 18) as follows:

1. Plaintiffs filed their Complaint on September 19, 2023.

2. Defendant City of Houston filed a Motion to Dismiss on November 13, 2023.

3. Pursuant to Local Rule 7.4(A), Plaintiffs' Response to Defendant City of Houston's Motion to Dismiss will be due on December 4, 2023.

1

4. Pursuant to Local Rule 7.4(E), Defendant City of Houston's Reply is due seven (7) days later on December 11, 2023.

5. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiffs and Defendant City of Houston respectfully move to extend the time to file Plaintiffs' Response to and including December 20, 2023, and Defendant City of Houston's Reply to and including January 3, 2024.

6. These extensions will not cause prejudice to any party and will not result in undue delay of this proceeding.

7. Accordingly, Plaintiffs and Defendant City of Houston jointly request that this Court enter an order extending the briefing deadlines for Defendant City of Houston's Motion to Dismiss (ECF No. 18) to and including: Plaintiffs' Response – December 20, 2023; Defendant City of Houston's Reply – January 3, 2024.

Dated: November 28, 2023

Respectfully submitted,

<div style="column-count:2">

*/s/ Erin E. Wilcox*
**ERIN E. WILCOX** (*Attorney in Charge*)
Cal. Bar No. 337427
Southern District of Texas No. 3369027
**JOSHUA P. THOMPSON** (*of Counsel*)*
Cal Bar No. 250955
* *Pro Hac Vice*
Pacific Legal Foundation
555 Capitol Mall
Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
Email: EWilcox@pacificlegal.org
Email: JThompson@pacificlegal.org

**Counsel for Plaintiffs Landscape Consultants of Texas, Inc. and Metropolitan Landscape Management, Inc.**

**ARTURO G. MICHEL**
City Attorney
**SUZANNE R. CHAUVIN**
Chief, General Litigation Section

*/s/ Darah Eckert*
**DARAH ECKERT**
DARAH ECKERT (*Attorney in Charge*)
Senior Assistant City Attorney
Texas Bar No. 24007141
Southern District of Texas No. 1890045
**LORI J. YOUNT**
Senior Assistant City Attorney
Texas Bar No. 24084592
Southern District of Texas No. 2209496
City of Houston Legal Department
P.O. Box 368
Houston, TX 77001-368
900 Bagby, 4th Floor
Houston, Texas 77002
Telephone (832) 393-6219
Facsimile: (832) 393-6259
Email: darah.eckert@houstontx.gov
Email: lori.yount@houstontx.gov

**Counsel for Defendant City of Houston**

</div>

## **CERTIFICATE OF SERVICE**

Service of this Plaintiffs' and Defendant City of Houston's Joint Motion for Extension of Time to File Response and Reply to Defendant's Motion to Dismiss (ECF No. 18) was effected on November 28, 2023, via electronic filing with the Court's CM/ECF system.

<div style="text-align:right">

*/s/ ErinE. Wilcox*
Erin E. Wilcox

</div>