Case 4:23-cv-03516   Document 23   Filed on 11/30/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

## ORDER GRANTING PLAINTIFFS' AND DEFENDANT CITY OF HOUSTON'S JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND REPLY TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 18)

Pending before the Court is Plaintiffs' and Defendant City of Houston's joint motion for extension of time to file the Response and Reply briefs to Defendant City of Houston's Motion to Dismiss (ECF No. 18). The Court, having considered the joint motion, is of the opinion that the motion should be **GRANTED**. Accordingly, the Court hereby

**ORDERS** that the time for Plaintiffs Landscape Consultants of Texas, Inc., and Metropolitan Landscape Management, Inc., to respond to Defendant City of Houston's Motion to Dismiss is extended to and including December 20, 2023, and

that the time for Defendant City of Houston to file its reply brief is extended to and including January 3, 2024.

Signed at Houston, Texas on this __30__ day of __Nov__, 2023.

_____
HON. DAVID HITTNER
United States District Court Judge