IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br>     *Plaintiffs*, <br><br> v <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br>     *Defendants*. | Civil Action No.: 4:23-cv-3516 |

### NOTICE OF APPEARANCE OF COUNSEL
### FOR DEFENDANT CITY OF HOUSTON

TO THE HONORABLE COURT:

Comes now attorney Lori Yount of the General Litigation Department of the City of Houston, and presents notice to the court and all counsel that she is making an appearance as counsel representing Defendant City of Houston.

    Respectfully submitted,

    **ARTURO G. MICHEL**
    **City Attorney**
    SUZANNE R. CHAUVIN
    Chief, General Litigation Section

    /s/ *Lori Yount*
    LORI YOUNT

Senior Assistant City Attorney
Southern District Bar No. 2209496
Texas State Bar No. 24007141
City of Houston Legal Department
P.O. Box 368
Houston, Texas 77001-368
900 Bagby, 4th Floor
Houston, Texas 77002
Telephone: 832.393.6459
Fax: 832.393.6259
Email: lori.yount@houstontx.gov

**CERTIFICATE OF SERVICE**

      I certify that on December 7, 2023, a copy of the foregoing pleading has been forwarded to all counsel of record by electronic filing on this 7th day of December 2023.


Erin E. Wilcox
Joshua P. Thompson
Pacific Legal Foundation
555 Capitol Mall Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile:  (916) 419-7747
ewilcox@pacificlegal.org
jthompson@pacificlegal.org


Nancy M. Davis
Bracewell LLP
711 Lousiana, Suite 2300
Houston, Texas 77002-2781
Telephone: (713) 221-1123
Facsimile:  (713) 222-3234
nancy.davis@bracewll.com

Britton B. Harris
Brett J. Sileo
Harris Hilburn P.L.L.C.
1111 Rosalie
Houston. Texas 77002
Telephone (713) 223-3936
Facsimile: (713) 224-5358
bharris@hhstxlaw.com
bsileo@hhstxlaw.com

                                                         */s/ Lori J. Yount*
                                                         Lori J. Yount