UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> *Plaintiffs*, <br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> *Defendants*. | Civil Action No. 4:23-cv-03516 <br><br><br> **[PROPOSED] ORDER** |

This matter comes before the Court on Defendant City of Houston's Motion to Dismiss. For the reasons stated herein, it is hereby

ORDERED that Defendant City of Houston's Motion to Dismiss is DENIED.


Dated: _____                                    _____
                                                     Hon. David Hittner
                                                     UNITED STATES DISTRICT JUDGE