# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> *Defendants*. | Civil Action No. 4:23-cv-3516 <br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to Local Rule 83.2, Richard F. Whiteley, Nancy McEvily Davis, and the law firm of Bracewell LLP respectfully request that this Court permit them to withdraw as counsel for Defendant Midtown Management District ("the District") and to substitute Britton B. Harris (Attorney in Charge) and Brett J. Sileo of Harris Hilburn, LLP as lead counsel for the District. The District consents to the withdrawal and substitution. Mr. Harris and Mr. Sileo have already appeared in this proceeding on behalf of the District, and they will continue to represent the District in this case.

Therefore, Richard F. Whiteley, Nancy McEvily Davis, and Bracewell LLP respectfully request leave of Court to withdraw as counsel for the District, to be

removed from the Electronic Case Filing notification list for the above-captioned action, and to have Britton B. Harris (Attorney in Charge) and Brett J. Sileo of Harris Hilburn, LLP substituted as lead counsel for the District.

DATED: January 5, 2024

                Respectfully submitted,

                BRACEWELL LLP

                By: */s/ Richard F. Whiteley*
                Richard F. Whiteley
                *Attorney in Charge*
                State Bar No. 24013744
                S.D. Admission No. 5290206
                Nancy M. Davis
                State Bar No. 24078971
                S.D. Admission No. 1365946
                BRACEWELL LLP
                711 Louisiana, Suite 2300
                Houston, Texas 77002
                Telephone: (713) 223-2300
                Facsimile: (713) 221-1212
                Email: richard.whiteley@bracewell.com
                Email: nancy.davis@bracewell.com

-3-

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record via the Court's electronic filing system, in accordance with the Federal Rules of Civil Procedure, on January 5, 2024.

                                     */s/ Richard Whiteley*
                                     Richard F. Whiteley