United States District Court
Southern District of Texas
**ENTERED**
January 09, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> *Defendants*. | Civil Action No. 4:23-cv-3516 <br><br><br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pending before the Court is a motion filed by Richard F. Whiteley, Nancy McEvily Davis, and Bracewell LLP requesting leave of court to withdraw as counsel and substitute Britton B. Harris (Attorney in Charge) and Brett J. Sileo of Harris Hilburn, LLP as lead counsel for the District. The Court, having considered the motion, is of the opinion that it should be **GRANTED**. Accordingly, the Court hereby

**ORDERS** that Bracewell LLP, Richard F. Whiteley, and Nancy McEvily Davis are granted leave to withdraw as counsel for Midtown Management District (the "District") in this action, including in any resulting appeal; and

**ORDERS** that Britton B. Harris (Attorney in Charge) and Brett J. Sileo of Harris Hilburn, LLP are substituted as lead counsel for the District.

It is further **ORDERED** that the Court Clerk shall remove Bracewell LLP, Richard F. Whiteley, and Nancy McEvily Davis from the Electronic Case Filing notification list for the above-captioned action.

SIGNED at Houston, Texas, on this 7 day of January, 2024.

_____
DAVID HITTNER
United States District Judge