IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., *Plaintiffs*, | § § § § § § § § | |
| v | § § | Civil Action No.: 4:23-cv-3516 |
| CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, *Defendants*. | § § § § § § § | |

**JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER**

COME NOW Plaintiffs, Landscape Consultants of Texas, Inc. and Metropolitan Landscape Management, Inc.; Defendant City of Houston; and Defendant Midtown Management District, and file this Joint Motion for Entry of Amended Scheduling Order, and in support thereof would respectfully show the Court as follows:

**I.    PRIOR ENTRY OF SCHEDULING ORDER**

The parties submitted their Joint Discovery-Case Management Plan on December 4, 2023. On December 14, 2023 this Court entered its first Scheduling Order setting forth specific briefing and hearing deadlines and setting the date for completion of discovery. The Court's Scheduling Order contains deadlines that are distinctly different than the ones contained in the Joint Discovery-Case Management Plan.

Given that this suit involves multiple parties, as well as complex constitutional issues and statistical analyses, the Parties agree additional time for depositions, expert designations, and expert reports, as compared with the current schedule, is needed. The Parties anticipate significant written discovery, depositions of four parties, with potentially more than one witness representing each party, and at least three expert witnesses, whose reports will include market-wide studies of government contracts. After the period of discovery ends, the Parties further anticipate filing substantial cross-motions for summary judgment, for which they would like to give the Court adequate time to consider before a potential trial.

The parties propose the following deadlines:

| EVENT | DATE |
|---|---|
| Plaintiffs' experts to be designated by | June 14, 2024 |
| Plaintiffs' expert reports furnished by | June 14, 2024 |
| Defendants' experts to be designated by | July 31, 2024 |
| Defendants' expert reports furnished by | July 31, 2024 |
| Discovery to be completed by | September 30, 2024 |
| Dispositive motions due by | November 30, 2024 |
| Docket call to be held at 11:30 a.m. | March 4, 2024 (or whatever time and date set by Court) |
| Estimated trial time | 2 weeks |

## II.   CONCLUSION

The Parties respectfully request that the Court enter the proposed Amended Scheduling Order set forth herein to effectuate the orderly and efficient prosecution of this action.

Dated:   January 24, 2024

Respectfully submitted,

*/s/ Erin E. Wilcox*
Erin E. Wilcox
Cal. Bar No. 337427
S. D. Tex. Bar No. 3369027
Pacific Legal Foundation
555 Capitol Mall
Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
ewilcox@pacificlegal.org

Joshua P. Thompson
*Of Counsel*
Cal. Bar No. 250955
Pacific Legal Foundation
555 Capitol Mall
Suite 12
Sacramento, CA  95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
jthompson@pacificlegal.org

**ATTORNEYS FOR PLAINTIFF**

*/s/ Darah Eckert*
Darah Eckert
Senior Assistant City Attorney
Texas State Bar No.: 24007141
S.D. Tex. Bar No. 1890045
Lori Yount
Senior Assistant City Attorney
Texas State Bar No.: 24084592
S.D. Tex. Bar No. 2209496
900 Bagby Street
Houston, Texas 77002
832.393.6491 (telephone)
832.393.6259 (facsimile)
darah.eckert@houstontx.gov
lori.yount@houstontx.gov

**ATTORNEYS  FOR  DEFENDANT  CITY**

*OF HOUSTON*

*/s/ Britton B. Harris*
Britton B. Harris
Texas State Bar No. 09054500
S.D. Tex. Bar No. 00021
Harris Hilburn P.L.L.C.
1111 Rosalie
Houston, Texas 77004
Telephone:  (713) 223-3936
Facsimile:  (713) 224-5358
bharris@hhstxlaw.com

***ATTTORNEYS FOR DEFENDANT
MIDTOWN MANAGEMENT DISTRICT***