United States District Court
Southern District of Texas
**ENTERED**
February 01, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LANDSCAPE CONSULTANTS
OF TEXAS, INC., and
METROPOLITAN LANDSCAPE
MANAGEMENT, INC.,

      Plaintiffs,

v.

CITY OF HOUSTON, TEXAS,
and MIDTOWN
MANAGEMENT DISTRICT,

      Defendants.

Civil Action No. 4:23-cv-03516

## ORDER GRANTING PARTIES' JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER

On this day came to be heard the Parties' Joint Motion for Entry of Amended Scheduling Order. The Court, having considered the motion and any response thereto, finds that such motion should be GRANTED. Therefore, the new scheduling order is as follows:

| EVENT | DATE |
|---|---|
| Plaintiffs' experts to be designated by | June 14, 2024 |
| Plaintiffs' expert reports furnished by | June 14, 2024 |
| Defendants' experts to be designated by | July 31, 2024 |
| Defendants' expert reports furnished by | July 31, 2024 |
| Discovery to be completed by | September 30, 2024 |
| Dispositive motions due by | November 30, 2024 |
| Trial Term | March 2025 |
| Estimated trial time | 2 weeks |

It is so **ORDERED.**

Signed this 1 day of February 2024.

_____
DAVID HITTNER
United States District Judge