# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ben Stephens, Sandy Hellums-Gomez and Jarett Dillard of Husch Blackwell LLP hereby enter their appearance as counsel for Defendant, City of Houston, in the above styled matter, and request that they be provided notice of all matters and proceedings in this case. Contact information is as follows:

Ben Stephens
State Bar No. 24098472
SDTX Bar No. 2898153
Sandy Hellums-Gomez
State Bar No. 24036750
SDTX Bar No. 561314
Jarett Dillard
State Bar No. 24099801
SDTX Bar No. 2980302
HUSCH BLACKWELL LLP
600 Travis Street, Suite 2350
Houston, Texas 77002
Ph: (713) 647-6800
Fax: (713) 647-6884

1

Respectfully submitted,

By: */s/ Ben Stephens*
    Ben Stephens
    State Bar No. 24098472
    SDTX Bar No. 2898153
    ben.stephens@huschblackwell.com
    Sandy Hellums-Gomez
    State Bar No. 24036750
    SDTX Bar No. 561314
    sandy.gomez@huschblackwell.com
    Jarrett Dillard
    State Bar No. 24099801
    SDTX Bar No. 2980302
    jarrett.dillard@huschblackwell.com

HUSCH BLACKWELL LLP
600 Travis St., Suite 2350
Houston, Texas 77002
Telephone:  (713) 647-6800
Facsimile:  (713) 647-6884

**ATTORNEYS FOR THE CITY OF HOUSTON**

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been filed and served upon all counsel of record on May 6, 2024, via the CM/ECF Filing system.

*/s/ Ben Stephens*
Ben Stephens

2