# Exhibit A

## AFFIDAVIT OF CYLENTHIA HOYRD

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

Before me, the undersigned notary, on this day personally appeared Cylenthia Hoyrd, who, being duly sworn by me, deposed and stated under oath as follows:

1. "My name is Cylenthia Hoyrd. I am over 18 years of age, am of sound mind, have never been convicted of a crime, and am capable of making this affidavit. The facts stated in this affidavit are true and correct as they are based on my personal knowledge.

2. I am currently the Interim Director of the City of Houston's Office of Business Opportunity (OBO). Prior to my appointment on March 29, 2024, I served as the Assistant Director of the Office of Business Opportunity for approximately one year. I also worked for the City of Houston from 2011 to 2017 as an Administration Manager.

3. As a City of Houston (the "City) employee I have negotiated contracts, assisted in updating City ordinances, managed the build-out and renovation of public facilities, prepared audits, and provided staff supervision and training. Along with my duties, I have had the opportunity to supervise the following units associated with the City:

    i. The City of Houston's OBO Department Services Unit, which serves as the unit that assists with setting contract specific goals and goal waivers;

    ii. The City of Houston's OBO Certifications & Designation Division where my duties focused on management and oversight of the reviewing and approving of applications for certification with the City of Houston; and ultimately hears and adjudicates appeals in accordance with the MWSBE certification requirements.

    iii. The City of Houston's OBO Contract Compliance Division, which monitors all city construction contracts for labor, prevailing wages, and goal compliance, and all other contracts for MWSBE goals.

    iv. The City of Houton's OBO External Affairs Division, which promotes education and capacity building for small underutilized and underserved businesses.

4. During my current employment with the Office of Business Opportunity I have managed the augmentation teams assigned to monitor prime level contracts with MWSBE goals and labor and prevailing wage requirements. .

5. As the Interim Director I am familiar with MGT OF AMERICA CONSULTING, LLC ("MGT"). The City of Houston contracted MGT to conduct a Disparity Study Analysis (the "Study") on March 28, 2023. The overall purpose of the Study is to understand the effects of race, ethnicity and gender. The purpose of the Study is to assess whether there are any disparities in the utilization of minority- and women-owned business enterprises (MWBEs) compared to their availability in the marketplace.
6. MGT is expected to provide its Disparity Study to the City of Houston's Administration by May 15, 2024.
7. Once this study is delivered, the City's Administration will review the study and make program adjustment recommendations based the City's standing ordinance, and department policies and procedures. Based on history and my experience, the City will update Chapter15, Article V. of the City of Houston Ordinances to reflect the Study's findings. However, I do not anticipate that any updates to City Ordinances will be completed before September of 2024, as any recommendations concerning changes to the City's Ordinances will need to be reviewed and approved by City Counsel.

Further, Affiant sayeth not.

_____
Cylenthia Hoyrd

Title: _Interim Director_

SUBSCRIBED AND SWORN TO before me on this __2nd__ day of __May__, 2024.

_____
Notary Public
In and for the State of Texas

NORMA J MEADOWS
MY COMMISSION EXPIRES
12-31-2027
NOTARY ID: 126337999

2