UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT,<br><br>Defendants. | Civil Action No. 4:23-cv-03516 |

## ORDER GRANTING CITY OF HOUSTON'S OPPOSED MOTION FOR STAY

On this day the Court considered the City of Houston's Opposed Motion for Stay (the "Motion"). This Court, having considered the Motion, any responsive briefing, any argument, and the Court's file, is of the opinion that the Motion should be granted. It is therefore

**ORDERED** that all current deadlines, whether imposed by Court order or otherwise, are stayed until such time as the City Council of the City of Houston receives and takes formal action to amend and/or update Chapter 15 of the City of Houston Code of Ordinances, as informed by the results of the new disparity study, or until further order of this Court.

SIGNED this _____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE

1