AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| Landscape Consultants of Texas, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:23-cv-03516 |
| City of Houston, Texas, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Landscape Consultants of Texas, Inc. and Metropolitan Landscape Management, Inc.

Date:   05/15/2024

/s/ Anastasia Boden
*Attorney's signature*

Anastasia Boden, Cal. Bar No. 281911
*Printed name and bar number*

Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
*Address*

aboden@pacificlegal.org
*E-mail address*

(916) 419-7111
*Telephone number*

(916) 419-7747
*FAX number*