# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> *Defendants*. | Civil Action No. 4:23-cv-03516 <br><br> **[PROPOSED] ORDER** |

This matter comes before the Court on Defendant City of Houston's Motion for Stay, ECF No. 41. For the reasons stated herein, it is hereby

ORDERED that Defendant City of Houston's Motion for Stay is DENIED.

Dated: _____

_____
Hon. David Hittner
UNITED STATES DISTRICT JUDGE