# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> *Defendants*. | Civil Action No. 4:23-cv-03516 <br><br><br> **[PROPOSED] ORDER** |

This matter comes before the Court on Plaintiffs' Motion for Summary Judgment Against Defendant City of Houston. For the reasons stated herein, it is hereby

ORDERED that Plaintiffs' Motion for Summary Judgment Against Defendant City of Houston is GRANTED.

Dated: _____

                                                   _____
                                                 Hon. David Hittner
                                                 UNITED STATES DISTRICT JUDGE