# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

On this day came on to be heard Plaintiff's Motion for Summary Judgment. The Court, after considering the briefing, the pleadings, the evidence, any arguments of counsel, and the Court's file, finds that the Motion for Summary Judgment should be denied. It is therefore

ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

SIGNED this the _____ day of _____, 2024.

_____
JUDGE PRESIDING

HB: 4878-3099-3353.1