United States District Court
Southern District of Texas
**ENTERED**
July 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., *et al.* § § § | |
| Plaintiffs, § § | |
| v. § § | Civil Action No. 4:23-cv-3516 |
| CITY OF HOUSTON, TEXAS, *and* MIDTOWN MANAGEMENT DISTRICT § § § § § | |
| Defendants. § | |

## ORDER

Pending before the Court is Defendant City of Houston's Opposed Motion to Stay (Document No. 41) and Plaintiffs' Motion for Summary Judgment (Document No. 44). Having considered the motions, submissions, and applicable law, the Court determines the motions should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant City of Houston's Opposed Motion to Stay (Document No. 41) is **DENIED.** The Court further

**ORDERS** that Plaintiffs' Motion for Summary Judgment (Document No. 44) is **DENIED WITHOUT PREJUDICE**.

SIGNED at Houston, Texas, on this _____ day of July, 2024.

DAVID HITTNER
United States District Judge