Appointment

| | |
|---|---|
| **From**: | Morris, Lalla - OBO [Lalla.Morris@houstontx.gov] |
| **Sent**: | 12/3/2019 10:07:06 AM |
| **To**: | Murray, Marsha E. - OBO [Marsha.Murray@houstontx.gov] |
| **Subject**: | Accepted: Disparity Study |
| **Location**: | PHONE: Call # 832-395-1119 |
| **Start**: | 12/3/2019 4:30:00 PM |
| **End**: | 12/3/2019 5:00:00 PM |
| **Show Time As**: | Busy |
| **Recurrence**: | (none) |

COH0000686

EXHIBIT 3

Appointment

| | |
|---|---|
| **From**: | Morris, Lalla - OBO [Lalla.Morris@houstontx.gov] |
| **Sent**: | 5/15/2020 12:35:03 PM |
| **To**: | Murray, Marsha E. - OBO [Marsha.Murray@houstontx.gov] |
| **Subject**: | Declined: Disparity Study Project Management Meeting |
| **Location**: | Marsha's Office and/or Via Phone |
| **Start**: | 5/15/2020 2:00:00 PM |
| **End**: | 5/15/2020 2:30:00 PM |
| **Show Time As**: | Busy |
| **Recurrence**: | (none) |

COH0000694

EXHIBIT 3

| | |
|---|---|
| Appointment | |

**From**: Dent, Tatyana - HAS [Tatyana.Dent@houstontx.gov]
on behalf of McLemore, Jason - HAS [Jason.McLemore@houstontx.gov]
**Sent**: 12/3/2019 9:55:30 AM
**To**: Murray, Marsha E. - OBO [Marsha.Murray@houstontx.gov]

**Subject**: Accepted: Disparity Study
**Location**: PHONE: Call # 832-395-1119

**Start**: 12/3/2019 4:30:00 PM
**End**: 12/3/2019 5:00:00 PM
**Show Time As**: Busy


**Recurrence**: (none)

COH0000716

EXHIBIT 3

| Appointment | |
|---|---|
| **From**: | Williams, Katrina - OBO [Katrina.Williams@houstontx.gov] |
| **Sent**: | 12/3/2019 10:52:19 AM |
| **To**: | Murray, Marsha E. - OBO [Marsha.Murray@houstontx.gov] |
| **Subject**: | Accepted: Disparity Study |
| **Location**: | PHONE: Call # 832-395-1119 |
| **Start**: | 12/3/2019 4:30:00 PM |
| **End**: | 12/3/2019 5:00:00 PM |
| **Show Time As**: | Busy |
| **Recurrence**: | (none) |

COH0000717

EXHIBIT 3

| | |
|---|---|
| Appointment | |

| | |
|---|---|
| **From**: | Icken, Andy - MYR [Andy.Icken@houstontx.gov] |
| **Sent**: | 7/2/2020 3:53:37 PM |
| **To**: | Sylvester Turner - MYR [Mayor.ST@houstontx.gov] |
| **Subject**: | Accepted: MST: Meeting on Proposed Change to Closeout Ratings & Disparity Study |
| **Location**: | Microsoft Teams Meeting |
| **Start**: | 7/6/2020 3:30:00 PM |
| **End**: | 7/6/2020 4:00:00 PM |
| **Show Time As**: | Busy |
| **Recurrence**: | (none) |

Message

**From**: Murray, Marsha E. - OBO [Marsha.Murray@houstontx.gov]
**Sent**: 1/24/2020 12:28:20 PM
**To**: Colette Tracking Calendar [mwbelaw.com_s5anhcde6f0cu85125t3100p1c@group.calendar.google.com]
**Subject**: Automatic reply: Invitation: City of Houston Disparity Study Draft Report Review @ Wed Feb 26, 2020 8:30am - 10:30am (PST) (marsha.murray@houstontx.gov)


I will be out of the office on January 24th – 28,th 2020.  If you require immediate assistance, please contact the following OBO team members:

•On January 24th and 27th, OBO Assistant Director, Lalla V. Morris. Ms. Morris can be reached via phone at 832-393-0614 and via email at Lalla.Morris@houstontx.gov.
•On January 28th, OBO Division Manager, Timothy Warren. Mr. Warren can be reached via phone at 832-393-0608 and via email at Timothy.Warren@houstontx.gov.

Thanks,
Marsha E. Murray
Interim Director
Office of Business Opportunity



Chief Development Officer & OBO Director Murray One-on-One Meeting

July 14, 2020

Agenda

I. **Council**
   a. Call with CM Plummer
   b. Pollard
   c. Grant Program Status

II. **Meetings with Mayor this week**
   a. Grant Program
   b. Awards Report
   c. Disparity Study Rollout
      i. Sever program

III. **Personnel Updates**
   a. Staff generally
   b. Certification Officers at Airport – one position still pending
   c. External Affairs Vacancies:
      i. Interviewing Business Development Coordinator and
      ii. Workforce Development MA III (Mayor's Hispanic Advisory Board

IV. **Action Needed**
   a. POP Liaison – Mayor's Office
   b. Title VI – Liaison for Mayor's Office

COH0000813

EXHIBIT 3

| | |
|---|---|
| **Message** | |
| **From**: | Meadows, Norma - OBO [Norma.Meadows@houstontx.gov] |
| **Sent**: | 6/11/2020 3:07:49 PM |
| **To**: | Alicia Jimerson [Alicia@jimerson.net] |
| **CC**: | Cajoles, Pearl - OBO [Pearl.Cajoles@houstontx.gov]; Murray, Marsha E. - OBO [Marsha.Murray@houstontx.gov] |
| **Subject**: | RE: Agenda Items for June 16th OBO Advisory Board Meeting |

If we keep the meeting, it will be via Teams or Zoom.

