Message

| | |
|---|---|
| **From**: | Murray, Marsha E. - OBO [Marsha.Murray@houstontx.gov] |
| **Sent**: | 11/18/2019 8:25:36 AM |
| **To**: | Icken, Andy - MYR [Andy.Icken@houstontx.gov] |
| **Subject**: | Re: 2019 Colleges/University contacts |

Thanks

Marsha E. Murray
Interim Director
City of Houston Office of Business Opportunity

**THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND/OR CONFIDENTIAL AND IS INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, OR RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.**


On Nov 18, 2019, at 8:23 AM, Icken, Andy - MYR <Andy.Icken@houstontx.gov> wrote:

 Let me reach out directly to a few with that expertise. Get back to you within two days.

Sent from my iPhone


On Nov 18, 2019, at 8:20 AM, Murray, Marsha E. - OBO <Marsha.Murray@houstontx.gov> wrote:

 Andy,
No, it does not appear so. I'm familiar with most of the contacts on the list Gilda provided but we are looking for a different level of review by statisticians in a similar space or with similar skill set as our current consultant. There is a role for the listed contacts when we have a final study that we can share with the community, their feedback and/or white papers would be welcomed.

Marsha E. Murray
Interim Director
City of Houston Office of Business Opportunity

**THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS PRIVILEGED AND/OR CONFIDENTIAL AND IS INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, OR RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.**


On Nov 15, 2019, at 10:24 PM, Icken, Andy - MYR <Andy.Icken@houstontx.gov> wrote:

 Will this help you?

Sent from my iPad

Begin forwarded message:

**From:** David Hawes <dhawes@haweshill.com>
**Date:** November 15, 2019 at 4:07:19 PM CST
**To:** "Icken, Andy - MYR" <Andy.Icken@houstontx.gov>
**Cc:** Gilda Ramirez <gramirez@porthouston.com>, "tallender@haweshill.com" <tallender@haweshill.com>, "dhawes@haweshill.com" <dhawes@haweshill.com>
**Subject: Fwd: 2019 Colleges/University contacts**

[Message Came from Outside the City of Houston Mail System]
Andy

Per Gilda's request please see below and attached.

Regards,

David

Sent from my iPhone

Begin forwarded message:

**From:** Gilda Ramirez <gramirez@porthouston.com>
**Date:** November 15, 2019 at 3:59:41 PM CST
**To:** David Hawes <dhawes@haweshill.com>, Anthony Allender <tallender@haweshill.com>
**Subject: 2019 Colleges/University contacts**

Please forward this to Andy and copy me, I don't have his direct email. Please let him know that I also think he should consider adding some of the Certifying Agencies and Chamber of Commerce to the Disparity Study Peer Review Group, I am happy to provide additional insight.

**Gilda Ramirez**
Senior Director
Small Business and Education Outreach

<image002.jpg>

E: gramirez@porthouston.com • PortHouston.com
O: 713.670.2590 • F: 713.670.2498 • M: 713-829-2395
111 East Loop North • Houston, Texas 77029

<image003.png>

<image004.png>

<image005.png>

<image006.png>

COH0000736

EXHIBIT 4

CONFIDENTIAL COMMUNICATION: This message and any attached materials are for the use of the addressee above and may contain confidential information.
Please do not disseminate, distribute, or copy this message unless you are the addressee.
If you received this message in error, please immediately notify the sender by replying to this message or by telephone.

<2019 Small Business Contacts at Universities and CollegesREV.docx>

COH0000737

EXHIBIT 4