Message
------

| | |
|---|---|
| **From**: | Aaron Abelson [AAbelson@hraadvisors.com] |
| **Sent**: | 1/15/2020 12:43:20 PM |
| **To**: | Murray, Marsha E. - OBO [Marsha.Murray@houstontx.gov] |
| **CC**: | Jose Serrano-McClain [jserrano-mcclain@hraadvisors.com] |
| **Subject**: | Re: Follow-up |
| **Attachments**: | image001.jpg; image002.png; image003.png; image004.png; image006.jpg |

[Message Came from Outside the City of Houston Mail System]

Thanks, Marsha. We'll take a look at those studies. It was great meeting you and Jason yesterday. We'll be back in touch soon

Aaron Abelson
Principal | HR&A Advisors, Inc.
Direct: (469) 312-0436
Cell: (216) 990-6045

---

**From:** Murray, Marsha E. - OBO <Marsha.Murray@houstontx.gov>
**Sent:** Wednesday, January 15, 2020 10:00:16 AM
**To:** Aaron Abelson <AAbelson@hraadvisors.com>
**Subject:** Follow-up

Aaron,
I want to thank you and Jose for taking the time to meet with us yesterday.  The availability and utilization analyses can be found in the Chapters indicated in the below studies.
- City of Houston 2012 Disparity Study – Chapters IV and VII :
https://www.houstontx.gov/obo/disparitystudyfinalreport.pdf
- Texas Department of Transportation Disparity Study 2019– Chapter IV :
https://ftp.dot.state.tx.us/pub/txdot/civ/txdot-disparity-study-2019.pdf
Please let me know if there are questions.

*Marsha E. Murray*
Interim Director
Office of Business Opportunity
611 Walker Street, 7th Floor
Houston, Texas 77002
t. 832-393- 0615
marsha.murray@houstontx.gov

 

The Office of Business Opportunity is committed to cultivating a competitive and diverse economic environment in the City of Houston by promoting the success of small businesses and developing Houston's workforce, with special emphasis on historically underutilized businesses and disenfranchised individuals.
Learn more about the Office of Business Opportunity by visiting http://www.houstontx.gov/obo

COH0000789

EXHIBIT 5