Message

**From**: Murray, Marsha E. - OBO [Marsha.Murray@houstontx.gov]
**Sent**: 2/3/2020 9:25:03 AM
**To**: Kathy Ensor [ensor@rice.edu]
**Subject**: RE: Statistical Analysis
**Attachments**: image001.jpg; image002.png; image003.png; image004.png; image005.jpg

Dr. Ensor,
Thank you for taking the time to speak with me earlier.  Below are links to two disparity studies, the availability and utilization analyses can be found in the chapters indicated below.
- City of Houston 2012 Disparity Study – Chapters IV and VII :
https://www.houstontx.gov/obo/disparitystudyfinalreport.pdf
- Texas Department of Transportation Disparity Study 2019– Chapter IV :
https://ftp.dot.state.tx.us/pub/txdot/civ/txdot-disparity-study-2019.pdf

Please confirm that meeting tomorrow at 3:30 is a good time and also where you are located.  Thanks.

*Marsha E. Murray*
Interim Director
832-393- 0615 (t)

 

The Office of Business Opportunity is committed to cultivating a competitive and diverse economic environment in the City of Houston by promoting the success of small businesses and developing Houston's workforce, with special emphasis on historically underutilized businesses and disenfranchised individuals.
Learn more about the Office of Business Opportunity by visiting http://www.houstontx.gov/**obo**

**From:** Kathy Ensor <ensor@rice.edu>
**Sent:** Monday, February 3, 2020 8:58 AM
**To:** Murray, Marsha E. - OBO <Marsha.Murray@houstontx.gov>
**Subject:** Re: Statistical Analysis

[Message Came from Outside the City of Houston Mail System]

Marsha - Reminder to call my cell 832 656 8477, if 9am still works for you. Kathy


On Jan 31, 2020, at 11:39 AM, Kathy Ensor <ensor@rice.edu> wrote:

That is fine.


On Jan 31, 2020, at 11:37 AM, Murray, Marsha E. - OBO <Marsha.Murray@houstontx.gov> wrote:

I'm headed to a meeting and will be in meetings for the remainder of the day but can call on Monday at 9:00 if that works.

*Marsha E. Murray*
Interim Director
832-393- 0615 (t)

COH0000817

EXHIBIT 6

The Office of Business Opportunity is committed to cultivating a competitive and diverse economic environment in the City of Houston by promoting the success of small businesses and developing Houston's workforce, with special emphasis on historically underutilized businesses and disenfranchised individuals.
Learn more about the Office of Business Opportunity by visiting http://www.houstontx.gov/obo

**From:** Kathy Ensor <ensor@rice.edu>
**Sent:** Friday, January 31, 2020 11:34 AM
**To:** Murray, Marsha E. - OBO <Marsha.Murray@houstontx.gov>
**Cc:** Gaby Rowe <growe@ionhouston.com>
**Subject:** Re: Statistical Analysis

[Message Came from Outside the City of Houston Mail System]


Cell - 832 656 8477. I am available now if you would like to go ahead and touch base.



On Jan 31, 2020, at 11:33 AM, Murray, Marsha E. - OBO <Marsha.Murray@houstontx.gov> wrote:

Thanks for the introduction, Gaby.

Dr. Ensor,
Please let me know what is the best number to reach you. Thanks.

*Marsha E. Murray*
Interim Director
832-393- 0615 (t)
<image001.jpg><image002.png><image003.png><image004.png><image005.jpg>
The Office of Business Opportunity is committed to cultivating a competitive and diverse economic environment in the City of Houston by promoting the success of small businesses and developing Houston's workforce, with special emphasis on historically underutilized businesses and disenfranchised individuals.
Learn more about the Office of Business Opportunity by visiting http://www.houstontx.gov/obo

**From:** Gaby Rowe <growe@ionhouston.com>
**Sent:** Friday, January 31, 2020 11:22 AM
**To:** Murray, Marsha E. - OBO <Marsha.Murray@houstontx.gov>; Kathy Ensor <ensor@rice.edu>
**Cc:** Icken, Andy - MYR <Andy.Icken@houstontx.gov>
**Subject:** Statistical Analysis

[Message Came from Outside the City of Houston Mail System]


Good Morning Marsha:

I hope you are doing well! Per our conversations, I would like to introduce you to a colleague at Rice with deep statistical expertise. Dr. Kathy Ensor is the Noah G. Harding Professor of Statistics at Rice University and would love to meet with you at your convenience. Please let me know if I can assist in any further way.

Best regards,
Gaby

--
**Gaby Rowe**
Executive Director
(281) 900-9717
growe@ionhouston.com

**The Ion**
1301 Fannin St.
Suite #2440, Houston, TX 77002

COH0000819

EXHIBIT 6