# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> *Defendants*. | Civil Action No. 4:23-cv-03516 <br><br> **[PROPOSED] ORDER** |

This matter comes before the Court on Plaintiffs' Motion to Compel the production of documents against Defendant City of Houston. For the reasons stated herein, it is hereby

ORDERED that Plaintiffs' Motion to Compel against Defendant City of Houston is GRANTED.

Dated: _____

_____
Hon. David Hittner
UNITED STATES DISTRICT JUDGE