United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Landscape Consultants of Texas, Inc., et al. | § § | |
| v. | § § | Civil Action 4:23−cv−03516 |
| City of Houston, Texas, et al. | § § | |

Notice of Referral

The following motion is referred to Magistrate Judge Peter Bray:

Motion to Compel – #48

Date: July 25, 2024.

Nathan Ochsner, Clerk

By: Joseph Wells, Deputy Clerk