United States District Court
Southern District of Texas
**ENTERED**
July 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Landscape Consultants of Texas Inc., et al., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action H-23-3516 |
| City of Houston, Texas, et al., Defendants. | § § § | |

## ORDER

Responses to Plaintiff's Motion to Compel, ECF No. 15, shall be filed by August 9, 2024. A hearing is set on August 13, 2024, at 1:00 p.m. by Zoom.

Signed at Houston, Texas, on July 30, 2024.

_____
Peter Bray
United States Magistrate Judge