## bCUNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT,<br><br>        Defendants. | Civil Action No. 4:23-cv-03516 |

### ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

On this day came on to be heard Plaintiff's Motion to Compel (Doc No. 48). The Court, after considering the briefing, the pleadings, the evidence, any arguments of counsel, and the Court's file, finds that the Motion to Compel should be denied. It is therefore

ORDERED that Plaintiffs' Motion to Compel is DENIED.

SIGNED this the _____ day of _____, 2024.

_____
JUDGE PRESIDING

HB: 4888-1842-9910.1