# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Landscape Consultants of Texas, Inc., et al.

v.                                                                  Case Number: 4:23−cv−03516

City of Houston, Texas, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 8/16/2024

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Motion Hearing


Date:   August 14, 2024

                                                                Nathan Ochsner, Clerk