# EXHIBIT A

| | |
|---|---|
| **From:** | Stephens, Ben |
| **To:** | Erin Wilcox; Gomez, Sandy; Dillard, Jarett; lori.yount@houstontx.gov; Eckert, Darah - LGL |
| **Cc:** | Joshua P. Thompson; Anastasia P. Boden; Katherine Turnbill; bsileo@hhstxlaw.com; bharris@hhstxlaw.com |
| **Subject:** | Re: Landscape Consultants, et al. v. City of Houston, et al., 4:23-cv-03516 |
| **Date:** | Wednesday, August 28, 2024 9:46:20 AM |
| **Attachments:** | image001.png |

Erin, we'll consult and let you know on dates. Please also let us know available dates in the second half of September for a corporate representative of Lanscape, a corporate representative of Metropolitan, and Mr. Thompson individually. Thanks.

**Ben Stephens**
**Partner**
Direct: 713-525-6263
Mobile: 915-525-2431
Ben.Stephens@huschblackwell.com

**From:** Erin Wilcox <EWilcox@pacificlegal.org>
**Sent:** Wednesday, August 28, 2024 9:41 AM
**To:** Stephens, Ben <Ben.Stephens@huschblackwell.com>; Gomez, Sandy <Sandy.Gomez@huschblackwell.com>; Dillard, Jarett <Jarett.Dillard@huschblackwell.com>; lori.yount@houstontx.gov <lori.yount@houstontx.gov>; Eckert, Darah - LGL <Darah.Eckert@houstontx.gov>
**Cc:** Joshua P. Thompson <JThompson@pacificlegal.org>; Anastasia P. Boden <ABoden@pacificlegal.org>; Katherine Turnbill <KTurnbill@pacificlegal.org>; bsileo@hhstxlaw.com <bsileo@hhstxlaw.com>; bharris@hhstxlaw.com <bharris@hhstxlaw.com>
**Subject:** Landscape Consultants, et al. v. City of Houston, et al., 4:23-cv-03516

[EXTERNAL EMAIL]

Dear Ben and team,

Attached, please find a 30(b)(6) deposition notice directed to your client and the protective order applicable to this deposition. We've noticed the deposition for Monday, September 30 at Husch Blackwell's offices, but are happy to coordinate with you on a different date and/or location that is convenient for all parties and witnesses.

I'll be out of the office from September 2-13, so Joshua or Anastasia will work with you on any details while I'm away.

Best,
Erin

**Erin Wilcox** | Attorney
Pacific Legal Foundation
555 Capitol Mall, Suite 1290 | Sacramento, CA 95814
916.419.7111