# EXHIBIT C

| | |
|---|---|
| **From:** | Stephens, Ben |
| **To:** | Anastasia P. Boden; Erin Wilcox; Gomez, Sandy; Dillard, Jarett; lori.yount@houstontx.gov; Eckert, Darah - LGL |
| **Cc:** | Joshua P. Thompson; Katherine Turnbill; bsileo@hhstxlaw.com; bharris@hhstxlaw.com |
| **Subject:** | RE: Landscape Consultants, et al. v. City of Houston, et al., 4:23-cv-03516 |
| **Date:** | Monday, September 16, 2024 4:33:15 PM |
| **Attachments:** | image002.png |
| | image003.png |

Hi Anastasia and all -

The City will be moving for a protective order and to quash the 30(b)(6) deposition notice, on the relevance grounds we've previously discussed on this issue and on privilege grounds. Please let us know your position on this motion by 6 pm CT tomorrow.

For Mr. Thompson we will do the 25th – please let me know tomorrow if there is a location you'd prefer, otherwise we can notice for our offices in downtown Houston.

**Ben Stephens**
**Partner**
Direct: 713-525-6263
Mobile: 915-525-2431
Ben.Stephens@huschblackwell.com

**From:** Anastasia P. Boden <ABoden@pacificlegal.org>
**Sent:** Thursday, September 12, 2024 4:36 PM
**To:** Erin Wilcox <EWilcox@pacificlegal.org>; Stephens, Ben <Ben.Stephens@huschblackwell.com>; Gomez, Sandy <Sandy.Gomez@huschblackwell.com>; Dillard, Jarett <Jarett.Dillard@huschblackwell.com>; lori.yount@houstontx.gov; Eckert, Darah - LGL <Darah.Eckert@houstontx.gov>
**Cc:** Joshua P. Thompson <JThompson@pacificlegal.org>; Katherine Turnbill <KTurnbill@pacificlegal.org>; bsileo@hhstxlaw.com; bharris@hhstxlaw.com
**Subject:** Re: Landscape Consultants, et al. v. City of Houston, et al., 4:23-cv-03516

[EXTERNAL EMAIL]

 Hi Ben and team,

I'm circling back to confirm your availability for the 30(b)(6) deposition we noticed for September 30th.

On our end, Mr. Thompson is available for both his own and a 30(b)(6) deposition through the end of the discovery period excluding September 17, 26, 27, or 30.

Best,

Anastasia ·

Anastasia P. Boden | Senior Attorney

Pacific Legal Foundation

555 Capitol Mall, Suite 1290 | Sacramento, CA 95814

916.419.7111 | Office


Defending Liberty and Justice for All.

---

**From:** Erin Wilcox <EWilcox@pacificlegal.org>

**Date:** Friday, August 30, 2024 at 12:03 PM

**To:** Stephens, Ben <Ben.Stephens@huschblackwell.com>, Gomez, Sandy <Sandy.Gomez@huschblackwell.com>, Dillard, Jarett <Jarett.Dillard@huschblackwell.com>, lori.yount@houstontx.gov <lori.yount@houstontx.gov>, Eckert, Darah - LGL <Darah.Eckert@houstontx.gov>

**Cc:** Joshua P. Thompson <JThompson@pacificlegal.org>, Anastasia P. Boden <ABoden@pacificlegal.org>, Katherine Turnbill <KTurnbill@pacificlegal.org>, bsileo@hhstxlaw.com <bsileo@hhstxlaw.com>, bharris@hhstxlaw.com <bharris@hhstxlaw.com>

**Subject:** RE: Landscape Consultants, et al. v. City of Houston, et al., 4:23-cv-03516

Thanks Ben, we'll circle back to you on Plaintiffs' deposition availability.

Additionally, attached please find Plaintiffs' second set of requests for production of documents.

Best,
Erin

**Erin Wilcox** | Attorney
Pacific Legal Foundation
555 Capitol Mall, Suite 1290 | Sacramento, CA 95814
916.419.7111


Defending Liberty and Justice for All.

---

**From:** Stephens, Ben <Ben.Stephens@huschblackwell.com>

**Sent:** Wednesday, August 28, 2024 9:46 AM

**To:** Erin Wilcox <EWilcox@pacificlegal.org>; Gomez, Sandy <Sandy.Gomez@huschblackwell.com>; Dillard, Jarett <Jarett.Dillard@huschblackwell.com>; lori.yount@houstontx.gov; Eckert, Darah - LGL

<Darah.Eckert@houstontx.gov>
**Cc:** Joshua P. Thompson <JThompson@pacificlegal.org>; Anastasia P. Boden
<ABoden@pacificlegal.org>; Katherine Turnbill <KTurnbill@pacificlegal.org>; bsileo@hhstxlaw.com;
bharris@hhstxlaw.com
**Subject:** Re: Landscape Consultants, et al. v. City of Houston, et al., 4:23-cv-03516

Erin, we'll consult and let you know on dates. Please also let us know available dates in
the second half of September for a corporate representative of Lanscape, a corporate
representative of Metropolitan, and Mr. Thompson individually. Thanks.

**Ben Stephens**
**Partner**
Direct: 713-525-6263
Mobile: 915-525-2431
Ben.Stephens@huschblackwell.com

---

**From:** Erin Wilcox <EWilcox@pacificlegal.org>
**Sent:** Wednesday, August 28, 2024 9:41 AM
**To:** Stephens, Ben <Ben.Stephens@huschblackwell.com>; Gomez, Sandy
<Sandy.Gomez@huschblackwell.com>; Dillard, Jarett <Jarett.Dillard@huschblackwell.com>;
lori.yount@houstontx.gov <lori.yount@houstontx.gov>; Eckert, Darah - LGL
<Darah.Eckert@houstontx.gov>
**Cc:** Joshua P. Thompson <JThompson@pacificlegal.org>; Anastasia P. Boden
<ABoden@pacificlegal.org>; Katherine Turnbill <KTurnbill@pacificlegal.org>; bsileo@hhstxlaw.com
<bsileo@hhstxlaw.com>; bharris@hhstxlaw.com <bharris@hhstxlaw.com>
**Subject:** Landscape Consultants, et al. v. City of Houston, et al., 4:23-cv-03516

[EXTERNAL EMAIL]

Dear Ben and team,

Attached, please find a 30(b)(6) deposition notice directed to your client and the protective
order applicable to this deposition. We've noticed the deposition for Monday, September 30
at Husch Blackwell's offices, but are happy to coordinate with you on a different date
and/or location that is convenient for all parties and witnesses.

I'll be out of the office from September 2-13, so Joshua or Anastasia will work with you on
any details while I'm away.

Best,
Erin

**Erin Wilcox** | Attorney
Pacific Legal Foundation
555 Capitol Mall, Suite 1290 | Sacramento, CA 95814
916.419.7111