# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

### NOTICE OF INTENTION TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF GERALD THOMPSON

TO: Plaintiffs Landscape Consultants of Texas, Inc. and Metropolitan Landscape Management, Inc., by and through their counsel of record, Erin E. Wilcox and Joshua P. Thompson of Pacific Legal Foundation, located at 555 Capital Mall, Suite 1290, Sacramento, CA 95814.

Please take notice that pursuant to the Federal Rules of Civil Procedure, the undersigned counsel for the City of Houston (the "City"), will take the oral and videotaped deposition of Gerald Thompson on **Wednesday, September 25, 2024**, beginning at **10:00 a.m. (CST)**, at the offices of **Husch Blackwell, LLP, 600 Travis Street, Suite 2350, Houston, Texas 77002**.

The deposition will continue from day to day until examination is completed, and the proceeding will be recorded by video and stenographic means before a court reporter authorized by law to administer oaths.

1

Respectfully submitted,

By:     */s/ Ben Stephens*
       Ben Stephens
       State Bar No. 24098472
       SDTX Bar No. 2898153
       ben.stephens@huschblackwell.com
       Sandy Hellums-Gomez
       State Bar No. 24036750
       SDTX Bar No. 561314
       sandy.gomez@huschblackwell.com
       Jarett Dillard
       State Bar No. 24099801
       SDTX Bar No. 2980302
       jarett.dillard@huschblackwell.com
       HUSCH BLACKWELL LLP
       600 Travis St., Suite 2350
       Houston, Texas 77002
       Telephone: (713) 647-6800
       Facsimile: (713) 647-6884

       Darah Eckert
       Senior Assistant City Attorney
       State Bar No. 24007141
       SDTX Bar No. 1890045
       darah.eckert@houstontx.gov
       Lori J. Yount
       Senior Assistant City Attorney
       State Bar No. 2209496
       SDTX Bar No. 24084592
       lori.yount@houstontx.gov

       Arturo G. Michel
       City Attorney
       Suzanne R. Chauvin
       Chief, General Litigation Section
       City of Houston Legal Department
       P.O. Box 368
       Houston, Texas 77001-368
       900 Bagby, 4th Floor
       Houston, Texas 77002
       Telephone: (832) 393-6219
       Facsimile: (832) 393-6259

**ATTORNEYS FOR THE CITY OF HOUSTON**

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing has been served upon all counsel of record via email on September 17, 2024.

*/s/ Ben Stephens*  
Ben Stephens
