# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

## ORDER GRANTING CITY OF HOUSTON'S
## EMERGENCY MOTION TO COMPEL DEPOSITION

On this day came on to be heard the City of Houston's Emergency Motion to Compel the deposition of Gerald Thompson. The Court, after considering the briefing, the evidence, and any arguments of counsel, finds that the motion should be granted. It is therefore

ORDERED that the City's Emergency Motion to Compel Deposition is GRANTED; and it is further

ORDERED that Gerald Thompson shall appear for deposition at the time and place provided in the Notice of Deposition made an exhibit to the City's motion.

SIGNED this the ____ day of _____, 2024.

_____
JUDGE PRESIDING

HB: 4867-5462-9095.1