# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

**ORDER GRANTING CITY OF HOUSTON'S
MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH**

On this day came on to be heard the City of Houston's Motion for Protective Order and Motion to Quash. The Court, after considering the briefing, any evidence, and any arguments of counsel, finds that the motion should be granted. It is therefore

ORDERED that the motion is GRANTED and the 30(b)(6) deposition of the City of Houston noticed for September 30, 2024, is quashed.

SIGNED this the _____ day of _____, 2024.

_____
JUDGE PRESIDING

HB: 4890-2206-5383.1