UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Landscape Consultants of Texas, Inc., et al. | § § | |
| *versus* | § § | Civil Action 4:23–cv–03516 |
| City of Houston, Texas, et al. | § § | |

# Notice of Referral of Motion to Magistrate Judge

Pursuant to 28 U.S.C. 636(b)(1), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and General Order 2024-08, the presiding district judge has designated Magistrate Judge Peter Bray to hear and determine the motion(s) identified below:

Emergency Motion – #57
Motion to Compel – #57
Motion for Protective Order – #58
Motion to Quash – #58

Date: September 20, 2024.

Nathan Ochsner, Clerk

By: Joseph Wells
Deputy Clerk