# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Landscape Consultants of Texas, Inc., et al.

v.                                                                  Case Number: 4:23−cv−03516

City of Houston, Texas, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 9/25/2024 at 04:00 PM before Magistrate Judge Peter Bray, by video.

Date: September 24, 2024

                                                              Nathan Ochsner, Clerk, Clerk
                                                              s/ 4 JasonMarchand, Deputy Clerk