UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC.,<br><br>        Plaintiffs,<br>v.<br><br>CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT,<br><br>        Defendants. | Civil Action No. 4:23-cv-03516<br><br>**DECLARATION OF ERIN E. WILCOX** |

I, Erin E. Wilcox, declare as follows:

1. I am an attorney representing the Plaintiffs in the above-captioned case. I am therefore personally familiar with the facts and circumstances of this case referenced herein, including the discovery process. I submit this declaration and attached exhibits in support of Plaintiffs' Opposition to Defendant City of Houston's Emergency Motion to Compel the deposition of Gerald Thompson.

2. Attached hereto as Exhibit 1 is Defendant City of Houston's Designation of Expert Witnesses. This document was emailed to Plaintiffs' counsel on July 31, 2024.

3. Attached hereto as Exhibit 2 is Defendant City of Houston's First Set of Interrogatories to Landscape Consultants of Texas, Inc., and Defendant City of

1

Houston's First Set of Interrogatories to Metropolitan Landscape Management, Inc.

This document was emailed to Plaintiffs' counsel on August 26, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of September 2024, at Austin, Texas.

/s/ *Erin E. Wilcox*
Erin E. Wilcox