# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> *Defendants*. | Civil Action No. 4:23-cv-03516 <br><br><br> **[PROPOSED] ORDER** |

This matter comes before the Court on Defendant City of Houston's Emergency Motion to Compel the deposition of Gerald Thompson on September 25, 2024. For the reasons stated herein, it is hereby

ORDERED that Defendant City of Houston's Emergency Motion to Compel is DENIED.

Dated: _____

_____
Hon. Peter Bray
UNITED STATES MAGISTRATE JUDGE