# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., | Civil Action No. 4:23-cv-03516 |
| *Plaintiffs*, | |
| v. | **[PROPOSED] ORDER** |
| CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, | |
| *Defendants*. | |

This matter comes before the Court on Defendant City of Houston's Motion for Protective Order and Motion to Quash. For the reasons stated herein, it is hereby

ORDERED that Defendant City of Houston's Motion for Protective Order and Motion to Quash are DENIED.


Dated: _____


_____
Hon. Peter Bray
UNITED STATES MAGISTRATE JUDGE