United States District Court
Southern District of Texas

**ENTERED**

September 25, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Landscape Consultants of Texas, Inc., et al., *Plaintiff,* | § § § § | |
| v. | § § | Civil Action H-23-3516 |
| City of Houston, Texas, et al., *Defendants.* | § § § | |

## ORDER

Based on the parties' representation to the court, the Motion to Compel, ECF No. 57, is **DENIED AS MOOT.** The court will take the pending Motion for Protective Order and to Quash, ECF No. 58, under advisement. To the extent the court allows the deposition of the City's corporate representative, it will be allowed outside the current discovery period. The hearing set for September 25, 2024, is canceled.

Signed at Houston, Texas, on September 25, 2024.

Peter Bray
United States Magistrate Judge