# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

## DEFENDANT CITY OF HOUSTON, TEXAS' RESPONSES TO PLAINTIFFS' INTERROGATORIES

TO: Plaintiffs Landscape Consultants of Texas, Inc. and Metropolitan Landscape Management, Inc., by and through their counsel of record.

Defendant City of Houston, Texas ("Defendant" or "the City") submits this as its Responses to Plaintiffs' Interrogatories.

*-signatures follow-*

HB: 4894-9593-3369.1

1

Exhibit 1

Respectfully submitted,

By:    */s/ Ben Stephens*
       Ben Stephens
       State Bar No. 24098472
       SDTX Bar No. 2898153
       ben.stephens@huschblackwell.com
       Sandy Hellums-Gomez
       State Bar No. 24036750
       SDTX Bar No. 561314
       sandy.gomez@huschblackwell.com
       Jarrett Dillard
       State Bar No. 24099801
       SDTX Bar No. 2980302
       jarett.dillard@huschblackwell.com

HUSCH BLACKWELL LLP
600 Travis St., Suite 2350
Houston, Texas 77002
Telephone:   (713) 647-6800
Facsimile:   (713) 647-6884

       */s/ Darah Eckert*
       Darah Eckert
       Senior Assistant City Attorney
       State Bar No. 24007141
       SDTX Bar No. 1890045
       darah.eckert@houstontx.gov
       Lori J. Yount
       Senior Assistant City Attorney
       State Bar No. 2209496
       SDTX Bar No. 24084592
       lori.yount@houstontx.gov

ARTURO G. MICHEL
CITY ATTORNEY
SUZANNE R. CHAUVIN
CHIEF, GENERAL LITIGATION SECTION
CITY OF HOUSTON LEGAL DEPARTMENT
P.O. Box 368
Houston, Texas 77001-368
900 Bagby, 4th Floor
Houston, Texas 77002
Telephone:    (832) 393-6219
Facsimile:    (832) 393-6259

**ATTORNEYS FOR THE CITY OF HOUSTON**

2

## CERTIFICATE OF SERVICE

  I hereby certify that on the 6th day of May, 2024, a true and correct copy of Defendant City of Houston, Texas' Responses to Plaintiffs' Interrogatories was served on counsel of record by email.

                */s/ Ben Stephens*
                Ben Stephens

and will continue on a rolling basis, and the City will supplement its response to this interrogatory as necessary and appropriate.

**INTERROGATORY NO. 3:**

Identify all City contracts that normally would have been awarded to the lowest responsive and responsible bidder, but were instead awarded to a business other than the lowest responsive and responsible bidder, from January 1, 2019, to present.

**OBJECTIONS:**

The City objects that this request is overbroad, unduly burdensome, and seeks information not proportional to the needs of the case. The request is vague and ambiguous in that it seeks information pertaining to "lowest responsive and responsible bidders," but fails to specify which specific contracts are at issue. The competitive procurement process is not always based on a "lowest responsive and responsible bidder" standard, and bidders may or may not be awarded a contract for any number of reasons. Accordingly, this request is confusingly phrased and is not capable of being answered as written.

**INTERROGATORY NO. 4:**

Identify each compelling interest you contend is advanced by the MWSBE Program.

**OBJECTIONS:**

The City of Houston objects to this interrogatory as improperly asking the City to state all assertions and/or marshal all available evidence. Discovery is ongoing and the City's answer to this interrogatory will be supplemented as necessary or appropriate.

**ANSWER:**

Subject to and without waiving the foregoing, the City of Houston's MWSBE Program has been designed to mitigate and remedy the effects of past discrimination and its lingering effects against minority and women-owned businesses, and to make public contracting opportunities equally available to such businesses. The compelling interests advanced by the MWSBE program include the City of Houston's attempts to remedy past discrimination by rectifying its own actions. Evidence demonstrates discriminatory barriers to fair competition between minority and non-minority contractors. As such, the City of Houston strives to be inclusive of all minority and non-minority contractors.

**INTERROGATORY NO. 5:**

Identify all City contractors or other business enterprises sanctioned or penalized by the City, including pursuant to Houston Code §15-86, for discriminating against subcontractors on the basis of race, ethnicity, or sex from January 1, 2019, to present.

**OBJECTIONS:**

The City objects that "sanctioned" and "penalized" are vague, ambiguous, and undefined. The City further objects that this interrogatory seeks information neither relevant nor proportional to the needs of the case.

**RESPONSE:**

The City has not debarred a public contractor for discrimination against M/WBE subcontractors from January 1, 2019 to the present.