UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

**CITY OF HOUSTON'S**
**RESPONSES TO PLAINTIFFS' REQUESTS FOR ADMISSION**

TO:   Plaintiffs Landscape Consultants of Texas, Inc. and Metropolitan Landscape Management, Inc., by and through their counsel of record.

Defendant City of Houston, Texas ("Defendant" or "the City") submits this as its Responses to Plaintiffs' Requests for Admission.

*-signatures follow-*

1

Exhibit 2

Respectfully submitted,

By:   */s/ Ben Stephens*
     Ben Stephens
     State Bar No. 24098472
     SDTX Bar No. 2898153
     ben.stephens@huschblackwell.com
     Sandy Hellums-Gomez
     State Bar No. 24036750
     SDTX Bar No. 561314
     sandy.gomez@huschblackwell.com
     Jarrett Dillard
     State Bar No. 24099801
     SDTX Bar No. 2980302
     jarett.dillard@huschblackwell.com

HUSCH BLACKWELL LLP
600 Travis St., Suite 2350
Houston, Texas 77002
Telephone:   (713) 647-6800
Facsimile:   (713) 647-6884

     */s/ Darah Eckert*
     Darah Eckert
     Senior Assistant City Attorney
     State Bar No. 24007141
     SDTX Bar No. 1890045
     darah.eckert@houstontx.gov
     Lori J. Yount
     Senior Assistant City Attorney
     State Bar No. 2209496
     SDTX Bar No. 24084592
     lori.yount@houstontx.gov

ARTURO G. MICHEL
CITY ATTORNEY
SUZANNE R. CHAUVIN
CHIEF, GENERAL LITIGATION SECTION
CITY OF HOUSTON LEGAL DEPARTMENT
P.O. Box 368
Houston, Texas 77001-368
900 Bagby, 4th Floor
Houston, Texas 77002
Telephone:     (832) 393-6219
Facsimile:     (832) 393-6259

2

Exhibit 2

**ATTORNEYS FOR THE CITY OF HOUSTON**

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 6th day of May, 2024, a true and correct copy of Defendant City of Houston, Texas' Responses to Plaintiffs' Request for Admission was served on counsel of record by email.

            */s/ Ben Stephens*
            Ben Stephens

Exhibit 2

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that the City has not disciplined, terminated, or otherwise sanctioned any employee or official for discrimination in the award of public contracts from January 1, 2019, to present.

**OBJECTIONS:**

This request concerns matters and seeks information not relevant to the claims and defenses of the parties, not proportional to the needs of the case, and is overbroad.

**RESPONSE:**

Subject to and without waiving the foregoing, admit.

**REQUEST FOR ADMISSION NO. 2:**

Admit that the City has identified no prime contract awards based on intentional discrimination against M/WBE bidders from January 1, 2019, to present.

**OBJECTIONS:**

This request concerns matters and seeks information not relevant to the claims and defenses of the parties, not proportional to the needs of the case, and is overbroad.

**RESPONSE:**

Subject to and without waiving the foregoing, admit.

**REQUEST FOR ADMISSION NO. 3:**

Admit that the City has specific procurement policies that forbid discrimination in awarding public contracts.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 4:**

Admit that the City has identified no instances of a prime contractor discriminating against M/WBE subcontractors on a City contract from January 1, 2019, to present.

**OBJECTIONS:**

This request concerns matters and seeks information not relevant to the claims and defenses of the parties, not proportional to the needs of the case, and is overbroad. Additionally, the terms "instances" and "discriminating" are vague, overbroad, and ambiguous.

**RESPONSE:**

Subject to and without waiving the foregoing, the City lacks sufficient information to admit or deny this request.

**REQUEST FOR ADMISSION NO. 5:**

Admit that the City has not debarred or sanctioned a public contractor for discrimination against M/WBE subcontractors from January 1, 2019, to present.

**OBJECTIONS:**

This request concerns matters and seeks information not relevant to the claims and defenses of the parties, not proportional to the needs of the case, and overbroad. Additionally, the terms "debarred" and "sanctioned" are vague, overbroad, and ambiguous.

**RESPONSE:**

Subject to and without waiving the foregoing, the City admits that no public contractor has been debarred.

Exhibit 2