UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

**NOTICE OF RULE 30(b)(6) DEPOSITION**

TO THE PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. (30)(b)(6), Plaintiffs, by and through their counsel, will take the deposition upon oral examination under oath of Defendant City of Houston's Person(s) Most Knowledgeable on the matters and documents, electronically stored information, or objects as set forth below. The deposition will be conducted on Monday, September 30, 2024, beginning at 10:00 a.m. CDT at the offices of Husch Blackwell, 600 Travis Street, Suite 2350, Houston, TX 77002. The deposition will be recorded by stenographic means and shall be taken before a court reporter or other person duly

1

Exhibit 6

authorized to administer oaths. This deposition is subject to a protective order, Dkt. 56.

The matter to be examined will be:

1) The City of Houston disparity study produced by Colette Holt & Associates, Bates numbers CONFIDENTIAL COH0001082-COH0001222, including the decision to commission the disparity study, the decision to award the contract for the disparity study to Colette Holt & Associates, the decision to end the disparity study contract with Colette Holt & Associates, and the decision not to adopt the Colette Holt & Associates disparity study.

In addition, Defendant or its deponent(s) shall provide to the undersigned counsel in advance or bring to the deposition the following documents, electronically stored information, or objects reasonably within its possession or control:

1) All documents not already produced relating to the City of Houston disparity study produced by Colette Holt & Associates, Bates Numbers CONFIDENTIAL COH0001082-COH0001222, including monthly progress reports.

DATED: August 28, 2024.

Respectfully submitted,

| | |
|---|---|
| Anastasia P. Boden* | s/ Erin E. Wilcox |
| Cal. Bar No. 281911 | Erin E. Wilcox |
| S.D. Tex. Bar No. 3495077 | *Attorney-in-Charge* |
| Joshua P. Thompson* | Cal. Bar No. 337427 |
| Cal. Bar No. 250955 | S.D. Tex. Bar No. 3369027 |
| *Of Counsel* | Pacific Legal Foundation |
| Pacific Legal Foundation | 555 Capitol Mall |
| 555 Capitol Mall | Suite 1290 |
| Suite 1290 | Sacramento, CA 95814 |
| Sacramento, CA 95814 | Telephone: (916) 419-7111 |
| Telephone: (916) 419-7111 | Fax: (916) 419-7747 |
| Fax: (916) 419-7747 | ewilcox@pacificlegal.org |
| aboden@pacificlegal.org | |
| jthompson@pacificlegal.org | |

*Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      This is to certify that on August 28, 2024, a copy of the foregoing document was sent via electronic mail to the following individuals:

Lori Yount
Darah Eckert
City of Houston Legal Department
P.O. Box 368
Houston, Texas 77001-368
900 Bagby, 4th Floor
Houston, TX 77002
lori.yount@houstontx.gov
darah.eckert@houstontx.gov

Ben Stephens
Sandy Hellums-Gomez
Jarett Dillard
HUSCH BLACKWELL LLP
600 Travis St., Suite 2350
Houston, Texas 77002
ben.stephens@huschblackwell.com
sandy.gomez@huschblackwell.com
jarett.dillard@huschblackwell.com
*Counsel for City of Houston*

Brett J. Sileo
Britton B. Harris
Harris Hilburn P.L.L.C.
1111 Rosalie
Houston, Texas 77004
bsileo@hhstxlaw.com
bharris@hhstxlaw.com
*Counsel for Midtown Management District*

                                                                                        s/ *Erin E. Wilcox*
                                                                                        Erin E. Wilcox
                                                                                        Pacific Legal Foundation