| **From:** | Jason Marchand |
|---|---|
| **To:** | Anastasia P. Boden; Joshua P. Thompson; Erin Wilcox; ben.stephens@huschblackwell.com; darah.eckert@houstontx.gov; finaccountspayable@houstontx.gov; jarett.dillard@huschblackwell.com; lori.yount@houstontx.gov; Sandy.Gomez@huschblackwell.com; bsileo@hhstxlaw.com; bharris@hhstxlaw.com |
| **Subject:** | Zoom link for hearing in 4:23CV3516 - Landscape Consultants of Texas, Inc. et al v. City of Houston, Texas et al |
| **Date:** | Tuesday, September 24, 2024 8:54:42 AM |

Good morning . Below is the Zoom link for the hearing in this case set for tomorrow, Wednesday, September 25 at 4:00 pm, Houston time . The hearing is on the two pending motions – ECF Nos. 57 and 58.  If any responses are coming, please have them filed by 8 am, Houston time, tomorrow.  If the parties manage to work out these issues and no longer need court intervention, please let me know as soon as possible.  Thank you.

Join ZoomGov Meeting
https://www.zoomgov.com/j/1604083833?pwd=QMnHLbgz9yIPU6U0obUdcYT7z6qe03.1

Meeting ID: 160 408 3833
Passcode: 627656

---

One tap mobile
+16692545252,,1604083833#,,,,*627656# US (San Jose)
+16469641167,,1604083833#,,,,*627656# US (US Spanish Line)

---

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 964 1167 US (US Spanish Line)
• +1 646 828 7666 US (New York)
• +1 415 449 4000 US (US Spanish Line)
• +1 551 285 1373 US (New Jersey)
• +1 669 216 1590 US (San Jose)

Meeting ID: 160 408 3833
Passcode: 627656

Find your local number: https://www.zoomgov.com/u/abhRj68m5i

---

Join by SIP
• 1604083833@sip.zoomgov.com

---

Join by H.323
• 161.199.138.10 (US West)
• 161.199.136.10 (US East)

Meeting ID: 160 408 3833
Passcode: 627656

Exhibit 7

Jason Marchand
Case Manager to Magistrate Judge Peter Bray
515 Rusk St.
Houston, TX 77002
713-250-5148
832-259-4237 (cell)

Exhibit 7