# EXHIBIT 5

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     HOUSTON DIVISION

 3  LANDSCAPE CONSULTANTS OF   )
    TEXAS, INC., and           )
 4  METROPOLITAN LANDSCAPE     )
    MANAGEMENT, INC.,          )
 5       Plaintiffs,           )
                               )
 6  v.                         )Civil Action No. 4:23-cv-03516
                               )
 7  CITY OF HOUSTON, TEXAS,    )
    and MIDTOWN MANAGEMENT     )
 8  DISTRICT,                  )
         Defendants.           )
 9

10

11           ORAL VIDEOTAPED DEPOSITION OF

12                  GERALD THOMPSON

13                  November 6, 2024

14

15     ORAL VIDEOTAPED DEPOSITION OF GERALD THOMPSON,

16  produced as a witness at the instance of the Defendants

17  and duly sworn, was taken in the above-styled and

18  numbered cause on the 6th day of November, 2024, from

19  10:00 a.m. to 1:33 p.m., before Dawn McAfee, Certified

20  Shorthand Reporter in and for the State of Texas,

21  reported by computerized stenotype machine at the

22  offices of Husch Blackwell LLP, 600 Travis Street, Suite

23  2350, Houston, Texas 77002, pursuant to the Federal

24  Rules of Civil Procedure and the provisions stated on

25  the record or attached hereto.
```

```
 1                        APPEARANCES

 2  FOR THE PLAINTIFFS:

 3       Ms. Erin E. Wilcox
         PACIFIC LEGAL FOUNDATION
 4       555 Capitol Mall, Suite 1290
         Sacramento, CA 95814
 5       Telephone: 916.419.7111
         Email: ewilcox@pacificlegal.org
 6
    FOR DEFENDANT CITY OF HOUSTON, TEXAS:
 7
         Mr. Ben Stephens
 8       HUSCH BLACKWELL LLP
         600 Travis Street, Suite 2350
 9       Houston, Texas 77002
         Telephone: 713.647.6800
10       Email: ben.stephens@huschblackwell.com

11       Ms. Sandy Hellums-Gomez
         HUSCH BLACKWELL LLP
12       600 Travis Street, Suite 2350
         Houston, Texas 77002
13       Telephone: 713.647.6800
         Email: sandy.gomez@huschblackwell.com
14

15  FOR DEFENDANT MIDTOWN MANAGEMENT DISTRICT:

16       Mr. Brett Sileo
         HARRIS HILBURN LLP
17       1111 Rosalie Street
         Houston, Texas 77004
18       Telephone: 713.223.3936
         Email: bsileo@hhstxlaw.com
19

20  ALSO PRESENT:

21     Mr. Orfelio De Ochoa Jr.
       HUSCH BLACKWELL LLP
22
       Mr. Bill Marsh - Videographer
23

24

25
```

INDEX
                                                              PAGE
Appearances...................................................2

GERALD THOMPSON
    Examination by Mr. Stephens.......................4
    Examination by Mr. Sileo.........................76
    Examination by Ms. Wilcox.......................116
    Further Examination by Mr. Stephens.............125

Changes and Signature............................128

Reporter's Certificate...........................130


                          EXHIBITS

NO.        DESCRIPTION                                       PAGE

Exhibit 1   Notice of Intention To Take Oral
            and Videotaped Deposition of
            Gerald Thompson..........................9
Exhibit 2   Notice of Intention to Take Oral
            and Videotaped Deposition of
            Landscape Consultants of Texas, Inc.
            and Metropolitan Landscape
            Management, Inc.........................10
Exhibit 3   Complaint for Declaratory and
            Injunctive Relief Jury Trial Demanded..18
Exhibit 4   Declaration of Gerald Thompson.........34
Exhibit 5   Article "Racial Quotas For City
            Contractors May Ruin This Family
            Business"..............................73
Exhibit 6   Midtown Management District
            Invitation to Bid Field Maintenance
            Services Project.......................84
Exhibit 7   Request to Clarify Bid Form............87
Exhibit 8   Metropolitan Landscape Management,
            Inc., Invitation to Bid Field
            Maintenance Services Project...........90
Exhibit 9   Midtown Management District's
            bid tabulation for the
            Field Maintenance Services Project.....96
Exhibit 10  Local Gov't Code Section 375.222
            Disadvantaged Businesses..............104

