UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION


LANDSCAPE CONSULTANTS OF TEXAS, INC.,

and METROPOLITAN LANDSCAPE MANAGEMENT, INC.,

       Plaintiffs,

v.                      Civil Action No. 4:23-cv-03516

CITY OF HOUSTON, TEXAS, and

MIDTOWN MANAGEMENT DISTRICT,

       Defendants.

_____

DEPOSITION OF


MARLON MARSHALL

30(B)(6)


TAKEN ON

WEDNESDAY, JUNE 12, 2024

10:13 A.M.


HARRIS HILBURN & SHERER, LLP

1111 ROSALIE STREET

HOUSTON, TEXAS 77004

MARLON MARSHALL 30(B)(6)          June 12, 2024                                    2
75250

```
 1                          APPEARANCES

 2

 3   Appearing on behalf of the Plaintiffs:

 4   JOSHUA P. THOMPSON, ESQUIRE

 5   ANASTASIA BODEN, ESQUIRE

 6   Pacific Legal Foundation

 7   555 Capitol Mall, Suite 1290

 8   Sacramento, California 95814

 9   (916) 419-7111

10   (916) 419-7747 (Fax)

11   jthompson@pacificlegal.org

12   aboden@pacificlegal.org

13

14   Appearing on behalf of the Defendant,

15   Midtown Management District:

16   BRETT J. SILEO, ESQUIRE

17   Harris Hilburn & Sherer, LLP

18   1111 Rosalie

19   Houston, Texas 77004

20   (713) 223-3936

21   (713) 224-5358 (Fax)

22   bsileo@hhstxlaw.com

23

24

25
```

MARLON MARSHALL 30(B)(6)          June 12, 2024                    3
75250

```
 1                    APPEARANCES (Continued)

 2

 3   Appearing on behalf of the Defendant, City of

 4   Houston, Texas:

 5   JARETT DILLARD, ESQUIRE

 6   Husch Blackwell

 7   600 Travis Street, Suite 2350

 8   Houston, Texas 77002

 9   (713) 647-6800

10   (713) 647-6884 (Fax)

11   jarett.dillard@huschblackwell.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

MARLON MARSHALL 30(B)(6)          June 12, 2024                        4
75250

1                          INDEX OF EXAMINATION

2                                                      Page

3

4   EXAMINATION BY MR. THOMPSON                          7

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MARLON MARSHALL 30(B)(6)        June 12, 2024                          5
75250

```
 1                      EXHIBIT INDEX

 2   Exhibit                                      Page

 3

 4   1             NOTICE OF RULE                  10

 5

 6   2             POLICIES AND PROCEDURES MANUAL  14

 7

 8   3             INVITATION TO BID               27

 9

10   4             FIELD MAINTENANCE SERVICES      34

11                 PROJECT NOVEMBER 2022

12

13   5             OVERALL GOAL CALCULATION FISCAL 39

14                 YEAR 2023 THROUGH 2025

15

16   6             ANSWERS AND OBJECTIONS TO FIRST 42

17                 SET OF DISCOVERY

18

19   7             DISADVANTAGED BUSINESSES        47

20

21

22

23

24

25
```

```
 1                     DEPOSITION OF

 2                     MARLON MARSHALL

 3                         TAKEN ON

 4              WEDNESDAY, JUNE 12, 2024

 5                     10:13 A.M.

 6

 7          THE REPORTER:  We are on the record at 10:13 a.m.

 8          And, Mr. Marshall, will you please raise your right

 9  hand?

10          Do you affirm under penalty of perjury that the

11  testimony you're about to give will be the truth, the whole

12  truth, and nothing but the truth?

13          THE DEPONENT:  Yes.

14          THE REPORTER:  Thank you, sir.

15          Will each attorney please state their name and whom

16  they represent?

17          MR. THOMPSON:  Josh --

18          MR. SILEO:  I'm -- oh, go ahead.

19          MR. THOMPSON:  I'm sorry.  Joshua Thompson.  I

20  represent Landscape Consultants of Texas and the Metropolitan

21  Landscape Management Incorporated.

22          MR. SILEO:  And this is Brett Sileo, and I represent

23  Midtown Management District.

24          MR. DILLARD:  This is Jarett Dillard, and I represent

25  the City of Houston.
```

MARLON MARSHALL 30(B)(6)        June 12, 2024                    7
75250

```
 1              THE REPORTER:  Thank you.
 2              Counsel, please proceed.
 3  MARLON MARSHALL, having been first duly affirmed to tell the
 4  truth, was examined, and testified as follows:
 5  EXAMINATION
 6  BY MR. THOMPSON:
 7         Q.    Good morning.
 8         A.    Good morning.
 9         Q.    I'm Joshua Thompson.  I'm from Pacific Legal
10  Foundation.  Joined here by my colleague Anastasia Boden.  As
11  you know, we represent the plaintiffs in this case, Landscape
12  Consultants of Texas and Metropolitan Landscape Management.
13  We're challenging the constitutionality of the Midtown
14  Management District DBE program or MWDBE program.  Are you
15  familiar with the general nature of this lawsuit?
16         A.    Yes.
17         Q.    Can you give me your impression of what this lawsuit
18  is about?
19         A.    It is about the MWDBE program for Midtown Management
20  District as it relates to Midtown -- Metropolitan Landscape
21  Management's pursuit of contracts with Midtown.
22         Q.    Thank you.  You've now been sworn in by our court
23  reporter.  She's going to produce a transcript of our
24  conversation once it's completed.  The purpose of this
25  deposition is for us to generate a written transcript, so I'm
```

 1  going to do my best to ask clear questions.

 2          If you don't understand any question, just ask me and

 3  let me know and I will repeat it.  Otherwise, if you answer,

 4  I'm going to assume it's because you've understood the

 5  question.  Is that fair?

 6      A.   Yes.

 7      Q.   Is there any reason why you wouldn't be able to

 8  testify fully and truthfully here today?

 9      A.   No.

10      Q.   Can you state and spell your name for the record?

11      A.   Marlon Marshall.  M-A-R-L-O-N.  Last name Marshall,

12  M-A-R-S-H-A-L-L.

13      Q.   Have you ever been party to a deposition before?

14      A.   No.

15      Q.   So this is your first deposition?

16      A.   Yes.

17      Q.   As you know, our -- I'm sorry I can't get this

18  computer work because I don't know how to work an Apple.

19          As you know, our court reporter is taking down

20  everything you say.  So it's important that you not nod or

21  shake your head that you produce audible answers affirmatively,

22  yes or no, so that everything can be written down.

23          Your attorney, Brett, here, may object from time to

24  time.  That's just so he gets the objection for the record for

25  the judge to know.  But unless he directs you not to answer,

MARLON MARSHALL 30(B)(6)        June 12, 2024                        9
75250

 1  you should just answer the question.  All right.

 2            Can you, tell me where do you work?

 3     A.   Midtown Redevelopment Authority.

 4     Q.   And what's your title there?

 5     A.   Senior Director of Engineering and Strategic

 6  Development.

 7     Q.   And how did you come to work there?

 8     A.   I was hired in 2003.

 9     Q.   What qualifications got you that job?

10     A.   I have experience as an engineer.  I --

11  professionally I am trained in engineering and there was an

12  opportunity for engineering-related work.

13     Q.   So you worked at the Redevelopment Authority for over

14  20 years?

15     A.   Yes.

16     Q.   Has your title been the same there the entire 20

17  years, or have you progressed through different job titles?

18     A.   It has not been the same.

19     Q.   Can you run me through how your career has progressed

20  there?

21     A.   I was initially hired as a project engineer and then

22  I moved to project manager and then program manager, and then

23  to director of engineering, and then to senior director of

24  engineering and strategic planning.

25     Q.   And that is where you are --

```
 1      A.   That's my current role.
 2      Q.   And what does that role entail?  What is your day-to-
 3   day work?
 4      A.   My day-to-day work involves managing a group of
 5   architectural engineering consultants as it relates to the
 6   redevelopment of the Midtown Tax Increment Reinvestment zone.
 7   I also have responsibility for service and maintenance and
 8   urban planning as it relates to the Midtown Management
 9   District.
10      Q.   Thank you.  I'm going to introduce our first exhibit
11   today.  This is our deposition notice for you.
12           Here's one for the court reporter.  And here's one
13   for you, one for your attorney.  I'm sorry.
14           (WHEREUPON, Exhibit 1 was marked for identification.)
15           MR. DILLARD:  I have one.
16           MR. THOMPSON:  You got one.
17           MR. DILLARD:  No, I have.
18           MR. SILEO:  I don't think this is a surprise.
19           MR. THOMPSON:  Yeah.  Right.
20   BY MR. THOMPSON:
21      Q.   Could you take a -- or have you seen this document
22   before?
23      A.   Yes.
24      Q.   And on the second page there, it says that there are
25   certain matters to be examined.  Do you see those matters?
```

```
 1      A.   Yes.

 2      Q.   Do you feel that you are prepared to testify to those

 3  matters today?

 4      A.   Yes.

 5      Q.   Great.  You mentioned previously something that I

 6  need clarification on.  You mentioned three things.  There's

 7  the Midtown Management District, the Midtown Redevelopment

 8  Authority, and then there was the -- the Zone.  I forget

 9  exactly what you said.  Can you help me understand how those

10  three different entities interrelate in the different roles and

11  jobs that they have?

12      A.   The Midtown Tax Increment Reinvestment Zone was

13  created by the City of Houston in 1994 to redevelop an area

14  that was designated in the Midtown area.  The Midtown

15  Redevelopment Authority was formed -- was created to administer

16  the daily operations and business of the Tax Increment

17  Reinvestment.

18           The Midtown Management District was created in 2000

19  as an avenue to compliment the Midtown TIRZ to provide quality

20  of life type of services in the zone -- in the district.

21  Services such as public safety, marketing services and

22  maintenance and urban planning.

