

EXHIBIT 7  11-6-24  DM

## Request to Clarify Bid Form

To: **Midtown Management District**
Attention: Mr. Marlon Marshall
410 Pierce Street, Suite 355
Houston, Texas 77002
FAX – 713-526-7519
Email – marlonm@houstonmidtown.com

**Clarification I:** Clarify whether your company is a Minority, Women, or Disadvantaged Business Enterprise (MWDBE) certified by the City of Houston, Houston Minority Business Council, and /or the Houston Women's Business Council.

Indicate with an "X":

__X__ - Yes

_____ - No

*Note: If Yes, please attach certificate from the City of Houston, Houston Minority Business Council, and /or the Houston Women's Business Council.

METROPOLITAN LANDSCAPE MANAGEMENT HAS ALWAYS BEEN OWNED AT 51% BY THERESA M. THOMPSON. METROPOLITAN HAS BEEN HUB CERTIFIED BY THE STATE OF TEXAS. METROPOLITAN DOES NOT HAVE ONE OF THE THREE CERTIFICATIONS REQUESTED.

**Bidder's Information:**

Bidder: Metropolitan Landscape Management, Inc.

Contact Name: Theresa M Thompson

Contact Phone: 281-788-6926

Signature: *Theresa M Thompson*

MMD 00229