Midtown Management District - Field Maintenance Services Project
November 2022

| | Financial Considerations | Organizational Qualifications and References | Proposed Approach | Minority, Women, Disadvantaged Business Enterprise (MWDBE) | Comments | AVG TOTAL |
|---|---|---|---|---|---|---|
| ASSIGNED WEIGHT | 0.50 | 0.25 | 0.15 | 0.10 | | |
| Four Eleven, LLC | 50.00 | 14.63 | 10.28 | 10.00 | | 84.90 |
| Metropolitan Landscape Management | 46.14 | 24.58 | 14.25 | 0.00 | | 84.98 |
| On Duty Trees and Landscape | 23.14 | 12.71 | 2.88 | 0.00 | | 38.73 |
| SMC Landscape Services | 44.10 | 21.08 | 12.50 | 10.00 | | 87.68 |
| SV Multi-Services, LLC | 37.48 | 18.83 | 11.50 | 10.00 | | 77.82 |
| Yellowstone Landscape | 20.41 | 20.58 | 11.83 | 0.00 | | 52.82 |



EXHIBIT #9 DM 11-6-24

MMD 00001