**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., | Civil Action No. 4:23-cv-03516 |
| Plaintiffs, | |
| v. | |
| CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, | |
| Defendants. | |

**ORDER GRANTING DEFENDANT CITY OF HOUSTON'S**
**MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

On this day, the Court considered Defendant City of Houston's ("the City") Motion for Leave to Exceed Page Limit. After due consideration of the motion, the Court is of the opinion that it should be in all respected GRANTED.

It is therefore ORDERED that the City's Motion for Leave to Exceed Page Limit is hereby GRANTED. The City has leave from the Court to file its brief in support of its motion for summary judgment of up to 35 pages in length.

SIGNED this _____ day of _____, 2024.

_____
Honorable David Hittner
United States District Judge