```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION

 3  LANDSCAPE CONSULTANTS OF  )
    TEXAS, INC., and          )
 4  METROPOLITAN LANDSCAPE    )
    MANAGEMENT, INC.,         )
 5       Plaintiffs,          )
                              )
 6  v.                        )Civil Action No. 4:23-cv-03516
                              )
 7  CITY OF HOUSTON, TEXAS,   )
    and MIDTOWN MANAGEMENT    )
 8  DISTRICT,                 )
         Defendants.          )
 9

10

11              ORAL VIDEOTAPED DEPOSITION OF

12                    GERALD THOMPSON

13                   November 6, 2024

14

15     ORAL VIDEOTAPED DEPOSITION OF GERALD THOMPSON,

16  produced as a witness at the instance of the Defendants

17  and duly sworn, was taken in the above-styled and

18  numbered cause on the 6th day of November, 2024, from

19  10:00 a.m. to 1:33 p.m., before Dawn McAfee, Certified

20  Shorthand Reporter in and for the State of Texas,

21  reported by computerized stenotype machine at the

22  offices of Husch Blackwell LLP, 600 Travis Street, Suite

23  2350, Houston, Texas 77002, pursuant to the Federal

24  Rules of Civil Procedure and the provisions stated on

25  the record or attached hereto.
```

APPEARANCES

FOR THE PLAINTIFFS:

    Ms. Erin E. Wilcox
    PACIFIC LEGAL FOUNDATION
    555 Capitol Mall, Suite 1290
    Sacramento, CA 95814
    Telephone: 916.419.7111
    Email: ewilcox@pacificlegal.org

FOR DEFENDANT CITY OF HOUSTON, TEXAS:

    Mr. Ben Stephens
    HUSCH BLACKWELL LLP
    600 Travis Street, Suite 2350
    Houston, Texas 77002
    Telephone: 713.647.6800
    Email: ben.stephens@huschblackwell.com

    Ms. Sandy Hellums-Gomez
    HUSCH BLACKWELL LLP
    600 Travis Street, Suite 2350
    Houston, Texas 77002
    Telephone: 713.647.6800
    Email: sandy.gomez@huschblackwell.com

FOR DEFENDANT MIDTOWN MANAGEMENT DISTRICT:

    Mr. Brett Sileo
    HARRIS HILBURN LLP
    1111 Rosalie Street
    Houston, Texas 77004
    Telephone: 713.223.3936
    Email: bsileo@hhstxlaw.com

ALSO PRESENT:

  Mr. Orfelio De Ochoa Jr.
  HUSCH BLACKWELL LLP

  Mr. Bill Marsh - Videographer

```
 1
                            INDEX
 2                                                          PAGE
   Appearances......................................2
 3
   GERALD THOMPSON
 4      Examination by Mr. Stephens.....................4
        Examination by Mr. Sileo.......................76
 5      Examination by Ms. Wilcox.....................116
        Further Examination by Mr. Stephens...........125
 6
   Changes and Signature............................128
 7
   Reporter's Certificate...........................130
 8


 9


10                         EXHIBITS

11 NO.          DESCRIPTION                               PAGE

12 Exhibit 1   Notice of Intention To Take Oral
               and Videotaped Deposition of
13             Gerald Thompson.........................9
   Exhibit 2   Notice of Intention to Take Oral
14             and Videotaped Deposition of
               Landscape Consultants of Texas, Inc.
15             and Metropolitan Landscape
               Management, Inc........................10
16 Exhibit 3   Complaint for Declaratory and
               Injunctive Relief Jury Trial Demanded..18
17 Exhibit 4   Declaration of Gerald Thompson.........34
   Exhibit 5   Article "Racial Quotas For City
18             Contractors May Ruin This Family
               Business"..............................73
19 Exhibit 6   Midtown Management District
               Invitation to Bid Field Maintenance
20             Services Project.......................84
   Exhibit 7   Request to Clarify Bid Form............87
21 Exhibit 8   Metropolitan Landscape Management,
               Inc., Invitation to Bid Field
22             Maintenance Services Project...........90
   Exhibit 9   Midtown Management District's
23             bid tabulation for the
               Field Maintenance Services Project.....96
24 Exhibit 10  Local Gov't Code Section 375.222
               Disadvantaged Businesses..............104
25
```

```
 1  are here today, both, as Gerald Thompson and as the
 2  representative of both of those entities, correct?
 3              (Exhibit 2 marked.)
 4      A.   Yes.
 5      Q.   And you've seen this document, I assume?
 6      A.   Yes.
 7      Q.   And you've looked at the topics that I said we
 8  would talk about today?
 9      A.   Yes.
10      Q.   And you're familiar with, and you can speak on
11  those topics on behalf of Landscape and Metropolitan?
12      A.   Yes.
13      Q.   All right.  I understand that you are the owner
14  in some percentage of Landscape, correct?
15      A.   Yes.
16      Q.   And what is that percentage?
17      A.   50 percent.
18      Q.   50 percent owner of Landscape?
19      A.   Yes.
20      Q.   Who owns the other 50 percent?
21      A.   Theresa Thompson.
22      Q.   Okay.  That's your wife?
23      A.   Yes.
24      Q.   You also own Metropolitan?
25      A.   Yes.
```

```
 1     Q.   Also 50 percent?
 2     A.   Yes.
 3     Q.   Okay.  And the other 50 percent is owned by
 4 your wife?
 5     A.   Yes.
 6     Q.   Other than Metropolitan and Landscape, do you
 7 own other businesses?
 8     A.   We have another company called Thompson
 9 Companies, Inc.  Originally, that was set up as the
10 payroll processing company for the two landscape
11 companies.  It still is active in some consulting
12 capacity for landscaping-type business work.
13     Q.   Okay.  So Metropolitan, Landscape, Thompson
14 Companies, Inc., any other businesses that you -- you,
15 individually, have an ownership interest in?
16     A.   Yes.
17     Q.   And what are those?
18     A.   It's a rental property, LLC.
19     Q.   And are we talking about a residential rental
20 or a commercial rental?
21     A.   Residential.
22     Q.   Okay.  Is that in the Houston area?
23     A.   No.
24     Q.   Okay.  Is it in Texas?
25     A.   No.
```

