UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

**ORDER GRANTING DEFENDANT CITY OF HOUSTON'S**
**MOTION FOR SUMMARY JUDGMENT**

On this day, the Court considered Defendant City of Houston's ("the City") Motion for Summary Judgment. After due consideration of the motion, the Court is of the opinion that it should be in all respected GRANTED.

It is therefore ORDERED that Plaintiffs' claims against the City of Houston are DISMISSED with prejudice.

SIGNED this _____ day of _____, 2024.

_____
Honorable David Hittner
United States District Judge

1

HB: 4936-1390-5154.1