# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> *Defendants*. | Civil Action No. 4:23-cv-03516 <br><br> **[PROPOSED] ORDER** |

This matter comes before the Court on Defendant City of Houston's Motion for Leave to Exceed Page Limits. For the reasons stated herein, it is hereby

ORDERED that Defendant City of Houston's Motion is DENIED. Defendant's Motion for Summary Judgment, Dkt. 71, is struck and Defendant is ORDERED to re-file a motion not to exceed 20 pages.

Dated: _____

_____
Hon. David Hittner
UNITED STATES DISTRICT JUDGE