United States District Court
Southern District of Texas
**ENTERED**
December 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., AND METROPOLITAN LANDSCAPE MANAGEMENT, INC. § § § § § § Plaintiffs, § § v. § § CITY OF HOUSTON, TEXAS, AND MIDTOWN MANAGEMENT DISTRICT § § § § § Defendants. § | Civil Action No. H-23-3516 |

## ORDER

Pending before the Court is Defendant City of Houston's Motion for Leave to Exceed Page Limits (Document No. 70) and Plaintiffs' Request for Sanctions (Document No. 72). Having considered the motion, submissions, and applicable law, the Court finds that Defendant City of Houston's motion should be granted, and Plaintiffs' request for sanctions should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant City of Houston's Motion for Leave to Exceed Page Limits (Document No. 70) is **GRANTED**. The Court further

ORDERS that Plaintiffs' Request for Sanctions (Document No. 72) is **DENIED**.

SIGNED at Houston, Texas, on this __2__ day of December, 2024.

_____
DAVID HITTNER
United States District Judge