# EXHIBIT 4

## 4:23-cv-03516 Landscape Consultants of Texas, Inc. et al v. City of Houston, Texas et al



shellee.rodriguez@huschblackwell.com
May 6, 2024, 7:20 PM
To:
darah.eckert@houstontx.gov, lori.yount@houstontx.gov, ewilcox@pacificlegal.org, bharris@hhstxlaw.com, bsileo@hhstxlaw.com, jthompson@pacificlegal.org
Cc: sandy.gomez@huschblackwell.com, jarett.dillard@huschblackwell.com, ben.stephens@huschblackwell.com
17 attachments - Expire: 1715659199000
Message body secured

Counsel,

With regard to the above captioned matter, please find the City of Houston documents Bates Numbered COH0000001 - COH0000685.

Thank you,

Shellee Rodriguez

Paralegal
Direct: 713-525-6225
Shellee.Rodriguez@huschblackwell.com

📎 **17 attachments:**
Expires: May 13, 2024

| Bates Nos COH0000001-0000061.pdf | Bates Nos COH0000062-0000119.pdf | Bates Nos COH0000415-0000559.pdf | Bates Nos COH0000120-0000414.pdf |
|---|---|---|---|
| ☑ 1.3 MB | ☑ 1.5 MB | ☑ 1.4 MB | ☑ 3.1 MB |

