# EXHIBIT 8

4:23-cv-03516 Landscape Consultants of Texas, Inc. et al v. City of Houston, Texas et a

 shellee.rodriguez@huschblackwell.com
May 24, 2024, 12:31 PM

To:
darah.eckert@houstontx.gov, lori.yount@houstontx.gov, ewilcox@pacificlegal.org, bharris@hhstxlaw.com, bsileo@hhstxlaw.com, jthompson@pacificlegal.org
Cc: sandy.gomez@huschblackwell.com, ben.stephens@huschblackwell.com, shellee.rodriguez@huschblackwell.com, jarett.dillard@huschblackwell.com
1 attachment - Expires: 1717225199000
Message body secured

With regards to the above referenced matter, attached please find City of Houston documents bates numbered COH0000686 - COH0001078.  As the City of Houston continues to review documents, it will supplement its production.

Thank you,

Shellee Rodriguez
Paralegal
Direct: 713-525-6225
shellee.Rodriguez@huschblackwell.com

🔗 **1 attachment:**
Expires: May 31, 2024


COH0000686 - COH000107
41.8 MB