# EXHIBIT 9

| | |
|---|---|
| **From:** | Rodriguez, Shellee |
| **To:** | Erin Wilcox; Joshua P. Thompson; bsileo@hhstxlaw.com; bharris@hhstxlaw.com; Eckert, Darah - LGL; lori.yount@houstontx.gov; Anastasia P. Boden |
| **Cc:** | Stephens, Ben; Gomez, Sandy; Dillard, Jarett |
| **Subject:** | 4:23-cv-03516 Landscape Consultants of Texas, Inc. et al v. City of Houston, Texas et al |
| **Date:** | Monday, August 26, 2024 11:22:46 AM |
| **Attachments:** | CONFIDENTIAL COH0001082 -COH0001222.pdf |

Counsel,

Attached please find a confidential supplemental production pursuant to the Agreed Protective Order entered August 20, 2024.

Thank you,

**Shellee Rodriguez**
**Paralegal**

**HUSCH BLACKWELL**
600 Travis Street,
Suite 2350
Houston, TX 77002-2629

Direct: 713-525-6225
Fax: 713-647-6884
Shellee.Rodriguez@huschblackwell.com
huschblackwell.com

**Financial Services & Capital Markets**
**Commercial Litigation**

**Husch Blackwell is a different kind of law firm—structured around our clients' industries and built on a culture of selfless service.**
**Our 1000+ lawyers collaborate across the U.S. from more than 20 offices and our virtual office, The Link, to provide uncommon solutions to our clients' most complex challenges.**