# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., | Civil Action No. 4:23-cv-03516 |
| *Plaintiffs*, | |
| v. | **[PROPOSED] ORDER** |
| CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, | |
| *Defendants*. | |

This matter comes before the Court on Plaintiffs' Motion to Strike and for Sanctions. For the reasons stated herein, it is hereby

ORDERED that Plaintiffs' Motion to Strike and for Sanctions is GRANTED.

Dated: _____

_____
Hon. David Hittner
UNITED STATES DISTRICT JUDGE