UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

## AGREED MOTION TO EXTEND TIME TO REPLY

Plaintiffs Landscape Consultants of Texas, Inc. and Metropolitan Landscape Management, Inc. ("Plaintiffs"), the City of Houston (the "City"), and Midtown Management District ("Midtown") jointly move to extend their time to file reply briefs to responses to motions for summary judgment filed by the parties on December 20, 2024. *See* Doc. No. 74, Plaintiffs' Opposition to Midtown Management District's Motion for Summary Judgment; Doc. No. 76, Plaintiffs' Opposition to City of Houston's Motion for Summary Judgment; Doc. No. 77, City of Houston's Response in Opposition to Plaintiffs' Second Motion for Summary Judgment; Doc No. 78, Midtown Management District's Response in Opposition to Plaintiffs' Second Motion for Summary Judgment.

1

Reply briefs to the responses referenced above are currently due on December 27, 2024. *See* LR7.4(E).

The parties jointly request that all parties' deadlines to file replies to the responses referenced above be extended to January 10, 2025.

## PRAYER

The parties respectfully request the Court extend all parties' deadlines to file replies to the responses to the motions for summary judgment filed by the parties to January 10, 2025.

By: /s/ Ben Stephens
Ben Stephens
State Bar No. 24098472
SDTX Bar No. 2898153
ben.stephens@huschblackwell.com
Sandy Hellums-Gomez
State Bar No. 24036750
SDTX Bar No. 561314
sandy.gomez@huschblackwell.com

HUSCH BLACKWELL LLP
600 Travis St., Suite 2350
Houston, Texas 77002
Telephone: (713) 647-6800
Facsimile: (713) 647-6884

/s/ Darah Eckert
Darah Eckert
Senior Assistant City Attorney
State Bar No. 24007141
SDTX Bar No. 1890045
darah.eckert@houstontx.gov
Lori J. Yount

Senior Assistant City Attorney
State Bar No. 2209496
SDTX Bar No. 24084592
lori.yount@houstontx.gov

ARTURO G. MICHEL
CITY ATTORNEY
SUZANNE R. CHAUVIN
CHIEF, GENERAL LITIGATION SECTION
CITY OF HOUSTON LEGAL DEPARTMENT
P.O. Box 368
Houston, Texas 77001-368
900 Bagby, 4th Floor
Houston, Texas 77002
Telephone: (832) 393-6219
Facsimile: (832) 393-6259

**ATTORNEYS FOR THE CITY OF HOUSTON**

*/s/ Brett J. Sileo (w/ permission)*
Brett J. Sileo
So. Dist. of Texas No. 22560
Texas Bar No. 00794634
bsileo@hhstxlaw.com
Harris Hilburn, PLLC
1111 Rosalie
Houston, Texas 77002
Telephone: (713) 223-3936
Facsimile: (713) 224-5358

**ATTORNEYS FOR MIDTOWN MANAGEMENT DISTRICT**

*/s/ Erin E. Wilcox (w/ permission)*
Erin E. Wilcox
Cal. Bar No. 337427
S.D. Tex. Bar No. 3369027
Pacific Legal Foundation
555 Capitol Mall

3

Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
ewilcox@pacificlegal.org

## **CERTIFICATE OF CONFERENCE**

I certify that on December 23, 2024, the parties conferred by email regarding the relief requested in this motion, and all parties agreed to the relief requested in this motion.

*/s/ Ben Stephens*
Ben Stephens

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon the following on December 23, 2024, via the CM/ECF Filing system.

*/s/ Ben Stephens*
Ben Stephens