United States District Court
Southern District of Texas
**ENTERED**
December 23, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

### ORDER GRANTING AGREED MOTION TO EXTEND TIME TO REPLY

On this day, the Court considered the parties' Agreed Motion to Extend Time to Reply. After due consideration of the motion, the Court is of the opinion that it should be in all respects GRANTED.

It is therefore ORDERED that the parties shall have until January 10, 2025 to file replies to the responses in opposition to the motions for summary judgment filed by the parties.

SIGNED this __23__ day of __Dec__, 2024.

Honorable David Hittner
United States District Judge

1