United States District Court
Southern District of Texas
**ENTERED**
February 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., AND METROPOLITAN LANDSCAPE MANAGEMENT, INC., | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-23-3516 |
| CITY OF HOUSTON, TEXAS, AND MIDTOWN MANAGEMENT DISTRICT, | § § § § § | |
| Defendants. | § § § | |

## ORDER

Pending before the Court are Plaintiffs' Motion for Summary Judgment (Document No. 66); Defendant Midtown Management District's Motion for Summary Judgment (Document No. 69); Defendant City of Houston's Motion for Summary Judgment (Document No. 71); and Plaintiffs' Motion to Strike and for Sanctions Against Defendant City of Houston (Document No. 75). Having considered the motions, submissions, and applicable law, the Court finds that each motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiffs' Motion for Summary Judgment (Document No. 66) is **DENIED**. The Court further

ORDERS that Defendant Midtown Management District's Motion for Summary Judgment (Document No. 69) is **DENIED**. The Court further

**ORDERS** that Defendant City of Houston's Motion for Summary Judgment (Document No. 71) is **DENIED**. The Court further

**ORDERS** that Plaintiffs' Motion to Strike and for Sanctions Against Defendant City of Houston (Document No. 75) is **DENIED**.

SIGNED at Houston, Texas, on this __11__ day of February, 2025.

DAVID HITTNER
United States District Judge