UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Landscape Consultants of Texas, Inc., et al.

v.                                          Case Number: 4:23−cv−03516

City of Houston, Texas, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge David Hittner**

**LOCATION:**
Courtroom 8A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/11/2025

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Pretrial Conference

Date:   March 10, 2025                                          Nathan Ochsner, Clerk