UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

## NOTICE OF HOUSTON CITY COUNCIL DECISION

At its regularly scheduled meeting on Wednesday, March 26, 2025, the Houston City Council considered proposed modifications to the City of Houston's Minority, Women, and Small Business Enterprise Program. The proposed changes appeared as Item No. 58 on the City Council's agenda. *See* Exhibit A. The proposal considered by City Council called for amending Chapter 15 of the City's Code of Ordinances to align with the findings and recommendations of the disparity study prepared by MGT Consulting. *See* Exhibit B.

At the meeting, a motion was made by Mayor Pro Tem Martha Castex-Tatum to table consideration of Item Number 58 for up to 30 days with Mayor John Whitmire's administration having the opportunity to bring the item back to City

Council sooner. *See* Exhibit C. The motion was seconded by Council Member Joaquin Martinez and was vocally supported by several other councilmembers. Mayor Whitmire called for a vote on the motion and the motion passed by unanimous agreement of City Council.

        By:   */s/ Ben Stephens*
              Ben Stephens
              State Bar No. 24098472
              SDTX Bar No. 2898153
              ben.stephens@huschblackwell.com
              Sandy Hellums-Gomez
              State Bar No. 24036750
              SDTX Bar No. 561314
              sandy.gomez@huschblackwell.com

HUSCH BLACKWELL LLP
600 Travis St., Suite 2350
Houston, Texas 77002
Telephone:  (713) 647-6800
Facsimile:  (713) 647-6884

**ATTORNEYS FOR THE CITY OF HOUSTON**

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon all counsel of record on March 31, 2025, via the CM/ECF Filing system.

              */s/ Ben Stephens*
              Ben Stephens