# EXHIBIT A

# AGENDA

CITY OF HOUSTON ▪ CITY COUNCIL

March 25 & 26, 2025



**MAYOR**
JOHN WHITMIRE

**CONTROLLER**
CHRIS HOLLINS

**DISTRICT COUNCIL MEMBERS**

| | |
|---|---|
| Amy Peck | Tiffany D. Thomas |
| District A | District F |
| Tarsha Jackson | Mary Nan Huffman |
| District B | District G |
| Abbie Kamin | Mario Castillo |
| District C | District H |
| Carolyn Evans-Shabazz | Joaquin Martinez |
| District D | District I |
| Fred Flickinger | Edward Pollard |
| District E | District J |

Martha Castex-Tatum
District K

**AT-LARGE COUNCIL MEMBERS**

| | |
|---|---|
| Julian Ramirez | Twila Carter |
| Position 1 | Position 3 |
| Willie Davis | Letitia Plummer |
| Position 2 | Position 4 |

Sallie Alcorn
Position 5

Marta Crinejo, Agenda Director                                    Pat Jefferson Daniel, City Secretary

In accordance with the Texas Open Meetings Act the agenda is posted for public information, at all times, for at least 72 hours preceding the scheduled time of the meeting on the bulletin board located on the exterior wall of the City Hall building at 901 Bagby.

The agenda may be accessed via the Internet at http://houston.novusagenda.com/agendapublic/. Copies of the agenda are available in the Office of the City Secretary in the City Hall Annex, Public Level at no charge. To receive the agenda by mail, send check or money order for $52.00 for a one year subscription, made payable to the City of Houston to the attention of the City Secretary, P.O. Box 1562, Houston, Texas 77251.

To reserve time to appear before Council call 832-393-1100, or email us at speakers@houstontx.gov or weather permitting you may come to the Office of the City Secretary, City Hall Annex, Public Level **by 3:00 pm the Monday before Public Session.**

**NOTE: If a translator is required, please advise when reserving time to speak**

# AGENDA - COUNCIL MEETING Tuesday, March 25, 2025 - 1:30 PM
# City Hall - In Person Meeting

**PRESENTATIONS**

**2:00 P.M. – INVOCATION AND PLEDGE OF ALLEGIANCE**

**INVOCATION AND PLEDGE OF ALLEGIANCE - Council Member Carter**

**ROLL CALL AND ADOPT THE MINUTES OF THE PREVIOUS MEETING**

**PUBLIC SPEAKERS** - Pursuant to City Council Rule 8, City Council will hear from members of the public; the names and subject matters of persons who had requested to speak at the time of posting this Agenda are attached; the names and subject matters of persons who subsequently request to speak may be obtained in the City Secretary's Office.

**NOTE: If a translator is required, please advise when reserving time to speak**

**SP03-25-2025A**

**RECESS**

## RECONVENE

## WEDNESDAY - March 26, 2025 - 9:00 A. M.

DESCRIPTIONS OR CAPTIONS OF AGENDA ITEMS WILL BE READ BY THE
CITY SECRETARY PRIOR TO COMMENCEMENT

**HEARINGS**

1. **9:00 A.M. PUBLIC HEARING DATE** on the proposal to use approximately 19,700 square feet of Sylvan Rodriguez Park east for a 20-foot strip of permanent park property for construction and future maintenance and a 30-foot strip of temporary park property for construction for the 54-Inch Water Line Project portion of Southeast Transmission Line Program - **DISTRICT E - FLICKINGER**

**MAYOR'S REPORT**

## CONSENT AGENDA NUMBERS 2 through 49

**ACCEPT WORK - NUMBER 2**

2. RECOMMENDATION from Director General Services Department for approval of final contract amount of $323,943.40 and acceptance of work on contract with **PMG PROJECT MANAGEMENT GROUP, LLC** for construction services at Evella Park for the Houston Parks and Recreation

Department - 10% over the original contract amount - **DISTRICT C - KAMIN**

**PURCHASING and TABULATION of BIDS - NUMBERS 3 through 15**

3. APPROVE spending authority in an amount not to exceed $1,625,370.25 for Purchase of Technology Related Products and Services through the Texas Department of Information Resources Cooperative Purchasing Contract for the Houston Airport System - Enterprise Fund

