# EXHIBIT C

of
Houston City Council Meeting – Item 58

Date: March 26, 2025

Audio Recording: 10 minutes, 32 seconds

| Speaker | Narrative |
|---|---|
| **City Secretary** | Item 58 is in order. Does this need a vote? |
| **Mayor** | All in favor? |
| **Speaker 1** | [_____] motion from Council Member Martinez. |
| **Mayor** | Councilman Member Martinez. |
| **Martinez** | Mayor, I'd like to delay this for 30 days. The past few weeks, we've had several conversations. We had a committee… |
| **Castex-Tatum** | Whoa, whoa, whoa. I had to go to the bathroom. |
| **Mayor** | Councilman Martinez, will you yield? |
| **Martinez** | Yes, I'll yield [_____]. |
| **Castex-Tatum** | Thank you, Mayor. Just wanted to kind of talk about what has transpired with item 58. We did have a pretty robust Economic Development Committee meeting on last week. We had lots of participation from business owners in the city. We have had extensive conversations about the disparity study. And I think that in light of some of the decisions that we are looking to make as far as our changes in chapter 15 code of ordinances, that we need to have some more conversations. I know that your administration has started having meetings with stakeholders. There was a meeting on Monday where some of the stakeholders were able to come in and get some clarification on the disparity study and the recommendations.<br><br>We do want to keep having those conversations. We do want to keep in mind that we do have some legal items pending. But as far as I'm concerned, I would like for this agenda item to be delayed for up to 30 days with the administration having the opportunity to bring this forward sooner if we determine that we have some type of consensus or |

| Speaker | Narrative |
|---|---|
|  | a better sweet spot for our community members, as well as the direction you'd like to go, Mayor, for the administration. |
| **Martinez** | Second. |
| **Mayor** | Councilman Martinez. |
| **Martinez** | I second the delay. |
| **Mayor** | Okay. Motion is made and seconded. All in favor say yes. I'm sorry. Martinez is spoken. Councilman Pollard. |
| **Pollard** | Thank you, Mayor. I just want to get clarification from the city attorney that this delay won't impact the timeline that your office has, related to the upcoming litigation and the motion is for up to 30 days. Is there any issue if it goes beyond 30 days? Or tell us what we need to know about delaying this item from your perspective. |
| **Michel** | Well, it would come back to council within 30 days. If within those 30 days, there's a need to move somewhat quicker because of the court case, I think the way the motion is stated, it gives us that flexibility. So we could respond to any court inquiry or any court hearing. |
| **Pollard** | And if there's any further action to delay for more than 30 days subsequent to this meeting, what impact may that have on your litigation? |
| **Michel** | Well, I think that would only happen in the event that the court would allow more time, for example, in mediation. |
| **Pollard** | Okay. |
| **Mayor** | Council Member Castillo. |
| **Castillo** | Thank you, Mayor. I do support this motion to delay the item and have more discussion. You know, hearing from all the stakeholders at the Economic Development Committee hearing showed that while the data that was collected provided a snapshot, a lot of stakeholders, for whatever reason, weren't a part of that process and had ideas to share that we need to consider as we think about these recommendations. We heard a lot about bonding capacity. We heard a lot about the graduation program. And these are things that can make these recommendations more robust with more time to take those ideas and turn them into things we can act on. And so this delay will give those stakeholders that |

| Speaker | Narrative |
|---|---|
|  | opportunity to participate, for us to take the feedback and bring something back to the council that's more comprehensive. So I'll be voting to support the delay. Thank you. |
| **Mayor** | Very good. Councilor Kamin. |
| **Kamin** | I do want to thank everybody that has participated. I want to recognize you, Madam Chair, for running such a thorough committee meeting and working through this process, as well as the opportunity for more to participate and to engage and to do this the right way so that we are not doing something that is going to have unintentional consequences. And I appreciate, Councilman Pollard, your inquiry about litigation. We always have to consider the impacts of litigation, but having the opportunity to do this and make sure that we are not harming those that have a history of not having a shot at city business, to lift those communities up and continue to support those small businesses is absolutely important. It's the right thing to do. So again, I will be supporting this, but I want to thank the extensive engagement that has taken place in the past few weeks, because that is the type of work that the City of Houston is known for, for the engagement in the community. |
| **Mayor** | Thank you. Councilor Ramirez. |
| **Ramirez** | Thank you, Mayor. I support the delay, taking a little more time to make sure that all stakeholders who want to weigh in have been consulted. The engagement on this issue has been less than ideal, and it's only right for us to take a little bit more time before we vote on such an important issue. Thank you. |
| **Mayor** | Very good. Council Member Davis. |
| **Davis** | Thank you, Mayor. I, too, support this delay because in the spirit of understanding and clear qualifications about this process, I think it's necessary in us going forward that we do not carry a cloud over this matter, which getting more information from my perspective as to what has been done in the past in regards to surrounding the litigations and this study, I think it would be wise for us to take a step back and delay it. So I do support the delay. |
| **Mayor** | Very good. Mayor Pro Tem, Castex-Tatum. |
| **Castex-Tatum** | Thank you, colleagues, for the support of the delay. I also wanted to just add that Director Hoyrd has put together a one-page FAQ that I know is being reviewed by legal that everyone should receive as soon as that's |

| Speaker | Narrative |
|---|---|
| | done. And that's based on the questions that came forth during the Economic Development Committee meeting that council members posed, as well as our business owners pose. So that FAQ should go out either today or tomorrow as soon as we get the okay for you to access the answers to those questions that were posed during the Economic Development Committee meeting. And then if there are additional questions from council members or from stakeholders, we are looking for your suggestions. We want to hear from you. This is an opportunity for us to take your suggestions to the process. The actual disparity study has been audited. It came directly from SAP. There is opportunity for council members to ask whatever questions they have about that actual study.<br><br>I think that after we've reviewed the EY study and we see the disparity study, there are some things in the EY study that confirmed what's in the disparity study, that there are certain businesses that have a large portion of our spend. So I think that these studies are kind of validating each other. So please feel free to reach out to us. This is another ask for your recommendations. But these programs were not meant to be programs in perpetuity, and I think that we have to be reasonable as we are looking for potential changes to Chapter 15 Code of Ordinances. And this is our time now for us to continue the engagement. The Mayor's team is open to having stakeholder meetings. They've already started doing that. There was a meeting on Monday from some of the stakeholders. We are open to hosting more meetings with the Chambers of Commerce's, with the other stakeholder groups. We want to make sure that every business owner in Houston that has a concern or would like to participate in the process has the opportunity to do so. |
| **Mayor** | Well, let me thank you for your leadership. This is the way the process should work. My office will continue to have roundtable discussions. I could see possibly the need for an additional committee hearing, but I'll leave that to your discretion. Obviously, there's a lot of misinformation, and as you mentioned, we're asking folks not just to be critical, but to make recommendations. And certainly, I think we need to review the waiver system, which you and I have discussed, has probably been abused through the years. With that said, all in favor of the delay, say yes. Those opposed, nay. Motion passes. |
| | ***END OF RECORDING*** |