## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br>           Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br>           Defendants. | Civil Action No. 4:23-cv-03516 |

### **FINAL NOTICE OF HOUSTON CITY COUNCIL DECISION**

This notice supplements the notices previously provided by the City at Docs. No. 99 and No. 101, and informs the Court that on Wednesday, May 7, 2025, Houston City Council voted to adopt Item No. 14 as listed on Exhibit A. A transcription of City Council's discussion of the item is attached as Exhibit B.

*-signatures follow-*

1

By:   */s/ Ben Stephens*
      Ben Stephens
      State Bar No. 24098472
      SDTX Bar No. 2898153
      ben.stephens@huschblackwell.com
      Sandy Hellums-Gomez
      State Bar No. 24036750
      SDTX Bar No. 561314
      sandy.gomez@huschblackwell.com

HUSCH BLACKWELL LLP
600 Travis St., Suite 2350
Houston, Texas 77002
Telephone:   (713)  647-6800
Facsimile:   (713)  647-6884

      */s/ Darah Eckert*
      Darah Eckert
      Senior Assistant City Attorney
      State Bar No. 24007141
      SDTX Bar No. 1890045
      darah.eckert@houstontx.gov
      Lori J. Yount
      Senior Assistant City Attorney
      State Bar No. 2209496
      SDTX Bar No. 24084592
      lori.yount@houstontx.gov

ARTURO G. MICHEL
CITY ATTORNEY
SUZANNE R. CHAUVIN
CHIEF, GENERAL LITIGATION SECTION
CITY OF HOUSTON LEGAL DEPARTMENT
P.O. Box 368
Houston, Texas 77001-368
900 Bagby, 4th Floor
Houston, Texas 77002
Telephone:  (832) 393-6219
Facsimile:   (832) 393-6259

2

**ATTORNEYS FOR THE CITY OF HOUSTON**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing has been served upon the following on May 8, 2025, via the CM/ECF Filing system.

*/s/ Ben Stephens*
Ben Stephens