United States District Court
Southern District of Texas
**ENTERED**
May 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., AND METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, AND MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. H-23-3516 |

## ORDER

Pending before the Court is the Parties Joint Notice of an Agreed Briefing Schedule (Document No. 103). Having considered the notice, submissions, and applicable law, the Court finds the notice satisfactory. Accordingly, the Court hereby

**ORDERS** that the Parties Joint Notice of an Agreed Briefing Schedule (Document No. 103) is **APPROVED**. The Court further

**ORDERS** that Defendant City of Houston file a motion addressing the consequences of the Houston City Council's May 7, 2025, adoption of a new ordinance, and its impact on the pending case, on or before May 23, 2025. The Court further

**ORDERS** that Plaintiffs file a response to the aforementioned motion on or before June 13, 2025. The Court further

**ORDERS** that the City of Houston must reply to the Plaintiffs' response to their motion on or before June 20, 2025.

SIGNED at Houston, Texas, on this 19 day of May, 2025.

_____
DAVID HITTNER
United States District Judge