United States District Court
Southern District of Texas

**ENTERED**

July 01, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LANDSCAPE CONSULTANTS §
OF TEXAS, INC., AND §
METROPOLITAN LANDSCAPE §
MANAGEMENT, INC. §
§
§
Plaintiffs, §
§
v. § Civil Action No. H-23-3516
§
§
CITY OF HOUSTON, TEXAS, AND §
MIDTOWN MANAGEMENT §
DISTRICT §
§
Defendants. §

ORDER

Pending before the Court is Defendant City of Houston's Motion to Dismiss

for Lack of Jurisdiction (Document No. 105). Having considered the motion,

submissions, and applicable law, the Court finds that Defendant City of Houston's

motion should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant City of Houston's Motion to Dismiss for Lack of

Jurisdiction (Document No. 105) is **DENIED**. The Court further

**ORDERS** that the parties submit a Joint Proposed Scheduling Order for the

Court's consideration, no later than **SEVEN DAYS** from the date of this Order.

SIGNED at Houston, Texas, on this __1__ day of July, 2025.

DAVID HITTNER
United States District Judge