United States District Court
Southern District of Texas
**ENTERED**
July 11, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, <br><br> Defendants. | Civil Action No. 4:23-cv-03516 |

## ORDER GRANTING THE PARTIES' JOINT PROPOSED SCHEDULING ORDER

On this day to be heard the Parties' Joint Proposed Scheduling Order. The Court, having considered the proposal and any response thereto, finds that such proposed order should be GRANTED. Therefore, the new scheduling order is as follows:

| EVENT | DATE |
|---|---|
| Experts to be designated by | Monday, July 14, 2025 |
| Expert reports to be furnished by | Thursday, August 28, 2025 |
| Dispositive motions to be filed by | Monday, September 29, 2025 |
| Discovery to be completed by | Monday, October 27, 2025 |
| Joint Pretrial Order due | Friday, October 31, 2025 |
| Trial term | November/December 2025 |
| Estimate bench trial time | 3 days |

HB: 4929-2574-2675.3

**It is so ORDERED.**

Signed this 11 day of July 2025.

_____
DAVID HITTNER
United States District Judge