United States District Court
Southern District of Texas
**ENTERED**
September 26, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC. *et. al.*, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-23-3516 |
| CITY OF HOUSTON, TEXAS, *et. al.*, | § § § | |
| Defendants. | § § § | |

ORDER

Having considered the operative scheduling order in this matter and the Court's pending criminal and civil dockets, the Court determines that the following trial schedule is appropriate. Accordingly, the Court hereby

**ORDERS** that the Operative Scheduling Order (Document No. 111) is hereby **AMENDED** as follows:

- Final Pretrial Conference: November 14, 2025, at 1:30PM.

- Jury Trial: December 1, 2025, at 10:30AM.

SIGNED at Houston, Texas, on this 25 day of September, 2025.

DAVID HITTNER
United States District Judge