Norma Meadows
City of Houston
Office of Business Opportunity
832-393-0615

**From:** Alicia Jimerson <Alicia@jimerson.net>
**Sent:** Thursday, June 11, 2020 2:41 PM
**To:** Meadows, Norma - OBO <Norma.Meadows@houstontx.gov>
**Cc:** Cajoles, Pearl - OBO <Pearl.Cajoles@houstontx.gov>; Murray, Marsha E. - OBO <Marsha.Murray@houstontx.gov>
**Subject:** Re: Agenda Items for June 16th OBO Advisory Board Meeting

[Message Came from Outside the City of Houston Mail System]

I don't have any agenda items.
Will this be a zoom meeting?

Sent from my iPhone

On Jun 11, 2020, at 2:27 PM, Meadows, Norma - OBO <Norma.Meadows@houstontx.gov> wrote:

Thanks Marsha.

Alicia, do you have items or should the meeting be cancelled?

Norma Meadows
City of Houston
Office of Business Opportunity
832-393-0615

**From:** Murray, Marsha E. - OBO <Marsha.Murray@houstontx.gov>
**Sent:** Thursday, June 11, 2020 2:05 PM
**To:** Alicia Jimerson <Alicia@jimerson.net>; Meadows, Norma - OBO <Norma.Meadows@houstontx.gov>
**Cc:** Cajoles, Pearl - OBO <Pearl.Cajoles@houstontx.gov>
**Subject:** RE: Agenda Items for June 16th OBO Advisory Board Meeting

I also neglected to add the I don't have any agenda items or updates on the Program beyond what we discussed at last meeting.

*Marsha E. Murray*
Director

832-393- 0615 (t)
<image001.jpg>
<image002.png>
<image003.png>
<image004.png>
<image005.jpg>

The Office of Business Opportunity is committed to cultivating a competitive and diverse economic environment in the City of Houston by promoting the success of small businesses and developing Houston's workforce, with special emphasis on historically underutilized businesses and disenfranchised individuals.
Learn more about the Office of Business Opportunity by visiting http://www.houstontx.gov/obo

**From:** Murray, Marsha E. - OBO
**Sent:** Thursday, June 11, 2020 2:02 PM
**To:** Alicia Jimerson <Alicia@jimerson.net>; Meadows, Norma - OBO <Norma.Meadows@houstontx.gov>
**Cc:** Cajoles, Pearl - OBO <Pearl.Cajoles@houstontx.gov>
**Subject:** RE: Agenda Items for June 16th OBO Advisory Board Meeting

Alicia,
We still don't have a final draft from our Disparity Study consultant. I anticipate I will have it this month. Once we do, I will need to discuss it with the Mayor. Only after that can I share anything substantively.

*Marsha E. Murray*
Director
832-393- 0615 (t)
<image001.jpg>
<image002.png>
<image003.png>
<image004.png>
<image005.jpg>

The Office of Business Opportunity is committed to cultivating a competitive and diverse economic environment in the City of Houston by promoting the success of small businesses and developing Houston's workforce, with special emphasis on historically underutilized businesses and disenfranchised individuals.
Learn more about the Office of Business Opportunity by visiting http://www.houstontx.gov/obo

**From:** Alicia Jimerson <Alicia@jimerson.net>
**Sent:** Thursday, June 11, 2020 11:00 AM
**To:** Meadows, Norma - OBO <Norma.Meadows@houstontx.gov>
**Cc:** Murray, Marsha E. - OBO <Marsha.Murray@houstontx.gov>; Cajoles, Pearl - OBO <Pearl.Cajoles@houstontx.gov>
**Subject:** Re: Agenda Items for June 16th OBO Advisory Board Meeting

[Message Came from Outside the City of Houston Mail System]

I also need a current report for the Houston Contractors Association board meeting tomorrow. They want to know status on Disparity study and if there is anything they can do for OBO department.

Sent from my iPhone


On Jun 11, 2020, at 10:42 AM, Meadows, Norma - OBO <Norma.Meadows@houstontx.gov> wrote:


Good morning~

Would you please send me the agenda items for next Tuesday's OBO Advisory Board meeting so I can post it by tomorrow.

Thanks.

**Norma Meadows, Administrative Specialist**
**T -** 832.393.0615
**F -** 832.393.0647
norma.meadows@houstontx.gov

<image003.jpg>
The Office of Business Opportunity is committed to cultivating a competitive and diverse economic environment in the City of Houston by promoting the success of small businesses and developing Houston's workforce, with special emphasis on historically underutilized businesses and disenfranchised individuals.

Learn more about the Office of Business Opportunity by visiting http://www.houstontx.gov/obo.