```
 1            THE VIDEOGRAPHER:  This is beginning of
 2  File Number 1 in the deposition of Gerald Thompson.  The
 3  time is 10:27, and we're on the record.  Would the court
 4  reporter please swear the witness?
 5                    GERALD THOMPSON,
 6  having been first duly sworn, testified as follows:
 7                       EXAMINATION
 8  BY MR. STEPHENS:
 9     Q.   Sir, can you state and spell your name for our
10  record, please.
11     A.   Gerald Raymond Thompson.  G-E-R-A-L-D, Raymond,
12  R-A-Y-M-O-N-D, Thompson, T-H-O-M-P-S-O-N.
13     Q.   All right.  And I'll call you Mr. Thompson.  My
14  name is Ben Stephens.  I'm a lawyer representing the
15  City of Houston.  Can you -- can you tell me, in your
16  own words, what this lawsuit is about?
17     A.   Well, quite frankly, the lawsuit is about
18  discrimination against my companies from being able to
19  fully and capably use our employees to perform contracts
20  in the -- for the City of Houston.  And because we are
21  white owners with 95 percent Hispanic employees, it just
22  seems very strange that we would have to do that.  So,
23  my main -- my main concern is to protect my employees,
24  not someone else's employees, for payroll and things
25  like that.
```

Gerald Thompson
November 06, 2024                                                              117

1    Q.   Okay.  So you and your wife, Theresa, both own
2  shares in Metropolitan; is that right?
3    A.   Yes.
4    Q.   Okay.  And you wrote in the complaint in
5  Exhibit 3 -- if you want to take a look at that exhibit
6  again.
7    A.   Exhibit 3?
8    Q.   Yeah.
9    A.   Okay.
10   Q.   Let's go back to this.  Okay.  Sorry.  You're
11 gonna have to give me a minute to find it.  There we go.
12   A.   Which page?
13   Q.   We are looking at page 3 of Exhibit 3, and this
14 is Paragraph 8.
15   A.   Okay.
16   Q.   And do you see where the second sentence says,
17 "Metropolitan is 51 percent owned by a female individual
18 who does not exercise day-to-day control and does not
19 qualify as an MBE under the City's MBE ordinance."
20   A.   Yes.
21   Q.   Okay.  And that's correct?
22   A.   Yes.
23   Q.   Okay.  And you mentioned that Metropolitan was
24 certified as a HUB through the State of Texas; is that
25 right?

```
                          Gerald Thompson
                         November 06, 2024
 1      IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
 2                  HOUSTON DIVISION

 3  LANDSCAPE CONSULTANTS OF    )
    TEXAS, INC., and            )
 4  METROPOLITAN LANDSCAPE      )
    MANAGEMENT, INC.,           )
 5       Plaintiffs,            )
                                )
 6  v.                          )Civil Action No 4:23-cv-03516
                                )
 7                              )
    CITY OF HOUSTON, TEXAS,     )
 8  and MIDTOWN MANAGEMENT      )
    DISTRICT,                   )
 9       Defendants.            )

10

11 _____

12

13        ORAL DEPOSITION OF GERALD THOMPSON

14               November 6, 2024

15 _____

16

17     I, Dawn McAfee, Certified Shorthand Reporter

18 in and for the State of Texas, do hereby certify to the

19 following:

20     That the witness, GERALD THOMPSON, was duly

21 sworn by the officer and that the transcript of the oral

22 deposition is a true record of the testimony given by

23 the witness;

24     I further certify that pursuant to FRCP Rule

25 30(e)(1) that the signature of the deponent:
```

```
                         Gerald Thompson
                        November 06, 2024
 1          __X__ was requested by the deponent or a
 2   party before the completion of the deposition and is to
 3   be returned within 30 days from the date of receipt of
 4   the Signature Page contains any changes and the reasons
 5   therefor;
 6          ___ was not requested by the deponent or a
 7   party before the completion of the deposition.
 8               I further certify that I am neither counsel
 9   for, related to, nor employed by any of the parties or
10   attorneys to the action in which this proceeding was
11   taken. Further, I am not a relative or employee of any
12   attorney of record in this cause, nor am I financially
13   or otherwise interested in the outcome of the action.
14               Subscribed and sworn to on this _____
15   day of _____, _____.
16
17
18                         _____
19
20                         Dawn McAfee
                           Texas CSR No. 4578
21                         Expiration Date: 09/30/25
                           U.S. Legal Support
22                         16825 Northchase Drive
                           Houston, Texas 77060
23                         Firm Registration No. 122
24
25
                       U.S. LEGAL SUPPORT, INC
                           713-653-7100
```