23      Q.   You said TIRZ.  What are TIRZ?

24      A.   Taxi Increment Reinvestment Zone.  It's an acronym.

25  The way it is created a base value of the property values
```

1  within that designated zone, is set.  And then as development

2  increases in the zone, the tax increment generated from those

3  properties is then reinvested into that zone.

4        Q.  Do all three of those entities still exist today?

5        A.  Yes.

6        Q.  Do -- strike that.

7            How does the authority work?  Does one have authority

8  over the other or are they all independent and have their own

9  sphere of authority?

10        A.  They all -- the TIRZ and the Redevelopment Authority

11  share a board of directors.  Midtown Management District

12  operates independently and has its own board of directors.

13  Midtown -- Midtown Management District currently has an

14  agreement with Midtown Redevelopment Authority to handle day-

15  to-day administration of the management district.

16        Q.  So if I understand correctly, the Midtown Management

17  District handles day-to-day operations for the Midtown

18  Redevelopment Authority?

19        A.  No, sir.

20        Q.  I'm sorry, could you explain again?

21        A.  The Midtown Redevelopment Authority has entered into

22  an agreement with the Midtown Management District to administer

23  the daily operations of the Midtown Management District.

24        Q.  So I got it completely backwards.  The Midtown

25  Redevelopment Authority has entered into an agreement to handle

1  the day-to-day operations of the Midtown Management District?

2      A.   Yes.

3      **Q.   And I heard you say that you are employed with the**

4  **Midtown Redevelopment Authority.  So what is your relationship**

5  **to the Midtown Management District?**

6      A.   I work with the Service and Maintenance Committees

7  and the Urban Planning Committee for the most part.

8      **Q.   What is the relationship between Midtown Management**

9  **District and the City of Houston?**

10      A.   The Midtown Management District works with the City

11  of Houston's administration as it relates to any projects that

12  they may try to implement.  So they follow the City of

13  Houston's standards, ordinances, and laws to implement those

14  projects.

15      **Q.   Could you give me an example of a project that the**

16  **City of Houston would have the Midtown Management District**

17  **implement?**

18      A.   For public safety services, the Midtown Management

19  District works closely with the Houston Police Department in

20  administering civility ordinances as it relates to safety

21  issues in Midtown.

22      **Q.   Does that mean that Midtown Management District has**

23  **its own police force?**

24      A.   No.

25      **Q.   So how does the Midtown Management District enforce**

MARLON MARSHALL 30(B)(6)        June 12, 2024                    14
75250

 1   civility ordinances?

 2       A.   They have contractual agreements with law enforcement

 3   agencies.

 4       Q.   And what do those contractual agreements allow

 5   Midtown Management District to do to enforce those agreements?

 6       A.   I don't know all the details.

 7            MR. THOMPSON:  Okay.

 8            I'm going to introduce my second exhibit.  This is

 9   the Administrative Policies and Procedures manual from the

10   Midtown Management District.

11            (WHEREUPON, Exhibit 2 was marked for identification.)

12            THE REPORTER:  And I can get him my copy for the

13   moment.

14            MR. THOMPSON:  Okay.

15            THE REPORTER:  So that Mr. Dillard may have a copy.

16            MR. DILLARD:  That'd be great.  Thank you.

17            THE REPORTER:  Mm-hmm.  Yes, sir.

18            MR. THOMPSON:  And just off the record, real quick.

19   Are we labeling these as Exhibit 2?

20            THE REPORTER:  Sorry.  We're off the record at 10:25.

21            (WHEREUPON, a recess was taken.)

22            THE REPORTER:  Okay.  We are on the record at 10:25

23   a.m.

24   BY MR. THOMPSON:

25       Q.   Have you had a chance to see this document?

MARLON MARSHALL 30(B)(6)        June 12, 2024                    15
75250

1        A.    I've seen it.  I have not reviewed it.

2        Q.    **Have you ever -- you've seen it before today?**

3        A.    Yes.

4        Q.    **Can you describe what this document is?**

5        A.    It's the Midtown Management District Administrative

6    Policies and Procedures manual.

7        Q.    **Do you know how this manual differs from say, the**

8    **bylaws of the Midtown Management District?**

9        A.    No.

10       Q.    **Do you know the scope of this manual?**

11       A.    Not completely.

12       Q.    **Okay.  I'd like you to turn to page 5.  It's on the**

13   **bottom.  It's MMDD00168.  This talks about the officers of the**

14   **Midtown Management District.  And Section A notes that there's**

15   **a chair, a vice chair, a secretary, an assistant secretary,**

16   **treasurer, and any other officers the board considers**

17   **necessary.  Do you see that provision?**

18       A.    Yes.

19       Q.    **Can you tell me what the various titles denote for**

20   **responsibilities with the Midtown Management District?**

21       A.    No, not all of them.

22       Q.    **Can you tell me what the chair of the Midtown**

23   **Management District's duties are?**

24       A.    I can tell you some of them.

25       Q.    **Would you please tell me some of them?**

MARLON MARSHALL 30(B)(6)        June 12, 2024                    16
75250

1      A.   The chair administers monthly board meetings, leads

2  monthly board meetings, and consults with other board members

3  on management district matters.

4           THE REPORTER:  I'm sorry, what was that?

5           THE DEPONENT:  The chair -- the chair leads and

6  administers monthly board meetings and consults with other

7  board members on matters.

8  BY MR. THOMPSON:

9      Q.   Is the chair a board member?

10     A.   Yes.

11     Q.   Do -- strike that.

12          Are each of these positions held by separate

13 individuals?

14     A.   I'm unsure.

15     Q.   Okay.  It also says that there may be other officers

16 that the board considers necessary.  Do you know if there are

17 other officers currently on the Midtown Management District?

18     A.   I'm not sure.

19     Q.   If you move down to section 9 on the same page, it

20 talks about standing committees.  It says that there's the

21 nominating and executive committees and at any time the

22 chairman may appoint interim committees.  Do you know if there

23 are any other committees besides those two, currently for the

24 Midtown Management District?

25     A.   Yes.

1      Q.    And what committees currently exist?

2      A.    Public Safety, Marketing, and Economic Development.

3      Q.    What does the Economic Development Committee -- what

4  is their scope of authority or what do they talk about?

5      A.    I don't -- I'm not involved in the day-to-day of the

6  committee.  So I don't know.

7      Q.    Are you involved in the day-to-day of any other

8  committees?

9      A.    Service and Maintenance, and Urban Planning.

10     Q.    And what is the scope of authority of the Service and

11  Maintenance Committee?

12     A.    Service and Maintenance Committee is responsible for

13  the maintenance and upkeep of public right-of-way -- public

14  right of ways and public facilities within the Midtown

15  District.

16     Q.    What are public right of ways?

17     A.    City-owned properties, government-owned properties

18  that are not properties of private property owners.  So

19  normally we describe it as area between the sidewalk and the

20  curb generally.

21     Q.    Got you.  You also mentioned with the Urban Planning

22  Committee --

23     A.    Yes.

24     Q.    -- that you -- what is the scope of its authority?

25     A.    The Urban Planning Committee works closely with the

MARLON MARSHALL 30(B)(6)          June 12, 2024                    18
75250

1  redevelopment -- Midtown Redevelopment Authority on planning

2  activities within the Midtown District.  The Urban Planning

3  Committee also works with City of Houston's Planning Department

4  to implement city planning initiatives within Midtown.

5       **Q.   Can you give me an example of a city planning**

6  **initiative that -- that authority -- that that committee works**

7  **on?**

8       A.   Walkable Places initiative was an initiative by the

9  City of Houston's Planning Department.  And the Midtown

10 Management District worked with City of Houston to shape and

11 Engage Midtown Community as that initiative came together.

12      **Q.   Does the City of Houston provide funding for that**

13 **initiative?**

14      A.   No.

15      **Q.   How --**

16      A.   Correction, City of Houston provides funding for

17 Walkable Places.  City of Houston does not provide funding for

18 Midtown Management District Urban Planning Committee.

19      **Q.   Understood.  If the Urban Planning Committee has an**

20 **initiative with the City of Houston, is it always the case that**

21 **the City of Houston will provide funding for that initiative?**

22           MR. DILLARD:  Objection, form.

23           THE DEPONENT:  No.

24 BY MR. THOMPSON:

25      **Q.   Do you know of particular initiatives that the City**

MARLON MARSHALL 30(B)(6)      June 12, 2024                    19
75250

1  of Houston does not provide funding for?

2      A.   Yes.

3      Q.   Okay.  Could you tell me what those are?

4      A.   There was a Safe Streets Road for All initiative that

5  the city did not provide funding for.

6      Q.   Do you know of any others?

7      A.   Yes.

8      Q.   Could you tell me that one?

9      A.   Pedestrian safety enhancements, crosswalk

10 improvements.

11     Q.   Are there any others that you can think of?

12     A.   Not at this time.

13     Q.   I want to turn to page 8 of Exhibit 2.  There it

14 talks -- on section 13 of the Disadvantaged Business Enterprise

15 Program.  Do you see where I'm at?

16     A.   Yes.

17     Q.   I'm just going to read this out loud so we're on the

18 same page.

19          "The -- goal, the district shall attempt to stimulate

20 the growth of disadvantaged businesses inside the boundaries of

21 the district by encouraging the full participation of

22 disadvantaged businesses in all phasements (sic) of its

23 procurement activities and affording those disadvantaged

24 businesses a full and fair opportunity to compete for district

25 contracts.  Without limiting the generality of the foregoing,

1  the district will objectively demonstrate good faith efforts to

2  award at least 24 percent of the value of professional

3  services, 17 percent of construction lettings, and 11 percent

4  of purchasing to disadvantaged businesses."

5          Those percentages, 24 percent on professional

6  services, 17 percent of construction lettings, and 11 percent

7  of purchasing, where did those numbers come from?

8      A.   I don't know.

9      Q.   When it says that the district will objectively

10  demonstrate good faith efforts, do you know what that means?

11      A.   Generally, yes.

12      Q.   Can you explain what your general impression of that

13  phrase is?

14      A.   Good faith efforts or documented efforts to show that

15  you've made attempt to include all companies in your processes.

16      Q.   How can a -- how can a -- a firm demonstrate that it

17  has made an effort to include all businesses?

18      A.   One way that they can demonstrate is providing

19  documentation that they've shared information about a

20  procurement with local agencies such as general contracting

21  agencies, professional organizations, those type of things.

22      Q.   Would sharing -- sharing it with those professional

23  court agencies suffice to demonstrate good faith effort

24  compliance?

25      A.   There are a number of ways that you can suffice.  I

1  don't remember all of them -- that you can show compliance.  I

2  don't remember all of them.  That's one of them.

3      Q.   But that alone would be enough to show compliance?

4  There may be other ways, but that is at least one way to show

5  compliance?

6      A.   That's one way.  I'm not sure if that's enough.

7      Q.   Okay.  At the beginning of that phrase, it says, "The

8  district shall attempt to stimulate the growth of disadvantaged

9  businesses inside the boundaries of the district."  Is it your

10 understanding that the Disadvantaged Business Enterprise

11 program is limited to stimulating the growth of disadvantaged

12 businesses inside the boundaries of the district?

13     A.   That is not my understanding.

14     Q.   Are there disadvantaged businesses inside the

15 boundaries of the district?

16     A.   I'm unsure.

17     Q.   Moving to B, where it defines what a disadvantaged

18 business means.  Do you see where I'm at?

19     A.   Yes.

20     Q.   I'll give you a moment to read that so my voice

21 doesn't get hoarse.  Just let me know when you've had a chance

22 to read that.

23     A.   Read.

24     Q.   Thank you.  So I understand this provision to be

25 defining how the Midtown Management District determines what a

1  disadvantaged business is.  Would you agree with me on that?

2       A.   Can you please restate your question?

3       Q.   Sure.  I understand B(1) here, and frankly B(1)

4  through 4 -- I know you haven't read 4, but at least B(1) is

5  one way that the Midtown Management District understands

6  whether a disadvantaged business qualifies as a DBE?

7       A.   Yes, that is one way.

8       Q.   Okay.  It says, "51 percent of all classes of shares

9  of the stock are owned by one or more persons who are socially

10 disadvantaged."  What is your understanding what social

11 disadvantage means?

12      A.   My understanding as it relates to this clause is

13 because of their identification as members of certain groups

14 that have suffered effects of discriminatory practices or

15 similar insidious circumstances over which they have no

16 control.

17      Q.   Including, and it lists certain racial groups after

18 that.  As you understood then, does that mean that those

19 groups, racial groups that are listed at the end of B(1) must

20 have actually suffered the effects of discriminatory practices

21 or similar insidious circumstances?

22      A.   Please restate that.

23      Q.   Sure.  I understood you to define social disadvantage

24 as identification as members of certain groups that have

25 suffered the effects of discriminatory practice or other

1  insidious circumstances over which they have no control.  And

2  then it lists the racial groups.

3        My question is, do the members of those certain

4  racial groups have to have suffered the effects of

5  discriminatory practices or other insidious circumstances over

6  which they have no control in order to qualify as a DBE?

7      A.   That's unclear to me.

8      Q.   Let me ask it a little bit differently.  Is

9  membership in that racial group alone sufficient to satisfy the

10  DBE definition?

11      A.   That is not my understanding.

12      Q.   So it's your understanding that in addition to being

13  a member of that racial group, the member must also show that

14  he or she had suffered the effects of discriminatory practices

15  or similar insidious circumstances?

16        MR. SILEO:  Objection, form.

17        THE DEPONENT:  That is not my understanding.

18  BY MR. THOMPSON:

19      Q.   Okay.  Now I'm unclear, because I thought you had

20  said that it is not your understanding that membership in the

21  group is sufficient standing alone.  Would you like to change

22  that answer or do you agree that there's a -- an additional

23  requirement?

24      A.   I'm going to reread this clause.

25      Q.   Yeah.  Take your time.

1    A.    It is unclear to me on the intent after rereading it.

2    Q.    Okay.

3    A.    Whether that's the case.

4    Q.    That's fair.  It lists, I see three racial groups,

5  African Americans, Hispanic Americans, Asian Pacific Americans,

6  one I suppose, political classification, American Indians and

7  women.  Do you know if there are any other racial or political

8  classifications that qualify for DBE status?

9            MR. SILEO:  Objection, form.

10           THE DEPONENT:  I don't know.

11  BY MR. THOMPSON:

12    Q.    The phrase, similar insidious circumstances, do you

13  know what that means?

14    A.    No.

15    Q.    All right.  Turning to the next page on the

16  certification, C.  C(1) state certification from a variety of

17  what looks like to me, Texas or Houston governmental entities.

18  Do you know if that is the exhaustive lists -- list of entities

19  that the Midtown Management District will accept documentation

20  from?

21    A.    That is not.

22    Q.    Okay.  What are the other entities?

23    A.    I don't recall the exact name, but there is another

24  woman-based entity that is accepted.

25    Q.    Would that woman-based entity only satisfy the WBE

1  component of the law?

2          MR. SILEO:  Objection, form.

3          THE DEPONENT:  I'm not sure.

4  BY MR. THOMPSON:

5      Q.   On C(2), it states that, "If the businesses are not

6  certified by one of the entities listed above the business must

7  provide the following information."  Are you aware of any DBEs

8  that Midtown Management District has contracted with that it's

9  satisfied the proof of DBE status through C(2) as opposed to

10  C(1)?

11     A.   No.

12     Q.   Moving down on that same page, under D, "The district

13  shall attempt to stimulate participation of disadvantaged

14  businesses by the following."  Do you see where I'm at?

15     A.   Yes.

16     Q.   It says that, "The district will familiarize itself

17  with disadvantaged businesses with relevant skills and it will

18  particularly know businesses located within the district."  How

19  does the district document that it does that?

20     A.   I don't know.

21     Q.   And under 2, it will identify disadvantaged

22  businesses, which will be mailed requests for qualifications,

23  proposals, or bids.  Does the district do that?

24     A.   Yes.  For some that they're aware of.  And in these

25  days, it's electronically mailed.

MARLON MARSHALL 30(B)(6)        June 12, 2024                    26
75250

1      Q.   On the next page at the top it says, "The district

2  will make itself available to answer questions of DBEs and to

3  provide information as to how a firm may effectively compete

4  for work in the district."  Do you know how the district

5  effectuates that provision?

6      A.   The district has participated in procurement events

7  that were targeted for disadvantages -- disadvantaged

8  businesses that were invited to those events.

9      Q.   And 4 says the district keeps records of all these.

10 Are you -- are you aware of the records of these?

11     A.   No.

12     Q.   And 5 says that the district will review its

13 disadvantaged business program each year.  Are you aware of --

14 of -- if the district has done that?

15     A.   The district has entered into an agreement with

16 Midtown Redevelopment Authority since this was drafted to

17 administer and comply with laws of the state.  And the Midtown

18 Redevelopment Authority has administrative policy that is

19 reviewed annually.

20     Q.   Does that mean that the district does not review its

21 DBE program each year?

22     A.   I'm unsure if it means that.

23     Q.   Do you know -- strike that.

24          Are you aware of any review that the district has

25 undertaken for its disadvantaged business program last year?

MARLON MARSHALL 30(B)(6)        June 12, 2024                    27
75250