1       Q.    Okay.
2       A.    They each have separate EINs.  And the reason
3  why they did that, was that when the original seller
4  purchased Metropolitan Landscape Management, he bought
5  it to expand his business through an acquisition.  And
6  it just made sense to keep the brand loyalty, at the
7  time, between the two companies.
8       Q.    Did you inherit any contracts that Landscape
9  and Metropolitan had when you purchased the two
10 companies?
11      A.    Yes.
12      Q.    And tell me, generally, about those contracts.
13      A.    That was a long time ago.
14      Q.    Yeah.  To the extent you can remember.
15      A.    There were multiple contracts.  It was a -- it
16 was a thriving landscaping business.  So, it had
17 multiple contracts throughout the Houston and county
18 area, metropolitan area, probably within a 50-mile
19 radius.  City of Sugar Land, City of Rosenberg.  I think
20 they were doing the Midtown Management District at the
21 time.  Just multiple different clients.  I can't
22 remember them all.  That was quite a while ago.
23      Q.    Generally, I understand that the vast majority
24 of your current business is government contracts.  Is it
25 fair to say that that was the case when you purchased

1  the companies?
2       A.    Yes.
3       Q.    Okay.  Has -- has the percentage of your work
4  devoted to government contracts changed significantly
5  since you purchased the companies, or varied over the
6  years?
7       A.    I think it's probably grown.
8       Q.    Okay.
9       A.    Significantly, probably -- yeah, significantly
10 grown.
11      Q.    Is that a -- is that a choice you have made, to
12 pursue government contracts?
13      A.    It's the niche business that we're in.  We're
14 familiar with the bidding process.  We're familiar with
15 the low-bid contracting aspects of the -- of the
16 entities.  We are -- we have all the -- we know all the
17 types of insurance documents we need and the, you know,
18 confidentiality kinds of things we need to have.  So
19 it's something we -- that's just our niche, basically.
20              We don't have a sales horse.  We market
21 our business through going to the websites and putting
22 our -- our -- ringing the hat -- or hat in the ring.
23 And when the bids come out, then we take a look at it,
24 and we decide if we want to do them or not.  If we can
25 do them -- if they meet our -- our criteria, then go

```
 1     A.    That's -- that's by --
 2     Q.    Go with me, if you could, to page 5, paragraph
 3  14 at the top of the page.
 4     A.    Of Exhibit 3?
 5     Q.    Yes, sir.
 6     A.    Five?
 7     Q.    Page 5 of Exhibit 3, your Complaint.
 8     A.    Okay.
 9     Q.    And I'm looking at paragraph 14, right at the
10  top of the page.
11     A.    Okay.
12     Q.    And you tell me that much of Metropolitan and
13  Landscape's business depends on running government
14  landscaping contracts, which account for between 80 and
15  90 percent of their annual revenue.  That's a -- that's
16  a true statement?
17     A.    Yes.
18     Q.    Okay.  Of that 80 to 90 percent, over the last
19  five years, what percentage of that 80 to 90 percent has
20  been on contracts with the City of Houston?
21     A.    Let's see -- over the last five years?
22     Q.    Let's start with that time frame.
23     A.    Last five years, 10 percent.
24     Q.    Okay.  And is that on one or more contracts?
25     A.    One contract.
```

```
 1    Q.   And there may be other smaller contracts, more
 2  than five years ago, that you don't remember.
 3    A.   I don't remember the exact amount or the
 4  contract specifically, no.
 5    Q.   Do -- do you remember if there were contracts
 6  at all?
 7    A.   For the City?
 8    Q.   For the City of Houston.
 9    A.   Before the -- in the past -- before the five
10  years?