4. APPROVE spending authority in the amount not to exceed $4,750,000.00 for Purchase of Airport Terminal Furniture for the Houston Airport System through The Interlocal Purchasing System Cooperative supplier, **ARCONAS INC** - 5 Years - Enterprise Fund

5. **HALLIDAY TECHNOLOGIES, INC** to Purchase Runway Friction Meters with Accompanying Equipment Accessories through the General Services Administration Purchasing Cooperative for the Houston Airport System - $238,880.44 - Enterprise Fund

6. **AMEND MOTION #2024-0404, 05/22/24, TO INCREASE** spending authority and expand the scope of work to include Enterprise Risk Assessment Consulting Services with **ERNST & YOUNG** through a Cooperative Contract with Omnia Partners for the Controller's Office and Houston Public Works - $388,000.00 - General and Enterprise Funds

7. APPROVE spending authority in an amount not to exceed $79,502.53 for Purchase of an Alignment Machine for the Fleet Management Department through the Sourcewell Cooperative supplier, **MOHAWK LIFTS, LLC** - Equipment Acquisition Consolidated Fund

8. APPROVE spending authority in the amount of $769,910.00 for Purchase of Mower and Ground Maintenance Equipment Repair Services for the Fleet Management Department through the BuyBoard supplier, **PROFESSIONAL TURF PRODUCTS, LP** - 3 Years - Central Service Revolving Fund

9. **THE SOOMITZ GROUP, LLC.** for Purchase of Visa Gift Cards for the Houston Health Department $16,760.00 - Grant Fund

10. APPROVE spending authority in the total amount of $174,034.25 for Purchase of Audio and Video Equipment for the General Services Department on behalf of the Houston Public Library through the BuyBoard Cooperative Purchasing program supplier, **ROMEO MUSIC, LLC** - Public Library Consolidated Construction Fund

11. **TAPEWORKS TEXAS, INC. dba TWIST IST** for Purchase of Studio Cameras and Various Audio/Visual Parts, Accessories and Equipment through the Interlocal Purchasing System for Houston Television of the Mayor's Office - $1,032,402.29 - Special Revenue Fund

12. **AMEND MOTION #2023-0691**, 10/18/23, **TO INCREASE** spending authority from $640,000.00 to $940,000.00 for Emergency Purchase Order for Maintenance and Repair of Belt Filter Presses for Houston Public Works awarded to **ALFA LAVAL, INC** - Enterprise Fund

13. **CUBIC, ITS, INC** for Purchase of Base Pedestal Traffic Control Systems through the BuyBoard Cooperative Purchasing Program for Houston Public

Works - $75,500.00 - Special Revenue Fund

14. **eWORLD INNOVATIVE SOLUTIONS, LLC** to Furnish and Deliver Galvanized Bauer Pipes and Fittings for Houston Public Works - $178,884.90 - Enterprise Fund

15. APPROVE spending authority for ongoing monitoring and support services related to the City-wide enterprise assessment and strategic sourcing and implementation of a Category Management Program with **ERNST & YOUNG, LLC** through a Cooperative Contract with Omnia Partners for the Mayor's Office and Strategic Procurement Division - 18 Months - $3,995,000.00 - General and Enterprise Funds

**ORDINANCES - NUMBERS 16 through 49**

16. ORDINANCE authorizing the execution of an Amendment to extend the Credit Agreement relating to the City's General Obligation Commercial Paper Notes, Series E-2 Program; confirming and ratifying Ordinance No. 2023-49 and other related Ordinances; confirming and ratifying certain matters and Agreements relating to such program; making findings relating thereto; and declaring an emergency

17. ORDINANCE denying the application of **CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC** for approval of its Distribution Cost Recovery Factor filed with Houston, Texas on February 28, 2025

18. ORDINANCE suspending for forty-five days the implementation of the Interim Rate Adjustment Filing pertaining to the Retail Gas Utility Rates by **CENTERPOINT ENERGY RESOURCES CORP., d/b/a CENTERPOINT ENERGY ENTEX** and as **CENTERPOINT ENERGY TEXAS GAS** and otherwise maintaining current rates in effect until changed

19. ORDINANCE authorizing a Substantial Amendment to the Houston Action Plan for Disaster Recovery - 2021 Winter Storm (Plan)

20. ORDINANCE approving and authorizing the Director of the City of Houston Health Department to accept a grant award from the U.S. Department of Health and Human Services, Centers for Disease Control and Prevention for the Public Health Crisis Response Grant; authorizing the Director to expend the grant funds, as awarded, and to apply for and accept all subsequent awards, if any, pertaining to the grant