```
 1     A.   No.
 2     Q.   And then on E, "Reporting, the personnel shall
 3 complain --"
 4     A.   Excuse me.  Excuse me.  I would like to correct that.
 5     Q.   Of course.
 6     A.   In its agreement with Midtown Redevelopment
 7 Authority, the program was reviewed last year.
 8     Q.   What did that review consist of?
 9     A.   I'm not sure.
10     Q.   Is that review documented somewhere?
11     A.   It is documented in minutes, from board meetings for
12 approval of the document.
13     Q.   Approval of the document.  Which document are you
14 referring to?
15     A.   The Midtown Redevelopment Authority's policies and
16 procedures.
17     Q.   Back under reporting it says that, "Personnel should
18 compile activities, results into an annual report."  If you
19 read on it says that, "Report will be prepared 90 days after
20 the end of each fiscal year."  To your knowledge, does Midtown
21 Management District produce such reports?
22     A.   Not to my knowledge.
23     Q.   Okay.  Are you doing okay?  I'm going to move on to a
24 different topic if --
25     A.   Okay.
```

MARLON MARSHALL 30(B)(6)          June 12, 2024                          28
75250

 1     Q.   We can take a break, if you need it.  Otherwise, we
 2  can keep going.
 3     A.   I'm okay.
 4     Q.   Okay.  I want to share with you Exhibit, I think
 5  we're on 3.  It actually is Exhibit 3 because this is from our
 6  complaint.  So luckily the tab is correct.
 7          (WHEREUPON, Exhibit 3 was marked for identification.)
 8          THE REPORTER:  I'm going to keep these right here,
 9  but if you need to re-reference, you're welcome to.
10  BY MR. THOMPSON:
11     Q.   Have you had a chance to see what this document is?
12     A.   Yes.
13     Q.   And what is it?
14     A.   Midtown Management District invitation to bid field
15  maintenance services project.
16     Q.   Can you describe generally what is an invitation to
17  bid?
18     A.   A procurement activity to invite potential firms to
19  bid on its services.
20     Q.   What this is a Field Maintenance Services Project.
21  What other types of project does Midtown Management District
22  solicit bids for?
23     A.   Well, Baldwin Park and Glover Park landscape
24  maintenance.  Website design services.  Those are two that come
25  to mind.

1      Q.   Do you have a general sense of how many invitations

2   to bid Midtown lets each year?

3      A.   It varies.

4      Q.   Would you say it's more than 10?

5      A.   No.

6      Q.   So this is a Field Maintenance Services Project

7   invitation to bid.  Do you know generally what -- what is the

8   Field Maintenance Services Project?

9      A.   It is the landscaping maintenance services, removal

10   of trash, debris and other untidy objects in the public rights

11   of way of the Midtown District.

12      Q.   On page 2, it is discussing information that these

13   bids need to include and it includes a company profile.  Do you

14   see where I'm at?

15      A.   Yes.

16      Q.   On number 2, it says.  "Age of company, year of

17   incorporation, number of employees."  What does Midtown use

18   that information for?

19      A.   To evaluate the bids received.

20      Q.   And how does the age of a company, year of

21   incorporation, number of employees and revenues related to the

22   delivery of landscape management, how is that evaluated?

23      A.   Can you restate your question?

24      Q.   Yeah.  I'm trying to understand is how those

25   different criteria would affect a firm's bid?  Like what would

1  be viewed favorably, what would be viewed negatively, those

2  types of understandings.  Perhaps I can ask --

3       A.   That is just --

4       Q.   Let me try asking a little bit differently.  On age

5  of a company, would the -- would a company that's been

6  established for let's say 10 years be viewed more favorably by

7  Midtown than a company that's been established for one year?

8       A.   That -- that is just one component of the criteria to

9  understand their organizational -- their total organization.

10 So it -- it is not the intent to be assessed independently.

11      Q.   But the age of the company is something that Midtown

12 wants to know.

13      A.   Yes.

14      Q.   Why does it want to know that?

15      A.   So that it can compare it to the other bids in

16 determining which firm is the most responsive and acceptable

17 bid for its procurement process?

18      Q.   I certainly understand that each of these, 1 through

19 7, aren't dispositive in their own right and aren't the

20 decision maker.  Yet I would think that the reason Midtown is

21 asking for this information is, as you say, they want to know

22 it.  What I'm trying to get at is, how do these criteria affect

23 a company's bid.

24           So with that in mind, let me try to ask it a little

25 bit differently.  Does Midtown prefer to contract with

1  companies that are more established or companies that are new

2  to the business?

3       A.   To my knowledge, there is no preference.

4       Q.   Is there a preference for a number of employees?

5       A.   Not to my knowledge.

6       Q.   Is there a preference for a number of current

7  customers?

8       A.   Not to my knowledge.

9       Q.   Is there a preference for experience doing that type

10 of work?

11      A.   Yes.

12      Q.   Moving down, do you see where it says summary of

13 proposed approach?

14      A.   Yes.

15      Q.   Can you explain how Midtown uses the information

16 provided there?

17      A.   And use as part of -- as part of the overall

18 evaluation of a bid that -- to determine if a firm's proposed

19 approach can differentiate it from competitors.

20      Q.   Just so we can -- just briefly, if you look at page

21 4, it has the evaluation criteria, financial consideration,

22 organizational qualifications, and proposed approach, 15

23 points.  Is this -- now back to page 2, is this summary of

24 proposed approach, how they calculate those 15 points?

25      A.   Yes.

1    Q.    Okay.  So can you explain to me like what would a

2   proposed approach that receives a higher score look like versus

3   a proposed approach that receives a lower score look like?

4    A.    Proposed approach that receives a higher score may

5   entail providing value-added services or recommending services

6   to perform the work more efficiently as opposed to a bid that

7   may not include those standards or proposals -- proposed

8   services, which may make the work less efficient.

9    Q.    So in terms of landscaping services, how could a

10  proposed approach demonstrate its -- would do the work more

11  efficiently?

12   A.    They may recommend use of certain types of equipment.

13  They may propose performing the services in a different manner

14  or they may propose using a different number of workers to

15  perform.

16   Q.    Underneath that, it lists references.  How does

17  Midtown use the references that are provided when evaluating

18  bids?

19   A.    Use the references to understand the firm's

20  experience in this line of business and to potentially get a

21  better understanding of how they perform their work.

22   Q.    So moving back to page 4, in those four different

23  point allocations, where would references fall?  Well, I guess

24  --

25   A.    There's qualifications in references.

1    Q.   I suppose I should read it better.  That would be
2  helpful.  When we were talking prior on page 2 about the
3  company profiles, does that go into organizational
4  qualifications?
5    A.   Yes.
6    Q.   Financial considerations, I imagine one of them is
7  the bid number, whether it's higher or lower.  What other
8  financial considerations does the management district consider?
9    A.   That's mostly -- there's a bid form that's required
10  to be submitted, and that's the information that's considered
11  for financial considerations.  Exhibit D.
12    Q.   On the top of page 4, do you see where it says,
13  "Participation of minority women in Disadvantaged Business
14  Enterprises"?
15    A.   Yes.
16    Q.   I'll give you a minute to read that and let me know
17  when you're finished.
18    A.   I've read it.
19    Q.   I see there the Houston Women's Business Council.  Is
20  that the organization that you were referring to earlier when
21  you talked about the women's organization?
22    A.   Yes.
23    Q.   I also noticed that unlike the prior document, which
24  you can refer to if you -- if you'd like, there are only three
25  entities listed here.  So example -- for example, Harris County

1  is not listed.  Can you explain the discrepancy in those two

2  documents?

3        A.    I cannot.

4        Q.    All right.  We can move -- move to, it's Exhibit B, I

5  believe in the same document.  Do you see where it says, "2.02

6  tree and shrub maintenance"?

7        A.    Yes.

8        Q.    And number 1 is, "All suckers shall be continually

9  removed"?

10       A.    Yes.

11       Q.    What's a -- what's a sucker?

12       A.    It's items that grow on specific trees or shrubs and

13  that are considered unattractive or invasive.

14       Q.    And in a similar vein, if you turn the page, on 2.04

15  A(1), it talks about chinch bugs.  I wonder what a chinch bug

16  is.

17       A.    It's an insect that is normally considered to be not

18  advantageous to plant material.

19       Q.    Okay.  Thank you.

20             I'm going to introduce now what I believe is Exhibit

21  4.

22             (WHEREUPON, Exhibit 4 was marked for identification.)

23             MR. SILEO:  Thank you.

24  BY MR. THOMPSON:

25       Q.    Do you know what this document is?

```
 1     A.   Yes.

 2     Q.   What is it?

 3     A.   It is a summary of the evaluation of the bids

 4 received for Midtown Management District field service --

 5 maintenance services project from November 2022.

 6     Q.   And that field maintenance service project was the

 7 prior document that we were reviewing?

 8     A.   Yes.

 9     Q.   Do I understand that only six firms bid on that

10 project?

11     A.   Yes.

12     Q.   Now I see that the assigned weight is -- corresponds

13 to the document we reviewed of the different points for each

14 category.  And then the end it says, "Average total."  I'm

15 wondering what the average is or is that just adding up the

16 numbers?

17     A.   The average total is the total of those columns added

18 together, of each of those columns added together.

19     Q.   That's what I thought.  But then if you look at --

20 let's take that first one, Four Eleven LLC.  If you just add up

21 the last digit in each category, you would think would end with

22 a one, but it ends with a zero.  Do you know why that would be?