11    Q.   Over the entire period of time you've owned
12  Landscape.
13    A.   Well, the one we have.
14    Q.   Okay.  Other than the one you've had, you can't
15  recall a separate contract other than the current one?
16    A.   I can't not recall it either.
17    Q.   Sure.  Is Landscape a successful business?
18    A.   Yes.
19    Q.   And how do you -- how do you define that?  You
20  answered, yes.  What makes it a successful business to
21  you?
22    A.   Well, over the last 18 years, we have been able
23  to meet our payroll.  With all of our 40-some employees
24  every week, never missed a payroll.  We grow our
25  revenues each year the best we can.  And, you know, we
```

1  earn a pretty good living.
2      Q.   What's Landscape's average yearly revenue over
3  the last couple of years?
4      A.   Probably around 3.2 million.  We're talking
5  combined.
6      Q.   Sure.  You're -- and, well, let me clarify
7  that.  When you say "combined," you mean you're
8  combining Landscape and Metropolitan's revenues?
9      A.   Yes.
10     Q.   Can you give me an estimate of what Landscape's
11 would have been on its own, or are there operations to
12 intertwine for you to be able to do that?
13     A.   Well, they have separate EINs, so probably
14 60 percent would be Landscape Consultants and 40 percent
15 would be Metropolitan.  That's just an estimate.
16     Q.   Sure.  3.2 million, roughly, combined.  About
17 60 percent of that attributable to Landscape and about
18 40 percent of that attributable to Metropolitan, and
19 that's revenue.  What does the profit number look like
20 after you take out your expenses, liabilities, et
21 cetera?
22              THE WITNESS:  Do I go ahead and answer
23 that?
24              MS. WILCOX:  Can you repeat the question?
25     Q.   (By Mr. Stephens) We talked about the revenue

1  Q.  Okay.  How frequently do you have a big
2  contract?
3  A.  Do I have a big contract?  How often do I have
4  a big contract?
5  Q.  How often do you have a big contract?
6  A.  Big contract in the -- in the scheme of, like,
7  one million?
8  Q.  Yes.
9  A.  We've had one.
10  Q.  Okay.  And that is the Harris County contract?
11  A.  Yes.
12  Q.  And now the Houston contract?
13  A.  Well, that's over five years.
14  Q.  Right.
15  A.  The other one was annual.
16  Q.  Right.  So that's 1.3 over five?
17  A.  Yes.
18  Q.  Okay.  I seem to recall having read somewhere
19  that Landscape was owned 51 percent by you and
20  Metropolitan was owned 51 percent by your wife.  Is that
21  accurate, or has that ever been accurate?
22  A.  You know, I'm not really -- and I know that
23  it's possible that Theresa was listed as 51 percent of
24  Metropolitan because of the connection with the HUB
25  program.  But, other than that, we would be 50/50, just

1  correct?
2      A.   Correct.
3      Q.   Okay.  Landscape has a current contract with
4  the City of Houston?
5      A.   Correct.
6      Q.   And you can't recall if there may have been
7  others in the past?
8           (Reporter clarification.)
9      A.   That's correct.
10     Q.   Has Metropolitan ever bid on a contract with
11 the City of Houston?
12     A.   No.
13     Q.   And why not?
14     A.   Landscape Consultants did.
15     Q.   Okay.  And what's -- what's the -- what's the
16 thought process behind having one bid versus the other?
17     A.   I think it's more of a matter of just kind of
18 balancing the revenues of the two companies at one
19 time -- just balancing the business.  It really didn't
20 matter, it's just how we did it.  It's -- we decide each
21 time, do we want to bid it under Metropolitan.  There's
22 no real specific reasoning that -- that's concrete, that
23 that's why we did it that way.
24     Q.   So there's nothing -- there's nothing unique to
25 Landscape's business that leads you to say, "Okay, this