21. ORDINANCE appropriating $3,838,564.00 out of Airports Improvement Fund; approving and authorizing Amendment No. 1 to Lease Agreement with **HOUSTON AVIATION PARTNERS, LLC (Successor by conversion to Woolsey Aviation, Inc) dba MILLION AIR-HOUSTON** for certain premises at Hobby Airport - **DISTRICT I - MARTINEZ**

22. ORDINANCE approving and authorizing Reimbursable Agreement between the City of Houston and the Federal Aviation Administration for Engineering, Design, and Construction Services at George Bush Intercontinental Airport/Houston (IAH); providing a maximum contract amount - $253,998.81 - Enterprise Fund - **DISTRICT B - JACKSON**

23. ORDINANCE amending Ordinance No. 2024-752 to increase the maximum contract amount for a Professional Services Agreement between the City of

Houston and **HUSCH BLACKWELL LLP** for Legal Services - $537,000.00 - Property and Casualty Fund

24. ORDINANCE appropriating $400,000.00 out of Library Special Revenue Fund for Houston Public Library's administration of Adult Literacy Services through the Mayor's Office for Adult Literacy

25. ORDINANCE approving and authorizing a Lease Agreement between **2500 FANNIN, L.P.,** Landlord and the City of Houston, for space at 2500 Fannin, Houston, Texas, as Tenant for the Administration and Regulatory Affairs Department - $4,469,937.33 - Park Houston Special Revenue Fund - **DISTRICT C - KAMIN**

26. ORDINANCE approving and authorizing Second Amendment to Contract between the City of Houston and **TEXAS A&M ENGINEERING EXTENSION SERVICE (TEEX)**, (Approved by Ordinance No. 2020-0220, on March 25, 2020) to extend the Contract Term for Texas Commission on Environmental Quality (TCEQ) Certification Courses for Houston Public Works

27. ORDINANCE amending Ordinance No. 2022-0004 and authorizing First Amendment between the City of Houston and **SERENITY CARE HOME HEALTH CARE SERVICES, INC** to extend the Contract term for In-Home COVID-19 Vaccines and Health Screening and Monitoring Services for seniors through the Harris County Area Agency on Aging for the Houston Health Department; declaring the City's eligibility for such Grant

28. ORDINANCE relating to Fiscal Affairs of **HARDY/NEAR NORTHSIDE REDEVELOPMENT AUTHORITY ON BEHALF OF REINVESTMENT ZONE NUMBER TWENTY-ONE, CITY OF HOUSTON, TEXAS (HARDY/NEAR NORTHSIDE ZONE)**; approving Fiscal Year 2025 Operating Budget for the Authority and Fiscal Years 2025-2029 Capital Improvement Plan Budget for the Zone **DISTRICT H - CASTILLO**

29. ORDINANCE appropriating $1,800,000.00 out of the Equipment Acquisition Consolidated Fund for Body Armor and Rifle Plate Replacement for the Houston Police Department

30. ORDINANCE approving and authorizing the submission of an application for and acceptance of grant funds from the Office of the Governor for the FY2026 Northeast and Westside Houston Violent Gang Crime Suppression Grant; declaring the City's eligibility for such grant; authorizing the Chief of the Houston Police Department to act as the City's representative in the application process to accept such grant funds, if awarded, and to apply for and accept all subsequent awards, if any, pertaining to the grant

31. ORDINANCE establishing the north and south sides of the 3100 block of Oakdale Street, between Sampson Street and the end of Oakdale Street, within the City of Houston, Texas, as a Special Minimum Lot Size Block pursuant to Chapter 42 of the Code of Ordinances, Houston, Texas - **DISTRICT D - EVANS-SHABAZZ**

32. ORDINANCE consenting to the addition of 14.64 acres of land to **BRIDGESTONE MUNICIPAL UTILITY DISTRICT**, for inclusion in its District

33. ORDINANCE consenting to the addition of 159.20 acres of land to **HARRIS**

**COUNTY MUNICIPAL UTILITY DISTRICT NO. 490**, for inclusion in its District

34. ORDINANCE consenting to the addition of 64.383 acres of land to **HARRIS COUNTY MUNICIPAL UTILITY DISTRICT NO. 576**, for inclusion in its District