23     A.   Potentially rounding within the program.

24     Q.   Under the financial consideration category, I see

25 that Four Eleven received the highest score of 50.  Does that
```

1  mean that it had the lowest dollar bid?

2      A.   Yes.

3      Q.   Is it the case that the lower dollar bid -- lowest

4  dollar bid, gets the full 50 points?

5      A.   Yes.

6      Q.   And are the scores of the other bids then calculated

7  based on the lowest bid?

8      A.   Yes.

9      Q.   And do you know the calculation that's undertaken to

10 arrive at, let's say, take Metropolitan Landscape, the next one

11 down at 46.14.  Why it was 3.86 points fewer than the prior

12 one?

13     A.   It is a formula, is based on its relation in

14 comparison to the lowest bid.

15     Q.   Mm-hmm.

16     A.   So for example, I would have to review the formula to

17 make sure I remember it correctly, but it takes the lowest bid

18 and the value of the lowest bid and determines what percentage

19 it is as it relates to that low bid and assigns a number based

20 on the other contractors' bills.

21     Q.   Mm-hmm.  When you move over to organizational

22 qualifications and references, 25 points is the maximum one can

23 receive.  How are the various numbers there determined?

24     A.   This is a -- an average of the points awarded by each

25 of the evaluation committee members for that particular

 1  category.

 2      Q.    That's helpful.  How many evaluation committee

 3  members are there?

 4      A.    I don't remember specifically, but it's at least

 5  five.

 6      Q.    So if I understand you correctly, and please correct

 7  me if I'm wrong, each of these committee members will give a

 8  number 25 or less.  We'll add those all up divided by the

 9  number of committee members, and that's going to produce the

10  score here.

11      A.    Actually, you -- this process, you are required to

12  score each bid from 0 to 100.  And then that average is then 25

13  percent of that number is taken.

14      Q.    So the committee members are assessing the entirety

15  of the bid or --

16      A.    So in each -- for example, for organizational

17  qualifications and references, you score each bid from 0 to

18  100.

19      Q.    I see.

20      A.    And if you -- if they were to receive 100, they would

21  receive 25 points in that category.  They score less than 100,

22  they receive the proportion of the 25 points as it relates to

23  100.

24      Q.    I understand.  Thank you.  Is proposed approach done

25  similarly?

1     A.   Yes.

2          Q.   And how is the MWDBE score calculated?

3     A.   The same way.

4          Q.   Those scores don't look like an average to me.  They

5   look like you either get it or you don't.

6     A.   It's at the discretion of the committee member.

7          Q.   Okay.  So if I understand you correctly, a DBE or a

8   WBE could qualify based on being recognized by the Woman

9   Business Council as a certified WBE and yet not received the

10  10-point bonus here based on the discretion of the committee

11  members?

12    A.   It's not opponents.  It's part of -- it's not a 10-

13  point bonus.  It is 10 points of the overall 100 total points

14  of the evaluation criteria.

15         Q.   Yeah, I -- I understand.  Assume a WBE submitted a

16  proposal for the Field Maintenance Services Project.  They're

17  certified by the Woman Business Council of Houston.  Do they

18  automatically get the 10 points for their bid or -- based on

19  their certification?  Or do the committee members have

20  discretion on whether to award that 10 points?

21    A.   Committee -- committee members have discretion.

22         Q.   So not all certified MWB -- MWDBEs will necessarily

23  receive the 10 points as part of their bid?

24    A.   It's not mandatory.

25              MR. THOMPSON:  Thank you.  Okay.  Moving on to -- are

1  you -- do you need a break?  Are you doing okay?  We can take a

2  quick break.

3          THE DEPONENT:  Okay.

4          THE REPORTER:  Okay.  We are off the record at 11:20

5  a.m.

6          (WHEREUPON, a recess was taken.)

7          THE REPORTER:  Okay.  Go ahead.  I apologize.

8          MR. THOMPSON:  I will be introducing another exhibit.

9  This is which one?  5?

10          MR. SILEO:  Number 5.

11          MR. THOMPSON:  Okay.  This is yours.

12          MR. SILEO:  Thank you.

13          MR. DILLARD:  Thank you.

14          (WHEREUPON, Exhibit 5 was marked for identification.)

15  BY MR. THOMPSON:

16      **Q.  Do you know what this document is?**

17      A.  Yes.

18      **Q.  Have you seen it before?**

19      A.  Yes.

20      **Q.  Can you explain what it is, generally?**

21      A.  It's a -- a summary of the overall goal calculation

22  for disadvantaged business entities as it relates to projects

23  that are -- have received funding from the Federal

24  Transportation Administration.

25      **Q.  Can you explain the difference between the DBE goals**

1  that are tied to federal transportation assisted contracts and

2  the MWDBE goals that are not tied to federal dollars?

3      A.    The MWDBE program is -- more closely reflects state -

4  - state and City of Houston requirements versus the Federal

5  Transit Administration, is designed around federal

6  requirements.

7      Q.    Does the Midtown Management District calculate goals

8  differently for the different programs?

9      A.    Yes.

10     Q.    Can you explain how those calculations differ?

11     A.    The Federal Transit Administration has its own set of

12  requirements when calculating disadvantage enterprises goals

13  and the state and City of Houston has its own policies and

14  procedures as it relates.  So I don't have those exact details,

15  but generally those are.

16     Q.    Do you know any particular detail that differs in the

17  two calculations?

18     A.    No.

19     Q.    If you turn to the -- I'm sorry, this is double-

20  sided, but the last page where there's like a little graph

21  there with adjusted DBE goal.  Do you see where I'm at?

22     A.    Yes.

23     Q.    Underneath that it says that, "Midtown will set the

24  DBE goal at 10.5 percent based on past performance and then

25  monitor how much participation occurs over the next three

1   years.  This DBE goal will be 100 percent race neutral based on

2   past performance."  What is your understanding of what 100

3   percent race neutral means?

4        A.   I'm not completely familiar with that term.  This --

5   this goal was calculated by a consultant.  We used the

6   government corporation.

7        Q.   Do you know generally the difference between race

8   neutral participation and race conscious participation?

9        A.   Generally.

10       Q.   What is your general understanding of those two

11  terms?

12       A.   Race neutral means race is not considered.  Race

13  conscious means race is considered.

14       Q.   And as Midtown's DBE program with the Federal

15  Transportation Administration assisted contracts is race

16  neutral.  That means that Midtown Management District does not

17  consider race in awarding contracts that are federally funded

18  in that way.  Is that correct?

19       A.   That is my understanding, based on the definition.

20       Q.   With regards to the MWDBE programs goals, do you know

21  if Midtown achieves any of those through race neutral means?

22       A.   I don't know.

23       Q.   Do you know if the MWDBE program has a race neutral

24  component?

25       A.   I don't know.

1          MR. THOMPSON:  I am going to move on to a new

2   exhibit.  This will be Exhibit 6.

3          There you go.

4          (WHEREUPON, Exhibit 6 was marked for identification.)

5          MR. SILEO:  All right.  And it's double-sided, so --

6          THE DEPONENT:  Yeah, I see.

7          MR. THOMPSON:  5 is double-sided.

8          THE DEPONENT:  Right.

9          MR. THOMPSON:  This 6 should not be.

10         THE DEPONENT:  Do I have yours or is -- these copies

11  are the same?

12         MR. THOMPSON:  Or did I give you something

13  incorrectly?  Did I give you two of those?

14         THE DEPONENT:  I think maybe.

15         MR. THOMPSON:  I'm sorry about that.

16         THE REPORTER:  Okay.

17         MR. SILEO:  Well, I think -- okay.

18         THE DEPONENT:  I'm not sure.

19         MR. SILEO:  I think -- yeah.

20         THE DEPONENT:  I have this one.

21         MR. SILEO:  Okay.

22         THE DEPONENT:  Seems to be the same as that.

23         MR. SILEO:  Okay.

24  BY MR. THOMPSON:

25      Q.  It's only about three pages, so.

1              Okay.  Have you seen this document before?

2      A.   Yes.

3      Q.   And what is it?

4      A.   Midtown Management District's Answers and Objections

5  to Plaintiff's First Set of Discovery.

6      Q.   Now on the answers to interrogatories, number 1, that

7  has your name there, doesn't it?

8      A.   Yes.

9      Q.   So it's fair to say you assisted in the compilation

10  of the answers?

11      A.   Yes.

12      Q.   I want to point you to question number 4 where it

13  says, "Identify each compelling interest you contend is

14  advanced by the MWDBE program and/or 10-point bonus."  Can you

15  read that answer?  And let me know when you finished.

16      A.   I've read it.

17      Q.   Okay.  I want to just sort of go through this line by

18  line.  The beginning it says, "The district followed the

19  directive established by the Texas State Legislature when the

20  legislature enacted Texas Government Code Section 375.222."

21              In what way do you believe this statute directs the

22  district to establish the MWDBE program?

23      A.   I don't have the statute in front of me, so I don't

24  have the exact terms, but it had -- it includes language that

25  says the management district shall establish disadvantaged

MARLON MARSHALL 30(B)(6)        June 12, 2024                          44
75250

1  business program.
2      Q.   We talked just a second ago about the distinction
3  between race consciousness and race neutrality.  Are you aware
4  of whether the Texas State legislature statute requires race
5  conscious MWDBE program?
6      A.   I don't know.
7      Q.   Do you believe that following this statute is --
8  scratch that.
9          When the question says identify each compelling
10 interest, what is your understanding of what a compelling
11 interest is?
12     A.   A reason to justify.
13     Q.   I know you're not a lawyer, but do you understand the
14 legal significance of saying a compelling interest?
15     A.   No.
16     Q.   So a reason to justify, is it your belief then that
17 the directive established by the legislature is the reason that
18 justifies the MWDBE program?
19          MR. SILEO:  Objection, form.
20          THE DEPONENT:  That's how I would interpret it.
21 BY MR. THOMPSON:
22     Q.   Do you know what the Texas State legislature
23 considered when it adopted that statute?
24     A.   No.
25     Q.   How does -- so moving on in that same sentence,

1  stimulating the growth of disadvantaged businesses.  How does

2  the MWDBE program stimulate the growth of disadvantaged

3  businesses?

4      A.   It offers them an opportunity to participate in the

5  procurement process.

6      Q.   If the MWDBE program did not exist, would DBE-

7  certified businesses be allowed to participate in the

8  procurement process?

9      A.   Yes.

10     Q.   Moving on in that same paragraph, it says, "Afford

11 those disadvantaged businesses a full and fair opportunity to

12 compete for district contracts."

13          How does the MWDBE program allow DBE-certified

14 businesses a full and fair opportunity to compete for district

15 contracts?

16     A.   Can you restate your question?

17     Q.   Sure.  The sentence that I'm reading for says that

18 the MWDBE program affords disadvantaged businesses a full and

19 fair opportunity to compete for district contracts.  I'm

20 wondering how it does that.

21     A.   One way it does is inviting disadvantaged businesses

22 to participate in procurement processes.

23     Q.   Are there other ways it does that?

24     A.   I'm not sure.

25     Q.   Do you believe that if the MWDBE program did not

1  exist, that DBE-certified businesses would still have a full

2  and fair opportunity to compete for district contracts?

3       A.   I'm not sure.

4       Q.   Why would they not?

5       A.   They may not be aware of the opportunity.

6       Q.   Moving further in that same sentence, it -- it says

7  the program furthers the remedial goals and eradicates the

8  effects of prior discrimination in the public procurement

9  process.  What are the remedial goals that the MWDBE program is

10 furthering?

11      A.   It is my understanding that's in reference to the

12 Texas local government code language that's included in section

13 375.222.

14      Q.   So the remedial goals that the program furthers, are

15 those goals established by the Texas State Legislature?  Is

16 that --

17      A.   That is my understanding.

18      Q.   It says, "Eradicate the effects of prior

19 discrimination in the public procurement process."  Which prior

20 discrimination is the MWDBE program eradicating?

21      A.   Discrimination as determined by the Texas legislature

22 when this government goal was created.

23      Q.   Are you aware of any discrimination that the Midtown

24 Management District engaged in?

25      A.   No.

MARLON MARSHALL 30(B)(6)          June 12, 2024                    47
75250

1      Q.    You've been at the Midtown Management District, I
2   think you said, since 2003.  Did I get that right?
3      A.    Yes.
4      Q.    In your 20 years at the Midtown Management District,
5   are you aware of any claims of discrimination by the Midtown
6   Management District?
7      A.    No.  Unless this is considered a claim.
8      Q.    Are you aware of any claims that -- strike that.
9            When the Midtown Management District lets contracts,
10  are there prime contractors and subcontractors?
11     A.    Sometimes.
12     Q.    Are you aware of any instances of a prime contractor
13  discriminating against firms?
14     A.    No.
15     Q.    Are you aware of any subcontracts alleging
16  discrimination by prime contractors?
17     A.    No.
18     Q.    Okay.  I want to introduce the statute that you've
19  been referencing.
20           This will be I think --
21           THE REPORTER:  Exhibit 7.
22           (WHEREUPON, Exhibit 7 was marked for identification.)
23           MR. THOMPSON:  And I believe the last one.
24  BY MR. THOMPSON:
25     Q.    Have you had a chance to review the document?

1    A.   Yes.

2    **Q.   Have you seen this before?**

3    A.   Yes.

4    **Q.   And what is -- what is it?**

5    A.   It is the Texas Local Government Code Section 375.222

6    that relates to disadvantaged businesses.

7    **Q.   Now, based on the prior answer of the interrogatory,**

8    **it's Midtown's contention that this is the compelling interest**

9    **for the MWDBE program.  Is that correct?**

10   A.   Not a lawyer, so I don't completely understand the

11   term compelling interest.

12   **Q.   I understand.  That's well stated.  Is it -- I -- I**

13   **think when we talked about compelling interest before, I don't**

14   **want to put words in your mouth, but it was the justification**

15   **for the program or the reason for its existence.**

16   A.   That was what I thought it meant.  That as I thought

17   more about it, seems to be a legal term that I'm not familiar

18   with.

19   **Q.   Fair enough.  However, in this interrogatory, which**

20   **you helped craft, the compelling interest identified is that**

21   **the district followed the directive of the Texas State**

22   **Legislature.  Is that correct?**

23   A.   I would need to refer back to the previous.

24   **Q.   Feel free.  It would be Exhibit 6, answer**

25   **interrogatory number 4.**

MARLON MARSHALL 30(B)(6)        June 12, 2024                    49
75250

```
1            MR. SILEO:  Objection, form, asked.
2            THE DEPONENT:  Although I was identified as a person
3   who contributed, I did not contribute to that -- that response.
4   BY MR. THOMPSON:
5       Q.   Okay.  Referring again to Exhibit 7, the statute,
6   section A.  I give you a chance to read that.  You can let me
7   know when you're done.
8       A.   I've read.
9       Q.   I think a lot of these phrases are phrases that we
10  just went over in the answer to interrogatory number 4.  One
11  thing that isn't present in your answer to interrogatory number
12  4 that is present in this statute, is that a district shall
13  attempt to stimulate the growth of disadvantaged businesses
14  inside its boundaries.  Do you see that language in the
15  statute?
16      A.   Yes.
17      Q.   Do you believe that this statute restricts DBE
18  programs to growing DBEs inside a district's boundaries?
19           MR. SILEO:  Objection, form.
20           THE DEPONENT:  I'm not sure.
21  BY MR. THOMPSON:
22      Q.   What is your understanding of the phrase inside its
23  boundaries?
24      A.   The growth of disadvantaged businesses doing business
25  inside these boundaries.
```

MARLON MARSHALL 30(B)(6)          June 12, 2024                    50
75250

```
1    Q.   Under C -- oh, scratch that.

2         Under D, is that language again, "Eradicate the

3    effects of any prior discrimination."  Do you see that?

4    A.   Yes.

5    Q.   Do you know what the Texas -- excuse me.  Do you know

6    what the Texas legislature was attempting to eradicate?  That's

7    a horrible question.  Strike that.

8         States that, "The DBE programs shall be structured to

9    further remedial goals and shall be established to eradicate

10   the effects of any prior discrimination."  Is it your

11   understanding that Midtown needs to identify prior

12   discrimination before it enacts a DBE program?

13        MR. SILEO:  Objection, form.

14        THE DEPONENT:  That's my understanding.

15   BY MR. THOMPSON:

16   Q.   How could Midtown eradicate the effects of prior

17   discrimination without identifying the discrimination?

18        MR. SILEO:  Objection, form again.

19        THE DEPONENT:  It's my understanding that it was

20   created based on -- to comply with the local government code

21   and the languages in that code.

22   BY MR. THOMPSON:

23   Q.   Do you believe this code requires Midtown to identify

24   prior discrimination?