1  is the one we use to bid on Houston contracts as opposed
2  to Sugar Land contracts"?
3      A.   Correct.
4      Q.   Okay.  And nothing unique about Metropolitan's
5  business that leads you to say, "Well, with
6  Metropolitan, we're only bidding on Management District
7  work or on West U work"?
8      A.   No, not really.
9      Q.   Okay.  Functionally, they do the same thing.
10 They could bid on the same contracts.  You just make a
11 -- kind of a game time election as to which -- which
12 company you're going to use to bid on which contract?
13     A.   No, not necessarily.  You know, I mean, if we
14 had a reputation -- if we had a contract under
15 Metropolitan -- you're starting to spur my memory now.
16              But if we had a contract under
17 Metropolitan that was very successful and we lost it
18 because of low bid, if it comes out for bid again, they
19 know us.  They know our quality of service.  That we
20 would probably bid that again under Metropolitan.
21     Q.   So they know the Metropolitan name.  You've had
22 a contract with -- I'm just using this as a
23 hypothetical.  But you've had a Metropolitan contract
24 with Sugar Land before.  If you wanted another Sugar
25 Land contract, you would bid with Metropolitan again.

 1     A.    Right.  But in that case, it's Landscape.
 2     Q.    Got it.  Got it.  Your current contract with
 3  the City of Houston, what is it for?
 4     A.    We provide services for multiple locations
 5  around the city.  Different buildings, police -- police
 6  buildings, just general services contract for all the
 7  different locations that they have.
 8     Q.    Okay.  So it's a goods and services contract?
 9     A.    I don't know.  Is that what they call it?  I
10  don't know what they actually call it.  It's a general
11  services contract --
12     Q.    You see yourself --
13     A.    -- for those facilities.
14     Q.    Sure.  You see yourself as providing services
15  to the City of Houston?
16     A.    Yes.
17     Q.    Okay.  Would you characterize it as a
18  construction contract?
19     A.    Landscaping contract.
20     Q.    Okay.
21     A.    I mean that's -- that's the name of the
22  contract, I think, is landscaping services.  I don't
23  know the exact name of it.  I would have to go look.
24  But -- so that's -- that's typically what we bid on, are
25  landscaping-type contracts.

1    A.   No.

2    Q.   How -- how do you go about determining which

3 subcontractor you would use?  I mean, let's use a

4 concrete example.  Let's use your current contract with

5 the City of Houston.

6    A.   Uh-huh.

7    Q.   I think you put a company called X Scapes (sic)

8 Environmental on your bid.

9    A.   Right.  Correct.

10   Q.   How did you find X Scapes?

11   A.   Through the -- through the list.

12   Q.   Okay.  So, walk me through the process of, you

13 looked at the list and then you were awarded a contract.

14 What happens in between finding them on the list and

15 awarding the contract with X Scapes?

16   A.   That would be a better question for -- for the

17 general manager.  But my understanding of it is that we

18 have -- we get it -- we get the bid -- we see the bid.

19 It asks for a certain goal.  It says you have to have a

20 certified city contractor, subcontractor, minority

21 contractor.

22          We go out and we get the list that they

23 have available at that time, that's certified by the

24 City.  And we -- again, we only have, like, five to

25 seven days to accomplish this, and reach out to the

Gerald Thompson
November 06, 2024                                                         51

1  first one that responds, because they're all the same to
2  me.  I don't know any of them, all right.
3            And so this person, X Scape, decided to
4  sign on the contract, or -- or sign the commitment with
5  us.  So we submit that to the City.  And then we get the
6  contract, and we start performing the services.
7  Everything is being accomplished and completed as
8  needed.  No -- no service complaints.
9            We send an email to X Scape and say, "Hey,
10 can you do these five locations for us this week?  Give
11 me a price."  Okay.  Nothing.  Okay.  So then we go
12 about our business.  Couple of months later -- oh, we
13 get a -- we get a notice from the City, "Hey, you're not
14 in compliance."  So we send another email, "Hey, will
15 you give us a price for those five locations?"  Nothing.
16           A couple of weeks go by, "You're out of
17 compliance.  You've got to meet this goal."  So we --
18 and this is the only one we can use.  I mean, we can't
19 say, "Hey, we've got other -- "  and we have done that.
20 We have other minority subcontractors that we use.
21 They're just not certified by the City.  So we try to
22 submit those.  "Can we use them?"  "No, you have to use
23 X Scape."
24           So this just goes on and on, and after a
25 while it gets pretty tiring.  And you just -- how many