35. ORDINANCE approving and authorizing Purchase and Sale Agreement between City of Houston, Texas, Seller, and **ANDREA G. MURRAY** and **JAN D. SMALLEY**, Purchasers, for sale of approximately 4,722 square-feet of City of Houston Fee Owned property, situated in the Ashbel Smith Survey, Abstract No. 726, and being out of and a part of Lots 6, 7, & 8, Block 5, of North Park Addition, and the Assignment of a 2,353 square-foot ingress and egress easement, also situated in the Ashbel Smith Survey, Abstract No. 726, Harris County, Texas, for $61,500.00 - **DISTRICT H - CASTILLO**

36. ORDINANCE approving and authorizing agreement between City of Houston and the **TEXAS WATER DEVELOPMENT BOARD** for reimbursement of the cost to complete the elevation of 27 flood-prone homes (TWDB Contract No. 2100012755) as part of the Federal Emergency Management Agency FY2021 Flood Mitigation Assistance Grant Program; authorizing the Director of Houston Public Works or the director's designee to accept and expend the grant funds as awarded, to extend the budget period, and to apply for and accept all subsequent awards, if any, pertaining to the grant; and authorizing the Mayor to execute all related agreements with the approval of the City Attorney in connection with the grant for the project/performance period; approving the form of City of Houston/Homeowner Agreements and Escrow Cost Deposits Agreements between the City of Houston and property owner(s) for home elevation projects funded by the FY2021 Flood Mitigation Assistance Grant approved herein to be performed by various contractors; authorizing the Mayor to sign the approved City of Houston/Homeowner Agreements and Escrow Cost Deposit Agreements between the City of Houston and the attached property owner(s) in the form approved herein; providing a maximum contract amount; **DISTRICTS A - PECK; B - JACKSON; C - KAMIN; D - EVANS-SHABAZZ; H - CASTILLO and K - CASTEX-TATUM**

37. ORDINANCE approving the acceptance of grant funds through a Grant Agreement between the City of Houston and the **TEXAS DIVISION OF EMERGENCY MANAGEMENT** for the Kingwood Diversion Channel Bridge Replacement Project through the Federal Emergency Management Agency's (FEMA) Grant Program; authorizing the Director or Designee to accept the grant and expend the grant funds, as awarded, to extend the budget period, and to apply for and accept all subsequent awards, if any, pertaining to the grant - **DISTRICT E - FLICKINGER**

38. ORDINANCE approving and authorizing First Amendment to the Untreated Water Supply Contract between the City of Houston and **AIR PRODUCTS, LLC.** (Approved by Ordinance No. 2020-1019) to increase the untreated water supply

39. ORDINANCE appropriating $2,523,688.00 out of Water & Sewer System Consolidated Construction Fund; approving and authorizing Professional Engineering Services Contract between the City of Houston and **CIVITAS**

**ENGINEERING GROUP, INC** for Capacity Remedial Measures Plan (CRMP) Package 9 - Areas 8 and 11 - Basin IB032 and IB022; providing funding for CIP Cost Recovery financed by the Water & Sewer System Consolidated Construction Fund - **DISTRICT H - CASTILLO**

40. ORDINANCE appropriating $326,477.81 out of Parks Consolidated Construction Fund; approving and authorizing Professional Engineering Services Contract between City of Houston and **AGHA ENGINEERING, LLC** for International Management District (IMD) Bikeways from Dairy Ashford Road to Arthur Storey Park; providing funding for CIP Cost Recovery relating to construction of facilities financed by the Parks Consolidated Construction Fund - **DISTRICT F - THOMAS**

41. ORDINANCE appropriating $5,500,000.00 out of Dedicated Drainage and Street Renewal Capital Fund - Drainage Charge; awarding contract to **GRAVA, LLC.** for FY2025 Drainage Rehabilitation Storm Water Action Team (SWAT) Work Orders No. 3; setting a deadline for the bidder's execution of the contract and delivery of all bonds, insurance, and other required contract documents to the City; holding the bidder in default if it fails to meet the deadlines; providing funding for testing services and CIP Cost Recovery relating to construction of facilities financed by the Dedicated Drainage and Street Renewal Capital Fund - Drainage Charge

42. ORDINANCE awarding contract to **CSI CONSOLIDATED, LLC dba AIMS COMPANIES** for Sewer Stoppage Cleaning and Television Inspection X; setting a deadline for the bidder's execution of the contract and delivery of all bonds, insurance, and other required contract documents to the City; holding the bidder in default if it fails to meet the deadlines; providing funding for contingencies relating to construction of facilities financed by the Water & Sewer System Operating Fund; providing a maximum contract amount