25        MR. SILEO:  Objection, form.
```

 1              THE DEPONENT:  No.

 2   BY MR. THOMPSON:

 3       Q.   **Moving on to subsection C.  It directs the board to**

 4   **review its disadvantaged business program on an annual basis.**

 5   **To your knowledge, has Midtown done that?**

 6       A.   The -- in its agreement with the Midtown

 7   Redevelopment Authority.

 8       Q.   **I'm sorry, repeat that.**

 9       A.    In its agreement with the Midtown Redevelopment

10   Authority, there is language which assigns the Midtown

11   Redevelopment Authority to review legal requirements.  And that

12   document is reviewed annually.

13       Q.   **Does that document identify discrimination within the**

14   **district?**

15       A.   Not to my knowledge.

16       Q.   **Does that document determine whether there are**

17   **significant statistical disparities in the public procurement**

18   **market?**

19       A.   No.

20       Q.   **Does that document identify the MWDBE firms that are**

21   **qualified to undertake work in the district?**

22       A.   No.

23       Q.   **Moving to subsection D, "A program established by a**

24   **district under this section must attempt to remedy any**

25   **statistically significant disparities that are found to exist."**

MARLON MARSHALL 30(B)(6)        June 12, 2024                    52
75250

1          How does the district do that?

2      A.   One way is outreach to organizations that target

3  disadvantaged businesses to advertise upcoming procurement.

4      Q.   I don't want to misstate your testimony, but I

5  thought I heard you say that the district does not determine

6  whether there are statistically significant disparities.  So if

7  they don't know that, how can the outreach remedy that?

8      A.   It's -- it's their effort to comply with the Texas

9  local government code, 375.222.

10     Q.   The last sentence states, "The program continues only

11  until its purposes and objectives are met as determined by the

12  regular periodic review."

13          How does the district know when the purposes and

14  objectives of the MWDBE program are met?

15     A.   I don't know.

16     Q.   Okay.  I want to move back over to the prior exhibit,

17  Exhibit 6.  I may refer again to the statute, so maybe just

18  have that handy, if you need it.  Under question 7, the

19  question or the interrogatory asks to identify each specific

20  past violation of the US Constitution or statute that the MWDBE

21  program and/or 10-point bonus is intended to remedy.  Actually,

22  I don't want to ask about that question.  I want to ask about

23  the next question.

24          "Identify each way the MWDBE program and/or 10-point

25  bonus is narrowly tailored to remedy each violation identified

1   in interrogatory number 8."  Do you see that question?

2       A.   Yes.

3       Q.   Do you see the answer that's on the following page?

4       A.   Yes.

5       Q.   I want to give you a -- a chance to read that answer

6   before I ask my next question.  Just let me know when you

7   finish reading.

8       A.   All right.  I've read it.

9       Q.   Thank you.  I want to start just generally with, I --

10  I understand you object to the term bonus, but the 10 points

11  awarded for MWDBE-certified firms, discretionarily awarded to

12  MWDBE-certified firms.  How did the district come up with 10

13  points as -- as the proper allocation?

14      A.   It was the district's good faith effort to comply

15  with the Texas Local Government Code 375.222 and similar

16  requirements from the City of Houston to meet those

17  requirements.

18      Q.   They could have complied with those requirements by

19  awarding 7 points, 15 points, 10 points.  What is your

20  understanding of why they settled on 10 points, why the

21  district settled on 10 points?

22      A.   It's my understanding that the district felt this was

23  the most effective way to address the history of discrimination

24  of public contractors with ensuring that highly qualified

25  contractors attracted the district of quality goods and

1  services, while not overly disadvantaging anybody.

2      **Q.   Do you know how they arrived at that number?**

3      A.   Not specifically.

4      **Q.   In your 20 years of employment with the district, how**

5  **long has 10 points been the number?**

6      A.   I'm unsure.

7      **Q.   Can you recall any time where it was not 10 points?**

8      A.   I'd have to review prior procurement documents to

9  confirm.

10     **Q.   Do you know the individuals who arrived at the 10**

11 **points?**

12     A.   Yes.

13     **Q.   Who are they?**

14     A.   Previous, I don't recall specifically them by name,

15 but previous Service and Maintenance Committee members, legal

16 counsel, and Midtown staff.

17     **Q.   Do you recall when that was approximately?**

18     A.   Each procurement document is reviewed by those

19 persons.  So it's at that time when the terms are established.

20     **Q.   For each invitation to bid?**

21     A.   Yes.

22     **Q.   Can you recall any other invitations to bid that did**

23 **not include 10 points for MWDBE-certified firms?**

24     A.   I would have to review those documents.

25        THE REPORTER:  Say it one more time.

1          THE DEPONENT:  I would -- I would have to review

2   those procurement documents.  I'm not sure.

3   BY MR. THOMPSON:

4      Q.   But here today you can't recall any?

5      A.   I can't recall.

6      Q.   In that same answer, it mentions the requirements

7   from the City of Houston.  Do you have a program to help remedy

8   the effects of prior discrimination on minority and women-owned

9   businesses?  Do you see that sentence?

10     A.   Yes.

11     Q.   What are those requirements from the City of Houston?

12     A.   I don't know them specifically, but they -- they do

13  have a MWDBE program, which states what those requirements are.

14  I have to read -- read it.

15     Q.   How is Midtown subject to those requirements?

16     A.   Midtown is within the City of Houston and they have a

17  service agreement with Midtown Redevelopment Authority, which

18  has a requirement to meet standards of the City of Houston.

19     Q.   Does that apply only for certain contracts or does

20  that apply categorically for Midtown?

21     A.   I'm not sure.

22     Q.   Moving on.  On a couple pages further, we start to go

23  into the admissions and I think admission number -- request for

24  admission number 8 asks the district to admit that part of its

25  MWDBE policy, the district awards 10 points to minority only

1  women-owned business enterprises when evaluating bids.

2          It states that it's denied there and then it offers a

3  qualification.  I'm a little bit unclear on that qualification,

4  so I want to give you a chance to -- to read it and help

5  clarify it for me.  So just let me know when you're ready.

6      A.   I've read it.

7      Q.   I'm mostly concerned with that first sentence.  I

8  understand the district's position that doesn't like to call

9  this a bonus and I'm trying to avoid that here today.  Yet the

10 district is still denying the admission by saying that it

11 admits it awards 10 points in the contracting process to

12 businesses that qualify for such points under the district's

13 diversity program.  So my first question is, what is -- what is

14 the diversity program?

15     A.   Diversity program as -- in this context relates to

16 the MWDBE policy.

17     Q.   Okay.  And then it states, "Which requires a good

18 faith effort to comply with the district's MWDBE goal."  I'm

19 trying to understand what distinction that is trying to draw

20 because the admission asks to admit that 10 points are awarded

21 to minority-owned and women-owned businesses.  Sounds like

22 that's admitted, but it states it's denied.  I'm not -- I don't

23 think I'm understanding the denial and maybe you could help

24 clarify that for me.

25     A.   I'm unable to clarify it.  It seems to be some legal

MARLON MARSHALL 30(B)(6)        June 12, 2024                    57
75250

1  language involved that I wasn't involved in.

2       **Q.   Okay.**

3            MR. SILEO:  Do you want me to clarify it?  Happy to.

4            MR. THOMPSON:  I would love you to clarify.

5            MR. SILEO:  Okay.  So -- so there's a distinction

6  between if -- if you're just a minority under a woman-owned

7  business, you don't get points.  You have to be -- meet the

8  other qualifications of the program, which includes the

9  certifications and providing the proper documentation.  So it

10 says, "They qualify for such points under the district's

11 diversity program."  So it's not just you're a minority under

12 women-owned business.

13           MR. THOMPSON:  All right.  I'll have to read that

14 back --

15           MR. SILEO:  All right.

16           MR. THOMPSON:  -- when I'm at home, but thank you for

17 clarifying --

18           MR. SILEO:  All right.

19           MR. THOMPSON:  -- that for me.

20 BY MR. THOMPSON:

21      **Q.   So on -- on admissions 10 to 11, we're talking about**

22 **the definition of minority person found in the Houston code.**

23 **Do you see those two admissions in the answers that are**

24 **provided?**

25      A.   Excuse me, which numbers?

1      Q.   10 and 11.  Actually, let's just start with -- let's

2  do 11.  You don't need to worry about 10.  So if you could read

3  question 11 and the district's answer.  Let me know when you're

4  ready.

5      A.   I've read it.

6      Q.   Can you explain why the district uses Houston's

7  definition of minority person?

8      A.   I cannot.

9           MR. THOMPSON:  Okay.  Let's take another five-minute

10  break.  I think we're close to wrapping up.

11           MR. SILEO:  Absolutely.

12           THE REPORTER:  We are off the record.  It is 12:17

13  p.m.

14           (WHEREUPON, a recess was taken.)

15           THE REPORTER:  We are on the record.  It is 12:21

16  p.m.

17           MR. THOMPSON:  Plaintiff has concluded its direct

18  examination.

19           MR. SILEO:  Okay.  I'll reserve my questions.

20           THE REPORTER:  Okay.  Very good.

21           Mr. Thompson, would you like to order the original

22  transcript?

23           MR. THOMPSON:  Yes, please.

24           THE REPORTER:  Very good.

25           And, Mr. Sileo, would you like to order a copy?

MARLON MARSHALL 30(B)(6)          June 12, 2024                          59
75250

1            MR. SILEO:  Absolutely.

2            THE REPORTER:  And, Mr. Dillard, would you like to

3    order a copy?

4            MR. DILLARD:  Yes, please.

5            THE REPORTER:  Very good.

6            We are off the record.  It is 12:21 p.m.

7            (WHEREUPON, the deposition of MARLON MARSHALL was

8    concluded at 12:21 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MARLON MARSHALL 30(B)(6)        June 12, 2024                          60
75250

```
 1                 UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF TEXAS

 3                     HOUSTON DIVISION

 4

 5  LANDSCAPE CONSULTANTS OF TEXAS, INC.,

 6  and METROPOLITAN LANDSCAPE MANAGEMENT, INC.,

 7  Plaintiffs,

 8  v.                          Civil Action No. 4:23-cv-03516

 9  CITY OF HOUSTON, TEXAS, and

10  MIDTOWN MANAGEMENT DISTRICT,

11  Defendants.

12

13                 REPORTER'S CERTIFICATION

14               DEPOSITION OF MARLON MARSHALL

15                      JUNE 12, 2024

16

17      I, Barbara Molina Court Reporter, hereby certify to the

18  following:

19      That the witness, Marlon Marshall, was duly sworn by the

20  officer and that the transcript of the oral deposition is a

21  true record of the testimony given by the witness;

22      That the deposition transcript was submitted on June 28,

23  2024, to the witness or to the attorney for the witness for

24  examination, signature and return to NAEGELI DEPOSITION AND

25  TRIAL by July 18, 2024;
```

MARLON MARSHALL 30(B)(6)        June 12, 2024                          61
75250

1        That the amount of time used by each party at the

2  deposition is as follows:

3            JOSHUA THOMPSON - 1hr 48min

4            ANASTASIA BODEN - 0hr 0min

5            BRET J. SILEO - 0hr 0min

6            JARETT J.P. DILLARD - 0hr 0min

7        That pursuant to information given to the deposition

8  officer at the time said testimony was taken, the following

9  includes counsel for all parties of record:

10           JOSHUA THOMPSON ATTORNEY FOR PLAINTIFF

11           ANASTASIA BODEN ATTORNEY FOR PLAINTIFF

12           BRETT J. SILEO ATTORNEY FOR DEFENDANT

13           JARETT J.P. DILLARD ATTORNEY FOR DEFENDANT

14       I further certify that I am neither counsel for, related

15  to, nor employed by any of the parties or attorneys in the

16  action in which this proceeding was taken, and further that I

17  am not financially or otherwise interested in the outcome of

18  the action.

19       Certified to by me this 28th day of June, 2024.

20

21

22

23                          Barbara Molina 818

24

25

1                  UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF TEXAS

3                       HOUSTON DIVISION

4

5  LANDSCAPE CONSULTANTS OF TEXAS, INC.,

6  and METROPOLITAN LANDSCAPE MANAGEMENT, INC.,

7  Plaintiffs,

8  v.                          Civil Action No. 4:23-cv-03516

9  CITY OF HOUSTON, TEXAS, and

10  MIDTOWN MANAGEMENT DISTRICT,

11  Defendants.

12

13           FURTHER CERTIFICATION UNDER RULE 203 TRCP

14      The original deposition of Marlon Marshall __  was

15  ____ was not returned to the deposition officer.

16      If returned, the attached Changes and Signature page

17  contains any charges and the reasons therefor;

18      If returned, the original deposition was delivered to

19  _____, custodial attorney;

20      That _____ is the deposition officer's charges to

21  _____, attorney for the _____, for

22  preparing the original deposition transcript and any copies of

23  exhibits;

24      That the deposition was delivered in accordance with Rule

25  203.3, and that a copy of this certificate was served on all

1 parties shown herein on and filed with the Clerk.

2 Certified to by me this _____ day of _____, 2024.

3

4

5

6

7 _____

8                    Barbara Molina 818

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Date: 06/12/2024              Assignment #: 75250

2    Deponent:  Marlon Marshall 30(b)(6)

3    Case:      LANDSCAPE CONSULTANTS OF TEXAS vs CITY OF HOUSTON

4

5    ATTORNEY - TRANSCRIPT ENCLOSED:

6    signature of your client is required.  Please have your client

7    make any corrections necessary.  Sign the Correction Sheet

8    where indicated.  Forward a COPY of the executed Correction

9    Sheet directly to the attorney(s) listed below.  (The Address(es)

10   can be found on the Appearance page of the deposition.)  Also,

11   send a COPY of the executed Correction Sheet to our corporation.

12

13

14

15

16

17

18

19

20   C C:Naegeli Deposition and Trial

21

22

23

24

25

```
 1                    CORRECTION SHEET

 2   Deposition of: Marlon Marshall 30(b)(6)   Date: 06/12/2024

 3   Regarding: LANDSCAPE CONSULTANTS OF TEXAS vs CITY OF HOUSTON

 4   Reporter:  Barbara Molina

 5   _____

 6   Please make all corrections, changes or clarifications

 7   to your testimony on this sheet, showing page and line

 8   number.  If there are no changes, write "none" across

 9   the page.  Sign this sheet and the line provided.

10   Page  Line  Reason for Change

11   ____  ____  _____

12   ____  ____  _____

13   ____  ____  _____

14   ____  ____  _____

15   ____  ____  _____

16   ____  ____  _____

17   ____  ____  _____

18   ____  ____  _____

19   ____  ____  _____

20   ____  ____  _____

21   ____  ____  _____

22   ____  ____  _____

23

24            Signature: _____

25                       Marlon Marshall 30(b)(6)
```

```
 1                          DECLARATION

 2   Deposition of: Marlon Marshall 30(b)(6)   Date: 06/12/2024

 3   Regarding: LANDSCAPE CONSULTANTS OF TEXAS vs CITY OF HOUSTON

 4   Reporter:  Barbara Molina

 5   _____

 6

 7   I declare under panalty of perjury the following to be

 8   true:

 9

10   I have read my deposition and the same is true and

11   accurate save and except for any corrections as made

12   by me on the Correction Sheet herein.

13

14   Signed at _____, _____

15   on the _____ day of _____, 20____.