1  times -- how many times do you have to make a good faith
2  effort?  Is it one?  Is it ten?  I mean, is it a
3  hundred?  I mean, we have a business to run.  We don't
4  have time to play games.  We have to get this done.
5  We're under contract.
6      Q.   So at some point, do you just go ahead and do
7  the work?
8      A.   We have to.  It's our contract.
9      Q.   Do you get paid for doing that work?
10     A.   Yes.
11     Q.   Okay.
12              MS. WILCOX:  So we've been going about, I
13 think, a little over an hour.  Would you guys like to
14 take a break?
15              MR. STEPHENS:  I was about to say, we've
16 been going an hour.  We can take a ten-minute break if
17 you want a break.
18              THE WITNESS:  Sure, that's fine.
19              THE VIDEOGRAPHER:  11:30, we're off the
20 record.
21              (Break taken.)
22              THE VIDEOGRAPHER:  This is the beginning
23 of File Number 2 to the deposition of Gerald Thompson.
24 The time is 11:45.  We're on the record.
25     Q.   (By Mr. Stephens) Welcome back, sir.  Are you

Gerald Thompson
November 06, 2024
74

1  that correct?
2      A.   Yes.
3      Q.   Okay.  And you just told me you have no plans
4  of retiring.  I assume you have no plans on turning the
5  business over to your son at any point; you intend to
6  continue to own it?
7      A.   I mean, he'll take on more and more
8  responsibility, but not at this point --
9      Q.   Okay.
10     A.   -- not at this time.
11     Q.   Okay.  Okay.  In the last two years, Landscape
12 has successfully bid on and been awarded government
13 contracts, including MBE participation goals, right?
14     A.   Yes.
15     Q.   And that includes more contracts -- it includes
16 the City of Houston contract, and it includes some of
17 the other contracts we talked about, like the Harris
18 County contracts?
19     A.   Yes.
20     Q.   Do you intend to continue to bid on those kinds
21 of contracts?
22     A.   I have no choice in a lot -- in a lot of cases,
23 because it's not like business is falling off the trees.
24 So, you know, you have to make decisions.  If you have
25 40 employees, 45 employees, and you see where, you know,

```
                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF TEXAS
                           HOUSTON DIVISION

LANDSCAPE CONSULTANTS OF    )
TEXAS, INC., and            )
METROPOLITAN LANDSCAPE      )
MANAGEMENT, INC.,           )
     Plaintiffs,            )
                            )
v.                          )Civil Action No 4:23-cv-03516
                            )
                            )
CITY OF HOUSTON, TEXAS,     )
and MIDTOWN MANAGEMENT      )
DISTRICT,                   )
     Defendants.            )
```

_____

              ORAL DEPOSITION OF GERALD THOMPSON

                         November 6, 2024

_____


     I, Dawn McAfee, Certified Shorthand Reporter in and for the State of Texas, do hereby certify to the following:

     That the witness, GERALD THOMPSON, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

     I further certify that pursuant to FRCP Rule 30(e)(1) that the signature of the deponent:

```
 1              __X__ was requested by the deponent or a
 2   party before the completion of the deposition and is to
 3   be returned within 30 days from the date of receipt of
 4   the Signature Page contains any changes and the reasons
 5   therefor;
 6              ___ was not requested by the deponent or a
 7   party before the completion of the deposition.
 8              I further certify that I am neither counsel
 9   for, related to, nor employed by any of the parties or
10   attorneys to the action in which this proceeding was
11   taken. Further, I am not a relative or employee of any
12   attorney of record in this cause, nor am I financially
13   or otherwise interested in the outcome of the action.
14              Subscribed and sworn to on this _____
15   day of _____, _____.
16
17
18                         /s/ Dawn McAfee
19
20                         _____
                           Dawn McAfee
21                         Texas CSR No. 4578
                           Expiration Date: 09/30/25
                           U.S. Legal Support
22                         16825 Northchase Drive
                           Houston, Texas 77060
23                         Firm Registration No. 122
24
25
```