43. ORDINANCE 2025-179, passed second reading March 19, 2025
ORDINANCE granting to **CITY WASTE, L.P.**, a Texas Limited Partnership, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions - **THIRD AND FINAL READING**

44. ORDINANCE 2025-180, passed second reading March 19, 2025
ORDINANCE granting to **CLEANWAVE SOLUTIONS LLC**, a Texas Limited Liability Company, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions - **THIRD AND FINAL READING**

45. ORDINANCE 2025-181, passed second reading March 19, 2025
ORDINANCE granting to **CPM-VENTECH, LLC**, a Texas Limited Liability Company, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions - **THIRD AND**

**FINAL READING**

46. ORDINANCE 2025-182, passed second reading March 19, 2025
ORDINANCE granting to **CTJ VACUUM SERVICE, LLC**, a Texas Limited Liability Company, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions - **THIRD AND FINAL READING**

47. ORDINANCE 2025-183, passed second reading March 19, 2025
ORDINANCE granting to **DAFOG LLC**, a Texas Limited Liability Company, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions - **THIRD AND FINAL READING**

48. ORDINANCE 2025-184, passed second reading March 19, 2025
ORDINANCE granting to **DANIEL WAYNE HOLDEN dba MR PUMPER SEWER SERVICE**, a Texas Sole Proprietorship, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions - **THIRD AND FINAL READING**

49. ORDINANCE 2025-185, passed second reading March 19, 2025
ORDINANCE granting to **DTK FACILITY SERVICES, L.L.C.**, a Texas Limited Liability Company, the right, privilege, and franchise to collect, haul, and transport solid waste and industrial waste from commercial properties located within the City of Houston, Texas, pursuant to Chapter 39, Code of Ordinances, Houston, Texas; providing for related terms and conditions - **THIRD AND FINAL READING**

## END OF CONSENT AGENDA

## CONSIDERATION OF MATTERS REMOVED FROM CONSENT AGENDA

## NON CONSENT - NUMBER 50

## PURCHASING AND TABULATION OF BIDS

50. RECOMMENDATION from Chief Procurement Officer to make the following awards for Veterinary Supplies, Medications, Vaccines, and Equipment for the Administration and Regulatory Affairs Department's BARC Animal Shelter - 5 Years - $2,295,322.95 - BARC Special Revenue Fund
    **PATTERSON VETERINARY SUPPLY, INC -** $2,082,563.60
    **HSB VETERINARY SUPPLIES INC** $119,713.75
    **COUNCIL DRAW LOTS**
    **Item Nos. 24, 28 and 29**, due to receiving identical bids from **PATTERSON VETERINARY SUPPLY, INC** and **HSB VETERINANRY SUPPLIES, INC** in the amount of $93,045.60

**MATTERS HELD - NUMBERS 51 through 57**

51. ORDINANCE approving and authorizing modification to loan between City of Houston, Texas and **MACGREGOR GROCERY, LLC** to modify terms of Loan Documents to reflect Performance Based Forgivable Loan - **DISTRICT D - EVANS-SHABAZZ**
    **TAGGED BY COUNCIL MEMBER RAMIREZ**
    This was Item 29 on Agenda of March 19, 2025

52. ORDINANCE relating to Fiscal Affairs of **MEMORIAL-HEIGHTS REDEVELOPMENT AUTHORITY ON BEHALF OF REINVESTMENT ZONE NUMBER FIVE, CITY OF HOUSTON, TEXAS (MEMORIAL-HEIGHTS REDEVELOPMENT ZONE)**; approving Fiscal Year 2025 Operating Budget for the Authority and Fiscal Years 2025-2029 Capital Improvement Plan Budget for the Zone **- DISTRICT C - KAMIN; H - CASTILLO and I - MARTINEZ**
    **TAGGED BY COUNCIL MEMBER RAMIREZ** and **DAVIS**
    This was Item 43 on Agenda of March 19, 2025