16

17

18

19

20

21

22

23

24          Signature: _____

25                          Marlon Marshall 30(b)(6)
```

## Exhibits

**001 NOTICE OF RULE** 10:14

**002 POLICIES AND PROCEDURES MANUAL** 14:11, 19 19:13

**003 INVITATION TO BID** 28:5,7

**004 FIELD MAINTENANCE SERVICES PROJECT NOVEMBER 2022** 34:20,21,22

**005 OVERALL GOAL CALCULATION FISCAL YEAR 2023 THROUGH 2025** 39:14

**006 ANSWERS AND OBJECTIONS TO FIRST SET OF DISCOVERY** 42:2,4 48:24 52:17

**007 DISADVANTAGED BUSINESS** 47:21,22 49:5

**0** 37:12,17

---

### 1

**1** 10:14 30:18 34:8 43:6

**10** 29:4 30:6 38:13,18,20,23 53:10,12,19,20, 21 54:5,7,10,23

55:25 56:11,20 57:21 58:1,2

**10-** 38:12

**10-point** 38:10 43:14 52:21,24

**10.5** 40:24

**100** 37:12,18,20, 21,23 38:13 41:1, 2

**10:13** 6:7

**10:25** 14:20,22

**11** 20:3,6 57:21 58:1,2,3

**11:20** 39:4

**12:17** 58:12

**12:21** 58:15 59:6

**13** 19:14

**15** 31:22,24 53:19

**17** 20:3,6

**1994** 11:13

---

### 2

**2** 14:11,19 19:13 25:21 29:12,16 31:23 33:2

**2.02** 34:5

**2.04** 34:14

**20** 9:14,16 47:4 54:4

**2000** 11:18

**2003** 9:8 47:2

**2022** 35:5

**24** 20:2,5

**25** 36:22 37:8,12, 21,22

---

### 3

**3** 28:5,7

**3.86** 36:11

**375.222** 43:20 46:13 48:5 52:9 53:15

---

### 4

**4** 22:4 26:9 31:21 32:22 33:12 34:21,22 43:12 48:25 49:10,12

**46.14** 36:11

---

### 5

**5** 15:12 26:12 39:9,10,14 42:7

**50** 35:25 36:4

**51** 22:8

---

### 6

**6** 42:2,4,9 48:24 52:17

---

### 7

**7** 30:19 47:21,22 49:5 52:18 53:19

---

### 8

**8** 19:13 53:1 55:24

---

### 9

**9** 16:19

**90** 27:19

---

### A

**A(1)** 34:15

**a.m.** 6:7 14:23 39:5

**Absolutely** 58:11 59:1

**accept** 24:19

**acceptable** 30:16

**accepted** 24:24

**achieves** 41:21

**acronym** 11:24

**activities** 18:2 19:23 27:18

**activity** 28:18

**add** 35:20 37:8

**added** 35:17,18

**adding** 35:15

**addition** 23:12

**additional** 23:22

**address** 53:23

**adjusted** 40:21

**administer** 11:15 12:22 26:17

**administering** 13:20

**administers** 16:1, 6

**administration**

MARLON MARSHALL 30(B)(6)     June 12, 2024
75250                                    Index: administrative..bids

12:15 13:11 39:24 40:5,11 41:15

**administrative** 14:9 15:5 26:18

**admission** 55:23, 24 56:10,20

**admissions** 55:23 57:21,23

**admit** 55:24 56:20

**admits** 56:11

**admitted** 56:22

**adopted** 44:23

**advanced** 43:14

**advantageous** 34:18

**advertise** 52:3

**affect** 29:25 30:22

**affirm** 6:10

**affirmatively** 8:21

**affirmed** 7:3

**Afford** 45:10

**affording** 19:23

**affords** 45:18

**African** 24:5

**age** 29:16,20 30:4,11

**agencies** 14:3 20:20,21,23

**agree** 22:1 23:22

**agreement** 12:14, 22,25 26:15 27:6 51:6,9 55:17

**agreements** 14:2,

4,5

**ahead** 6:18 39:7

**alleging** 47:15

**allocation** 53:13

**allocations** 32:23

**allowed** 45:7

**American** 24:6

**Americans** 24:5

**Anastasia** 7:10

**and/or** 43:14 52:21,24

**annual** 27:18 51:4

**annually** 26:19 51:12

**answers** 8:21 43:4,6,10 57:23

**apologize** 39:7

**Apple** 8:18

**apply** 55:19,20

**appoint** 16:22

**approach** 31:13, 19,22,24 32:2,3, 4,10 37:24

**approval** 27:12, 13

**approximately** 54:17

**architectural** 10:5

**area** 11:13,14 17:19

**arrive** 36:10

**arrived** 54:2,10

**Asian** 24:5

**asks** 52:19 55:24 56:20

**assessed** 30:10

**assessing** 37:14

**assigned** 35:12

**assigns** 36:19 51:10

**assistant** 15:15

**assisted** 40:1 41:15 43:9

**assume** 8:4 38:15

**attempt** 19:19 20:15 21:8 25:13 49:13 51:24

**attempting** 50:6

**attorney** 6:15 8:23 10:13

**attracted** 53:25

**audible** 8:21

**authority** 9:3,13 11:8,15 12:7,9, 10,14,18,21,25 13:4 17:4,10,24 18:1,6 26:16,18 27:7 51:7,10,11 55:17

**Authority's** 27:15

**automatically** 38:18

**avenue** 11:19

**average** 35:14,15, 17 36:24 37:12 38:4

**avoid** 56:9

**award** 20:2 38:20

**awarded** 36:24 53:11 56:20

**awarding** 41:17 53:19

**awards** 55:25 56:11

**aware** 25:7,24 26:10,13,24 44:3 46:5,23 47:5,8, 12,15

**B**

**B(1)** 22:3,4,19

**back** 27:17 31:23 32:22 48:23 52:16 57:14

**backwards** 12:24

**Baldwin** 28:23

**base** 11:25

**based** 36:7,13,19 38:8,10,18 40:24 41:1,19 48:7 50:20

**basis** 51:4

**beginning** 21:7 43:18

**belief** 44:16

**bid** 28:14,17,19 29:2,7,25 30:17, 23 31:18 32:6 33:7,9 35:9 36:1, 3,4,7,14,17,18,19 37:12,15,17 38:18,23 54:20, 22

**bids** 25:23 28:22 29:13,19 30:15

32:18 35:3 36:6
56:1

**bills** 36:20

**bit** 23:8 30:4,25
56:3

**board** 12:11,12
15:16 16:1,2,6,7,
9,16 27:11 51:3

**Boden** 7:10

**bonus** 38:10,13
43:14 52:21,25
53:10 56:9

**bottom** 15:13

**boundaries** 19:20
21:9,12,15 49:14,
18,23,25

**break** 28:1 39:1,2
58:10

**Brett** 6:22 8:23

**briefly** 31:20

**bug** 34:15

**bugs** 34:15

**business** 11:16
19:14 21:10,18
22:1,6 25:6
26:13,25 31:2
32:20 33:13,19
38:9,17 39:22
44:1 49:24 51:4
56:1 57:7,12

**businesses**
19:20,22,24 20:4,
17 21:9,12,14
25:5,14,17,18,22
26:8 45:1,3,7,11,
14,18,21 46:1
48:6 49:13,24
52:3 55:9 56:12,

21

**bylaws** 15:8

_____

**C**

_____

**C(1)** 24:16 25:10

**C(2)** 25:5,9

**calculate** 31:24
40:7

**calculated** 36:6
38:2 41:5

**calculating** 40:12

**calculation** 36:9
39:21

**calculations**
40:10,17

**call** 56:8

**career** 9:19

**case** 7:11 18:20
24:3 36:3

**categorically**
55:20

**category** 35:14,
21,24 37:1,21

**certification**
24:16 38:19

**certifications**
57:9

**certified** 25:6
38:9,17,22 45:7

**chair** 15:15,22
16:1,5,9

**chairman** 16:22

**challenging** 7:13

**chance** 14:25
21:21 28:11

47:25 49:6 53:5
56:4

**change** 23:21

**chinch** 34:15

**circumstances**
22:15,21 23:1,5,
15 24:12

**city** 6:25 11:13
13:9,10,12,16
18:3,4,5,9,10,12,
16,17,20,21,25
19:5 40:4,13
53:16 55:7,11,16,
18

**City-owned** 17:17

**civility** 13:20 14:1

**claim** 47:7

**claims** 47:5,8

**clarification** 11:6

**clarify** 56:5,24,25
57:3,4

**clarifying** 57:17

**classes** 22:8

**classification**
24:6

**classifications**
24:8

**clause** 22:12
23:24

**clear** 8:1

**close** 58:10

**closely** 13:19
17:25 40:3

**code** 43:20 46:12
48:5 50:20,21,23
52:9 53:15 57:22

**colleague** 7:10

**columns** 35:17,
18

**committee** 13:7
17:3,6,11,12,22,
25 18:3,6,18,19
36:25 37:2,7,9,14
38:6,10,19,21
54:15

**committees** 13:6
16:20,21,22,23
17:1,8

**Community**
18:11

**companies** 20:15
31:1

**company** 29:13,
16,20 30:5,7,11
33:3

**company's** 30:23

**compare** 30:15

**comparison**
36:14

**compelling** 43:13
44:9,10,14 48:8,
11,13,20

**compete** 19:24
26:3 45:12,14,19
46:2

**competitors**
31:19

**compilation** 43:9

**compile** 27:18

**complain** 27:3

**complaint** 28:6

**completed** 7:24

**completely** 12:24
15:11 41:4 48:10

**compliance**
20:24 21:1,3,5

**complied** 53:18

**compliment**
11:19

**comply** 26:17
50:20 52:8 53:14
56:18

**component** 25:1
30:8 41:24

**computer** 8:18

**concerned** 56:7

**concluded** 58:17

**confirm** 54:9

**conscious** 41:8,
13 44:5

**consciousness**
44:3

**consideration**
31:21 35:24

**considerations**
33:6,8,11

**considered** 33:10
34:13,17 41:12,
13 44:23 47:7

**considers** 15:16
16:16

**consist** 27:8

**Constitution**
52:20

**constitutionality**
7:13

**construction**
20:3,6

**consultant** 41:5

**consultants** 6:20
7:12 10:5

**consults** 16:2,6

**contend** 43:13

**contention** 48:8

**context** 56:15

**continually** 34:8

**continues** 52:10

**contract** 30:25

**contracted** 25:8

**contracting** 20:20
56:11

**contractor** 47:12

**contractors**
47:10,16 53:24,
25

**contractors'**
36:20

**contracts** 7:21
19:25 40:1 41:15,
17 45:12,15,19
46:2 47:9 55:19

**contractual** 14:2,
4

**contribute** 49:3

**contributed** 49:3

**control** 22:16
23:1,6

**conversation**
7:24

**copies** 42:10

**copy** 14:12,15
58:25 59:3

**corporation** 41:6

**correct** 27:4 28:6
37:6 41:18 48:9,
22

**Correction** 18:16

**correctly** 12:16
36:17 37:6 38:7

**corresponds**
35:12

**Council** 33:19
38:9,17

**counsel** 7:2 54:16

**County** 33:25

**couple** 55:22

**court** 7:22 8:19
10:12 20:23

**craft** 48:20

**created** 11:13,15,
18,25 46:22
50:20

**criteria** 29:25
30:8,22 31:21
38:14

**crosswalk** 19:9

**curb** 17:20

**current** 10:1 31:6

**customers** 31:7

---

**D**

---

**daily** 11:16 12:23

**day** 10:3

**day-** 12:14

**day-to-** 10:2

**day-to-day** 10:4

**12:17 13:1 17:5,7**

**days** 25:25 27:19

**DBE** 7:14 22:6
23:6,10 24:8 25:9
26:21 38:7 39:25
40:21,24 41:1,14
49:17 50:8,12

**DBE-** 45:6

**DBE-CERTIFIED**
45:13 46:1

**DBES** 25:7 26:2
49:18

**debris** 29:10

**decision** 30:20

**define** 22:23

**defines** 21:17

**defining** 21:25

**definition** 23:10
41:19 57:22 58:7

**delivery** 29:22

**demonstrate**
20:1,10,16,18,23
32:10

**denial** 56:23

**denied** 56:2,22

**denote** 15:19

**denying** 56:10

**Department**
13:19 18:3,9

**DEPONENT** 6:13
16:5 18:23 23:17
24:10 25:3 39:3
42:6,8,10,14,18,
20,22 44:20 49:2,
20 50:14,19 51:1
55:1

deposition 7:25 8:13,15 10:11

describe 15:4 17:19 28:16

design 28:24

designated 11:14 12:1

designed 40:5

detail 40:16

details 14:6 40:14

determine 31:18 51:16 52:5

determined 36:23 46:21 52:11

determines 21:25 36:18

determining 30:16

development 9:6 12:1 17:2,3

differ 40:10

difference 39:25 41:7

differentiate 31:19

differently 23:8 30:4,25 40:8

differs 15:7 40:16

digit 35:21

Dillard 6:24 10:15,17 14:15, 16 18:22 39:13 59:2,4

direct 58:17

directive 43:19 44:17 48:21

director 9:5,23

directors 12:11, 12

directs 8:25 43:21 51:3

disadvantage 22:11,23 40:12

disadvantaged 19:14,20,22,23 20:4 21:8,10,11, 14,17 22:1,6,10 25:13,17,21 26:7, 13,25 33:13 39:22 43:25 45:1, 2,11,18,21 48:6 49:13,24 51:4 52:3

disadvantages 26:7

disadvantaging 54:1

Discovery 43:5

discrepancy 34:1

discretion 38:6, 10,20,21

discretionarily 53:11

discriminating 47:13

discrimination 46:8,19,20,21,23 47:5,16 50:3,10, 12,17,24 51:13 53:23 55:8

discriminatory 22:14,20,25 23:5, 14

discussing 29:12

disparities 51:17, 25 52:6

dispositive 30:19

distinction 44:2 56:19 57:5

district 6:23 7:14, 20 10:9 11:7,18, 20 12:11,13,15, 17,22,23 13:1,5, 9,10,16,19,22,25 14:5,10 15:5,8, 14,20 16:3,17,24 17:15 18:2,10,18 19:19,21,24 20:1, 9 21:8,9,12,15,25 22:5 24:19 25:8, 12,16,18,19,23 26:1,4,6,9,12,14, 15,20,24 27:21 28:14,21 29:11 33:8 35:4 40:7 41:16 43:18,22, 25 45:12,14,19 46:2,24 47:1,4,6, 9 48:21 49:12 51:14,21,24 52:1, 5,13 53:12,21,22, 25 54:4 55:24,25 56:10 58:6

district's 15:23 43:4 49:18 53:14 56:8,12,18 57:10 58:3