53. ORDINANCE relating to Fiscal Affairs of **GULFGATE REDEVELOPMENT AUTHORITY ON BEHALF OF REINVESTMENT ZONE NUMBER EIGHT, CITY OF HOUSTON, TEXAS (GULFGATE ZONE)**; approving Fiscal Year 2025 Operating Budget for the Authority and Fiscal Years 2025-2029 Capital Improvement Plan Budget for the Zone - **DISTRICTS D - EVANS-SHABAZZ and I - MARTINEZ**
    **TAGGED BY COUNCIL MEMBER RAMIREZ**
    This was Item 44 on Agenda of March 19, 2025

54. ORDINANCE amending Ordinance No. 2024-878 relating to Fiscal Affairs of **MEMORIAL CITY REDEVELOPMENT AUTHORITY ON BEHALF OF REINVESTMENT ZONE NUMBER SEVENTEEN, CITY OF HOUSTON, TEXAS (MEMORIAL CITY ZONE);** approving amendment to Fiscal Year 2025 Operating Budget for the Authority and Fiscal Years 2025-2029 Capital Improvement Plan Budget for the Zone - **DISTRICTS A - PECK and G - HUFFMAN**
    **TAGGED BY COUNCIL MEMBER RAMIREZ** and **DAVIS**
    This was Item 45 on Agenda of March 19, 2025

55. ORDINANCE relating to Fiscal Affairs of **HARRISBURG REDEVELOPMENT AUTHORITY ON BEHALF OF REINVESTMENT ZONE NUMBER TWENTY-THREE, CITY OF HOUSTON, TEXAS (HARRISBURG ZONE)**; approving Fiscal Year 2025 Operating Budget for the Authority and Fiscal Years 2025-2029 Capital Improvement Plan Budget for the Zone - **DISTRICTS H - CASTILLO and I - MARTINEZ**
    **TAGGED BY COUNCIL MEMBERS CASTILLO, RAMIREZ and DAVIS**
    This was Item 46 on Agenda of March 19, 2025

56. ORDINANCE relating to Fiscal Affairs of **REINVESTMENT ZONE NUMBER TWENTY-SEVEN, CITY OF HOUSTON, TEXAS**; approving Fiscal Year 2025 Operating Budget and Fiscal Years 2025-2029 Capital improvements Budget for the Zone - **DISTRICT C - KAMIN**
    **TAGGED BY COUNCIL MEMBER RAMIREZ** and **DAVIS**
    This was Item 47 on Agenda of March 19, 2025

**57.** ORDINANCE amending Ordinance No. 2011-0867 to reclassify 2041 Norfolk, a corner lot on the south side of Shepherd Street, as a Commercial Lot - **DISTRICT C - KAMIN**
**TAGGED BY COUNCIL MEMBER PECK**
This was Item 49 on Agenda of March 19, 2025

**SUPPLEMENTAL POSTING - ITEM 58**

**58.** ORDINANCE **AMENDING CHAPTER 15 OF THE CODE OF ORDINANCES, HOUSTON, TEXAS**, relating to City Contracting, including but not limited to the adoption of City-Wide Goal for City's Minority, Women, and Small Business Enterprise Program; adding Article XII establishing Veteran-Owned Business Enterprise Program; containing a repealer; making various findings and provisions relating to the foregoing subject; providing for severability

**MATTERS TO BE PRESENTED BY COUNCIL - Council Member Pollard first**

**ALL ORDINANCES ARE TO BE CONSIDERED ON AN EMERGENCY BASIS AND TO BE PASSED ON ONE READING UNLESS OTHERWISE NOTED, ARTICLE VII, SECTION 7, CITY CHARTER**

**NOTE -** WHENEVER ANY AGENDA ITEM, WHETHER OR NOT ON THE CONSENT AGENDA, IS NOT READY FOR COUNCIL ACTION AT THE TIME IT IS REACHED ON THE AGENDA, THAT ITEM SHALL BE PLACED AT THE END OF THE AGENDA FOR ACTION BY COUNCIL WHEN ALL OTHER AGENDA ITEMS HAVE BEEN CONSIDERED.

CITY COUNCIL RESERVES THE RIGHT TO TAKE UP AGENDA ITEMS OUT OF THE ORDER IN WHICH THEY ARE POSITIONED IN THIS AGENDA.  ALSO, AN ITEM THAT HAS BEEN TAGGED UNDER CITY COUNCIL RULE (HOUSTON CITY CODE 2-2) OR DELAYED TO ANOTHER DAY MAY BE NEVERTHELESS CONSIDERED LATER AT THE SAME CITY COUNCIL MEETING.