diversity 56:13, 14,15 57:11

divided 37:8

document 10:21 14:25 15:4 25:19 27:12,13 28:11 33:23 34:5,25 35:7,13 39:16

43:1 47:25 51:12, 13,16,20 54:18

documentation 20:19 24:19 57:9

documented 20:14 27:10,11

documents 34:2 54:8,24 55:2

dollar 36:1,3,4

dollars 40:2

double- 40:19

double-sided 42:5,7

drafted 26:16

draw 56:19

duly 7:3

duties 15:23

─────────────

E

─────────────

earlier 33:20

Economic 17:2,3

effective 53:23

effectively 26:3

effects 22:14,20, 25 23:4,14 46:8, 18 50:3,10,16 55:8

effectuates 26:5

efficient 32:8

efficiently 32:6, 11

effort 20:17,23 52:8 53:14 56:18

efforts 20:1,10,14

MARLON MARSHALL 30(B)(6)       June 12, 2024
75250                                    Index: electronically..full

**electronically**
25:25

**Eleven** 35:20,25

**employed** 13:3

**employees** 29:17,
21 31:4

**employment** 54:4

**enacted** 43:20

**enacts** 50:12

**encouraging**
19:21

**end** 22:19 27:20
35:14,21

**ends** 35:22

**enforce** 13:25
14:5

**enforcement** 14:2

**Engage** 18:11

**engaged** 46:24

**engineer** 9:10,21

**engineering** 9:5,
11,23,24 10:5

**engineering-**
**related** 9:12

**enhancements**
19:9

**ensuring** 53:24

**entail** 10:2 32:5

**entered** 12:21,25
26:15

**Enterprise** 19:14
21:10

**enterprises** 33:14
40:12 56:1

**entire** 9:16

**entirety** 37:14

**entities** 11:10
12:4 24:17,18,22
25:6 33:25 39:22

**entity** 24:24,25

**equipment** 32:12

**eradicate** 46:18
50:2,6,9,16

**eradicates** 46:7

**eradicating** 46:20

**establish** 43:22,
25

**established** 30:6,
7 31:1 43:19
44:17 46:15 50:9
51:23 54:19

**evaluate** 29:19

**evaluated** 29:22

**evaluating** 32:17
56:1

**evaluation** 31:18,
21 35:3 36:25
37:2 38:14

**events** 26:6,8

**exact** 24:23 40:14
43:24

**examination** 7:5
58:18

**examined** 7:4
10:25

**excuse** 27:4 50:5
57:25

**executive** 16:21

**exhaustive** 24:18

**exhibit** 10:10,14
14:8,11,19 19:13
28:4,5,7 33:11
34:4,20,22 39:8,
14 42:2,4 47:21,
22 48:24 49:5
52:16,17

**exist** 12:4 17:1
45:6 46:1 51:25

**existence** 48:15

**experience** 9:10
31:9 32:20

**explain** 12:20
20:12 31:15 32:1
34:1 39:20,25
40:10 58:6

---

**F**

**facilities** 17:14

**fair** 8:5 19:24 24:4
43:9 45:11,14,19
46:2 48:19

**faith** 20:1,10,14,
23 53:14 56:18

**fall** 32:23

**familiar** 7:15 41:4
48:17

**familiarize** 25:16

**favorably** 30:1,6

**federal** 39:23
40:1,2,4,5,11
41:14

**federally** 41:17

**feel** 11:2 48:24

**felt** 53:22

**fewer** 36:11

**field** 28:14,20
29:6,8 35:4,6
38:16

**financial** 31:21
33:6,8,11 35:24

**finish** 53:7

**finished** 33:17
43:15

**firm** 20:16 26:3
30:16

**firm's** 29:25
31:18 32:19

**firms** 28:18 35:9
47:13 51:20
53:11,12 54:23

**fiscal** 27:20

**five-minute** 58:9

**follow** 13:12

**force** 13:23

**foregoing** 19:25

**forget** 11:8

**form** 18:22 23:16
24:9 25:2 33:9
44:19 49:1,19
50:13,18,25

**formed** 11:15

**formula** 36:13,16

**found** 51:25
57:22

**Foundation** 7:10

**frankly** 22:3

**free** 48:24

**front** 43:23

**full** 19:21,24 36:4
45:11,14,18 46:1

fully 8:8

funded 41:17

funding 18:12,16,
17,21 19:1,5
39:23

furthering 46:10

furthers 46:7,14

_____

**G**
_____

general 7:15
20:12,20 29:1
41:10

generality 19:25

generally 17:20
20:11 28:16 29:7
39:20 40:15 41:7,
9 53:9

generate 7:25

generated 12:2

give 6:11 7:17
13:15 18:5 21:20
33:16 37:7 42:12,
13 49:6 53:5 56:4

Glover 28:23

goal 19:19 39:21
40:21,24 41:1,5
46:22 56:18

goals 39:25 40:2,
7,12 41:20 46:7,
9,14,15 50:9

good 7:7,8 20:1,
10,14,23 53:14
56:17 58:20,24
59:5

goods 53:25

government 41:6

43:20 46:12,22
48:5 50:20 52:9
53:15

government-
owned 17:17

governmental
24:17

graph 40:20

great 11:5 14:16

group 10:4 23:9,
13,21

groups 22:13,17,
19,24 23:2,4 24:4

grow 34:12

growing 49:18

growth 19:20
21:8,11 45:1,2
49:13,24

guess 32:23

_____

**H**
_____

hand 6:9

handle 12:14,25

handles 12:17

handy 52:18

Happy 57:3

Harris 33:25

head 8:21

heard 13:3 52:5

held 16:12

helped 48:20

helpful 33:2 37:2

higher 32:2,4
33:7

highest 35:25

highly 53:24

hired 9:8,21

Hispanic 24:5

history 53:23

hoarse 21:21

home 57:16

horrible 50:7

Houston 6:25
11:13 13:9,16,19
18:10,12,16,17,
20,21 19:1 24:17
33:19 38:17 40:4,
13 53:16 55:7,11,
16,18 57:22

Houston's 13:11,
13 18:3,9 58:6

_____

**I**
_____

identification
10:14 14:11
22:13,24 28:7
34:22 39:14 42:4
47:22

identified 48:20
49:2 52:25

identify 25:21
43:13 44:9 50:11,
23 51:13,20
52:19,24

identifying 50:17

imagine 33:6

implement 13:12,
13,17 18:4

important 8:20

impression 7:17
20:12

improvements
19:10

include 20:15,17
29:13 32:7 54:23

included 46:12

includes 29:13
43:24 57:8

Including 22:17

Incorporated
6:21

incorporation
29:17,21

incorrectly 42:13

increases 12:2

increment 10:6
11:12,16,24 12:2

independent 12:8

independently
12:12 30:10

Indians 24:6

individuals 16:13
54:10

information
20:19 25:7 26:3
29:12,18 30:21
31:15 33:10

initially 9:21

initiative 18:6,8,
11,13,20,21 19:4

initiatives 18:4,25

insect 34:17

inside 19:20 21:9,
12,14 49:14,18,
22,25

MARLON MARSHALL 30(B)(6)        June 12, 2024
75250                                          Index: insidious..mandatory

insidious 22:15,
21 23:1,5,15
24:12

instances 47:12

intended 52:21

intent 24:1 30:10

interest 43:13
44:10,11,14 48:8,
11,13,20

interim 16:22

interpret 44:20

interrelate 11:10

interrogatories
43:6

interrogatory
48:7,19,25 49:10,
11 52:19 53:1

introduce 10:10
14:8 34:20 47:18

introducing 39:8

invasive 34:13

invitation 28:14,
16 29:7 54:20

invitations 29:1
54:22

invite 28:18

invited 26:8

inviting 45:21

involved 17:5,7
57:1

involves 10:4

issues 13:21

items 34:12

## J

Jarett 6:24

job 9:9,17

jobs 11:11

Joined 7:10

Josh 6:17

Joshua 6:19 7:9

judge 8:25

justification
48:14

justifies 44:18

justify 44:12,16

## K

knowledge 27:20,
22 31:3,5,8 51:5,
15

## L

labeling 14:19

landscape 6:20,
21 7:11,12,20
28:23 29:22
36:10

landscaping 29:9
32:9

language 43:24
46:12 49:14 50:2
51:10 57:1

languages 50:21

law 14:2 25:1

laws 13:13 26:17

lawsuit 7:15,17

lawyer 44:13
48:10

leads 16:1,5

legal 7:9 44:14
48:17 51:11
54:15 56:25

legislature 43:19,
20 44:4,17,22
46:15,21 48:22
50:6

lets 29:2 47:9

lettings 20:3,6

life 11:20

limited 21:11

limiting 19:25

list 24:18

listed 22:19 25:6
33:25 34:1

lists 22:17 23:2
24:4,18 32:16

LLC 35:20

local 20:20 46:12
48:5 50:20 52:9
53:15

located 25:18

long 54:5

lot 49:9

loud 19:17

love 57:4

low 36:19

lower 32:3 33:7
36:3

lowest 36:1,3,7,
14,17,18

luckily 28:6

## M

M-A-R-L-O-N
8:11

M-A-R-S-H-A-L-L
8:12

made 20:15,17

mailed 25:22,25

maintenance
10:7 11:22 13:6
17:9,11,12,13
28:15,20,24 29:6,
8,9 34:6 35:5,6
38:16 54:15

make 26:2 32:8
36:17

maker 30:20

management
6:21,23 7:12,14,
19 10:8 11:7,18
12:11,13,15,16,
22,23 13:1,5,8,
10,16,18,22,25
14:5,10 15:5,8,
14,20,23 16:3,17,
24 18:10,18
21:25 22:5 24:19
25:8 27:21 28:14,
21 29:22 33:8
35:4 40:7 41:16
43:4,25 46:24
47:1,4,6,9

Management's
7:21

manager 9:22

managing 10:4

mandatory 38:24

MARLON MARSHALL 30(B)(6)          June 12, 2024
75250                                        Index: manner..offers

**manner** 32:13

**manual** 14:9 15:6, 7,10

**marked** 10:14 14:11 28:7 34:22 39:14 42:4 47:22

**market** 51:18

**marketing** 11:21 17:2

**Marlon** 7:3 8:11

**Marshall** 6:8 7:3 8:11

**material** 34:18

**matters** 10:25 11:3 16:3,7

**maximum** 36:22

**means** 20:10 21:18 22:11 24:13 26:22 41:3, 12,13,16,21

**meant** 48:16

**meet** 53:16 55:18 57:7

**meetings** 16:1,2, 6 27:11

**member** 16:9 23:13 38:6

**members** 16:2,7 22:13,24 23:3 36:25 37:3,7,9,14 38:11,19,21 54:15

**membership** 23:9,20

**mentioned** 11:5,6 17:21

**mentions** 55:6

**met** 52:11,14

**Metropolitan** 6:20 7:12,20 36:10

**Midtown** 6:23 7:13,19,20,21 9:3 10:6,8 11:7,12, 14,18,19 12:11, 13,14,16,17,21, 22,23,24 13:1,4, 5,8,10,16,18,21, 22,25 14:5,10 15:5,8,14,20,22 16:17,24 17:14 18:1,2,4,9,11,18 21:25 22:5 24:19 25:8 26:16,17 27:6,15,20 28:14, 21 29:2,11,17 30:7,11,20,25 31:15 32:17 35:4 40:7,23 41:16,21 43:4 46:23 47:1, 4,5,9 50:11,16,23 51:5,6,9,10 54:16 55:15,16,17,20

**Midtown's** 41:14 48:8

**mind** 28:25 30:24

**minority** 33:13 55:8,25 57:6,11, 22 58:7

**minority-owned** 56:21

**minute** 33:16

**minutes** 27:11

**misstate** 52:4

**Mm-hmm** 14:17 36:15,21

**MMDD00168** 15:13

**moment** 14:13 21:20

**monitor** 40:25

**monthly** 16:1,2,6

**morning** 7:7,8

**mouth** 48:14

**move** 16:19 27:23 34:4 36:21 42:1 52:16

**moved** 9:22

**moving** 21:17 25:12 31:12 32:22 38:25 44:25 45:10 46:6 51:3,23 55:22

**MWB** 38:22

**MWDBE** 7:14,19 38:2 40:2,3 41:20,23 43:14, 22 44:5,18 45:2, 6,13,18,25 46:9, 20 48:9 51:20 52:14,20,24 55:13,25 56:16, 18

**MWDBE-CERTIFIED** 53:11,12 54:23

**MWDBES** 38:22

**N**

**narrowly** 52:25

**nature** 7:15

**necessarily** 38:22

**negatively** 30:1

**neutral** 41:1,3,8, 12,16,21,23

**neutrality** 44:3

**nod** 8:20

**nominating** 16:21

**notes** 15:14

**notice** 10:11

**noticed** 33:23

**November** 35:5

**number** 20:25 29:16,17,21 31:4, 6 32:14 33:7 34:8 36:19 37:8,9,13 39:10 43:6,12 48:25 49:10,11 53:1 54:2,5 55:23,24

**numbers** 20:7 35:16 36:23 57:25

**O**

**object** 8:23 53:10

**objection** 8:24 18:22 23:16 24:9 25:2 44:19 49:1, 19 50:13,18,25

**Objections** 43:4

**objectively** 20:1,9

**objectives** 52:11, 14

**objects** 29:10

**occurs** 40:25

**offers** 45:4 56:2

MARLON MARSHALL 30(B)(6)        June 12, 2024
75250                                Index: officers..professionally

**officers** 15:13,16
16:15,17

**operates** 12:12

**operations** 11:16
12:17,23 13:1

**opponents** 38:12

**opportunity** 9:12
19:24 45:4,11,14,
19 46:2,5

**opposed** 25:9
32:6

**order** 23:6 58:21,
25 59:3

**ordinances**
13:13,20 14:1

**organization** 30:9
33:20,21

**organizational**
30:9 31:22 33:3
36:21 37:16

**organizations**
20:21 52:2

**original** 58:21

**outreach** 52:2,7

**overly** 54:1

**owned** 22:9

**owners** 17:18

---

                P

---

**p.m.** 58:13,16
59:6

**Pacific** 7:9 24:5

**pages** 42:25
55:22

**paragraph** 45:10

**Park** 28:23

**part** 13:7 31:17
38:12,23 55:24

**participate** 45:4,
7,22

**participated** 26:6

**participation**
19:21 25:13
33:13 40:25 41:8

**party** 8:13

**past** 40:24 41:2
52:20

**Pedestrian** 19:9

**penalty** 6:10

**percent** 20:2,3,5,
6 22:8 37:13
40:24 41:1,3

**percentage** 36:18

**percentages** 20:5

**perform** 32:6,15,
21

**performance**
40:24 41:2

**performing** 32:13

**periodic** 52:12

**perjury** 6:10

**person** 49:2
57:22 58:7

**personnel** 27:2,
17

**persons** 22:9
54:19

**phasements**
19:22

**phrase** 20:13

21:7 24:12 49:22

**phrases** 49:9

**Places** 18:8,17

**Plaintiff** 58:17

**Plaintiff's** 43:5

**plaintiffs** 7:11

**planning** 9:24
10:8 11:22 13:7
17:9,21,25 18:1,
2,3,4,5,9,18,19

**plant** 34:18

**point** 32:23 38:13
43:12

**points** 31:23,24
35:13 36:4,11,22,
24 37:21,22
38:13,18,20,23
53:10,13,19,20,
21 54:5,7,11,23
55:25 56:11,12,
20 57:7,10

**police** 13:19,23

**policies** 14:9 15:6
27:15 40:13

**policy** 26:18
55:25 56:16

**political** 24:6,7

**position** 56:8

**positions** 16:12

**potential** 28:18

**potentially** 32:20
35:23

**practice** 22:25

**practices** 22:14,
20 23:5,14

**prefer** 30:25

**preference** 31:3,
4,6,9

**prepared** 11:2
27:19

**present** 49:11,12

**previous** 48:23
54:14,15

**previously** 11:5

**prime** 47:10,12,
16

**prior** 33:2,23 35:7
36:11 46:8,18,19
48:7 50:3,10,11,
16,24 52:16 54:8
55:8

**private** 17:18

**procedures** 14:9
15:6 27:16 40:14

**proceed** 7:2

**process** 30:17
37:11 45:5,8
46:9,19 56:11

**processes** 20:15
45:22

**procurement**
19:23 20:20 26:6
28:18 30:17 45:5,
8,22 46:8,19
51:17 52:3 54:8,
18 55:2

**produce** 7:23
8:21 27:21 37:9

**professional**
20:2,5,21,22

**professionally**
9:11

MARLON MARSHALL 30(B)(6)        June 12, 2024
75250                                          Index: profile..related

**profile** 29:13

**profiles** 33:3

**program** 7:14,19 9:22 19:15 21:11 26:13,21,25 27:7 35:23 40:3 41:14, 23 43:14,22 44:1, 5,18 45:2,6,13, 18,25 46:7,9,14, 20 48:9,15 50:12 51:4,23 52:10,14, 21,24 55:7,13 56:13,14,15 57:8, 11

**programs** 40:8 41:20 49:18 50:8

**progressed** 9:17, 19

**project** 9:21,22 13:15 28:15,20, 21 29:6,8 35:5,6, 10 38:16

**projects** 13:11,14 39:22

**proof** 25:9

**proper** 53:13 57:9

**properties** 12:3 17:17,18

**property** 11:25 17:18

**proportion** 37:22

**proposal** 38:16

**proposals** 25:23 32:7

**propose** 32:13,14

**proposed** 31:13, 18,22,24 32:2,3, 4,7,10 37:24

**provide** 11:19 18:12,17,21 19:1, 5 25:7 26:3

**provided** 31:16 32:17 57:24

**providing** 20:18 32:5 57:9

**provision** 15:17 21:24 26:5

**public** 11:21 13:18 17:2,13,14, 16 29:10 46:8,19 51:17 53:24

**purchasing** 20:4, 7

**purpose** 7:24

**purposes** 52:11, 13

**pursuit** 7:21

**put** 48:14

─────────────

**Q**

─────────────

**qualification** 56:3

**qualifications** 9:9 25:22 31:22 32:25 33:4 36:22 37:17 57:8

**qualified** 51:21 53:24

**qualifies** 22:6

**qualify** 23:6 24:8 38:8 56:12 57:10

**quality** 11:19 53:25

**question** 8:2,5 9:1 22:2 23:3

29:23 43:12 44:9 45:16 50:7 52:18, 19,22,23 53:1,6 56:13 58:3

**questions** 8:1 26:2 58:19

**quick** 14:18 39:2

─────────────

**R**

─────────────

**race** 41:1,3,7,8, 12,13,15,17,21, 23 44:3,4

**racial** 22:17,19 23:2,4,9,13 24:4, 7

**raise** 6:8

**re-reference** 28:9

**read** 19:17 21:20, 22,23 22:4 27:19 33:1,16,18 43:15, 16 49:6,8 53:5,8 55:14 56:4,6 57:13 58:2,5

**reading** 45:17 53:7

**ready** 56:5 58:4

**real** 14:18

**reason** 8:7 30:20 44:12,16,17 48:15

**recall** 24:23 54:7, 14,17,22 55:4,5

**receive** 36:23 37:20,21,22 38:23

**received** 29:19 35:4,25 38:9

39:23

**receives** 32:2,3,4

**recess** 14:21 39:6 58:14

**recognized** 38:8

**recommend** 32:12

**recommending** 32:5

**record** 6:7 8:10, 24 14:18,20,22 39:4 58:12,15 59:6

**records** 26:9,10

**redevelop** 11:13

**redevelopment** 9:3,13 10:6 11:7, 15 12:10,14,18, 21,25 13:4 18:1 26:16,18 27:6,15 51:7,9,11 55:17

**refer** 33:24 48:23 52:17

**reference** 46:11

**references** 32:16, 17,19,23,25 36:22 37:17

**referencing** 47:19

**referring** 27:14 33:20 49:5

**reflects** 40:3

**regular** 52:12

**reinvested** 12:3

**Reinvestment** 10:6 11:12,17,24

**related** 29:21

MARLON MARSHALL 30(B)(6)          June 12, 2024
75250                                              Index: relates..similar

**relates** 7:20 10:5, 8 13:11,20 22:12 36:19 37:22 39:22 40:14 48:6 56:15

**relation** 36:13

**relationship** 13:4, 8

**relevant** 25:17

**remedial** 46:7,9, 14 50:9

**remedy** 51:24 52:7,21,25 55:7

**remember** 21:1,2 36:17 37:4

**removal** 29:9

**removed** 34:9

**repeat** 8:3 51:8

**report** 27:18,19

**reporter** 6:7,14 7:1,23 8:19 10:12 14:12,15,17,20, 22 16:4 28:8 39:4,7 42:16 47:21 54:25 58:12,15,20,24 59:2,5

**reporting** 27:2,17

**reports** 27:21

**represent** 6:16, 20,22,24 7:11

**request** 55:23

**requests** 25:22

**required** 33:9 37:11

**requirement**

23:23 55:18

**requirements** 40:4,6,12 51:11 53:16,17,18 55:6, 11,13,15

**requires** 44:4 50:23 56:17

**reread** 23:24

**rereading** 24:1

**reserve** 58:19

**response** 49:3

**responsibilities** 15:20

**responsibility** 10:7

**responsible** 17:12

**responsive** 30:16

**restate** 22:2,22 29:23 45:16

**restricts** 49:17

**results** 27:18

**revenues** 29:21

**review** 26:12,20, 24 27:8,10 36:16 47:25 51:4,11 52:12 54:8,24 55:1

**reviewed** 15:1 26:19 27:7 35:13 51:12 54:18

**reviewing** 35:7

**right-of-way** 17:13

**rights** 29:10

**Road** 19:4

**role** 10:1,2

**roles** 11:10

**rounding** 35:23

**run** 9:19

_____

**S**

_____

**Safe** 19:4

**safety** 11:21 13:18,20 17:2 19:9

**satisfied** 25:9

**satisfy** 23:9 24:25

**scope** 15:10 17:4, 10,24

**score** 32:2,3,4 35:25 37:10,12, 17,21 38:2

**scores** 36:6 38:4

**scratch** 44:8 50:1

**secretary** 15:15

**section** 15:14 16:19 19:14 43:20 46:12 48:5 49:6 51:24

**senior** 9:5,23

**sense** 29:1

**sentence** 44:25 45:17 46:6 52:10 55:9 56:7

**separate** 16:12

**service** 10:7 13:6 17:9,10,12 35:4,6 54:15 55:17

**services** 11:20,21 13:18 20:3,6 28:15,19,20,24 29:6,8,9 32:5,8,9, 13 35:5 38:16 54:1

**set** 12:1 40:11,23 43:5

**settled** 53:20,21

**shake** 8:21

**shape** 18:10

**share** 12:11 28:4

**shared** 20:19

**shares** 22:8

**sharing** 20:22

**show** 20:14 21:1, 3,4 23:13

**shrub** 34:6

**shrubs** 34:12

**sic** 19:22

**sided** 40:20

**sidewalk** 17:19

**significance** 44:14

**significant** 51:17, 25 52:6

**Sileo** 6:18,22 10:18 23:16 24:9 25:2 34:23 39:10, 12 42:5,17,19,21, 23 44:19 49:1,19 50:13,18,25 57:3, 5,15,18 58:11,19, 25 59:1

**similar** 22:15,21 23:15 24:12

MARLON MARSHALL 30(B)(6)      June 12, 2024
75250                              Index: similarly..transportation

34:14 53:15

**similarly** 37:25

**sir** 6:14 12:19
14:17

**skills** 25:17

**social** 22:10,23

**socially** 22:9

**solicit** 28:22

**sort** 43:17

**Sounds** 56:21

**specific** 34:12
52:19

**specifically** 37:4
54:3,14 55:12

**spell** 8:10

**sphere** 12:9

**staff** 54:16

**standards** 13:13
32:7 55:18

**standing** 16:20
23:21

**start** 53:9 55:22
58:1

**state** 6:15 8:10
24:16 26:17 40:3,
4,13 43:19 44:4,
22 46:15 48:21

**stated** 48:12

**states** 25:5 50:8
52:10 55:13 56:2,
17,22

**statistical** 51:17

**statistically** 51:25
52:6

**status** 24:8 25:9

**statute** 43:21,23
44:4,7,23 47:18
49:5,12,15,17
52:17,20

**stimulate** 19:19
21:8 25:13 45:2
49:13

**stimulating** 21:11
45:1

**stock** 22:9

**strategic** 9:5,24

**Streets** 19:4

**strike** 12:6 16:11
26:23 47:8 50:7

**structured** 50:8

**subcontractors**
47:10

**subcontracts**
47:15

**subject** 55:15

**submitted** 33:10
38:15

**subsection** 51:3,
23

**sucker** 34:11

**suckers** 34:8

**suffered** 22:14,
20,25 23:4,14

**suffice** 20:23,25

**sufficient** 23:9,21

**summary** 31:12,
23 35:3 39:21

**suppose** 24:6
33:1

**surprise** 10:18

**sworn** 7:22

————————

**T**

————————

**tab** 28:6

**tailored** 52:25

**takes** 36:17

**taking** 8:19

**talk** 17:4

**talked** 33:21 44:2
48:13

**talking** 33:2 57:21

**talks** 15:13 16:20
19:14 34:15

**target** 52:2

**targeted** 26:7

**tax** 10:6 11:12,16
12:2

**Taxi** 11:24

**term** 41:4 48:11,
17 53:10

**terms** 32:9 41:11
43:24 54:19

**testified** 7:4

**testify** 8:8 11:2

**testimony** 6:11
52:4

**Texas** 6:20 7:12
24:17 43:19,20
44:4,22 46:12,15,
21 48:5,21 50:5,6
52:8 53:15

**That'd** 14:16

**thing** 49:11

**things** 11:6 20:21

**Thompson** 6:17,
19 7:6,9 10:16,
19,20 14:7,14,18,
24 16:8 18:24
23:18 24:11 25:4
28:10 34:24
38:25 39:8,11,15
42:1,7,9,12,15,24
44:21 47:23,24
49:4,21 50:15,22
51:2 55:3 57:4,
13,16,19,20 58:9,
17,21,23

**thought** 23:19
35:19 48:16 52:5

**tied** 40:1,2

**time** 8:23,24
16:21 19:12
23:25 54:7,19,25

**TIRZ** 11:19,23
12:10

**title** 9:4,16

**titles** 9:17 15:19

**to-day** 12:15

**today** 8:8 10:11
11:3 12:4 15:2
55:4 56:9

**top** 26:1 33:12

**topic** 27:24

**total** 30:9 35:14,
17 38:13

**trained** 9:11

**transcript** 7:23,25
58:22

**Transit** 40:5,11

**transportation**

MARLON MARSHALL 30(B)(6)          June 12, 2024
75250                                              Index: trash..zone

39:24 40:1 41:15

**trash** 29:10

**treasurer** 15:16

**tree** 34:6

**trees** 34:12

**truth** 6:11,12 7:4

**truthfully** 8:8

**turn** 15:12 19:13 34:14 40:19

**Turning** 24:15

**type** 11:20 20:21 31:9

**types** 28:21 30:2 32:12

---

**U**

**unable** 56:25

**unattractive** 34:13

**unclear** 23:7,19 24:1 56:3

**Underneath** 32:16 40:23

**understand** 8:2 11:9 12:16 21:24 22:3 29:24 30:9, 18 32:19 35:9 37:6,24 38:7,15 44:13 48:10,12 53:10 56:8,19

**understanding** 21:10,13 22:10, 12 23:11,12,17, 20 32:21 41:2,10, 19 44:10 46:11, 17 49:22 50:11,

14,19 53:20,22 56:23

**understandings** 30:2

**understands** 22:5

**understood** 8:4 18:19 22:18,23

**undertake** 51:21

**undertaken** 26:25 36:9

**unlike** 33:23

**unsure** 16:14 21:16 26:22 54:6

**untidy** 29:10

**upcoming** 52:3

**upkeep** 17:13

**urban** 10:8 11:22 13:7 17:9,21,25 18:2,18,19

---

**V**

**value-added** 32:5

**values** 11:25

**varies** 29:3

**variety** 24:16

**vein** 34:14

**versus** 32:2 40:4

**vice** 15:15

**viewed** 30:1,6

**violation** 52:20, 25

**voice** 21:20

---

**W**

**Walkable** 18:8,17

**ways** 17:14,16 20:25 21:4 45:23

**WBE** 24:25 38:8, 9,15

**Website** 28:24

**weight** 35:12

**Woman** 38:8,17

**woman-based** 24:24,25

**woman-owned** 57:6

**women** 24:7 33:13

**women's** 33:19, 21

**women-owned** 55:8 56:1,21 57:12

**wondering** 35:15 45:20

**words** 48:14

**work** 8:18 9:2,7, 12 10:3,4 12:7 13:6 26:4 31:10 32:6,8,10,21 51:21

**worked** 9:13 18:10

**workers** 32:14

**works** 13:10,19 17:25 18:3,6

**worry** 58:2

**wrapping** 58:10

**written** 7:25 8:22

**wrong** 37:7

---

**Y**

**year** 26:13,21,25 27:7,20 29:2,16, 20 30:7

**years** 9:14,17 30:6 41:1 47:4 54:4

---

**Z**

**zone** 10:6 11:8, 12,20,24 12:1,2,3