**Honorable David Hittner Presiding**
**Case Manager:** Joseph Wells         **Court Reporter:** Alcaraz
**Law Clerk:** MM                      **Date:** 12/3/2025
**Court Time:** 10:34 – 12:00; 12:17 – 1:12

**Case No. 4:23-cv-03516**

| | | |
|---|---|---|
| Landscape Consultants of Texas, Inc. et al § | | **Counsel:** Erin Wilcox, Joshua Thompson, Laura D'Agostino |
| **Vs.** § § | | |
| City of Houston, Texas § § | | **Counsel:** Benjamin Stephens, Sherri Zack Sandy Hellums-Gomez |
| Midtown Management District § | | **Counsel:** Brett Sileo |

**THIRD DAY OF BENCH TRIAL**

☐ Opening Statements
☒ Evidence presented
☐ Motion heard:
  ☐ Pltf    ☐ Deft    ☐ Granted    ☐ Denied
☐ Motion heard:
  ☐ Pltf    ☐ Deft    ☐ Granted    ☐ Denied
☐ Motion heard:
  ☐ Pltf    ☐ Deft    ☐ Granted    ☐ Denied
☐ Motion heard:
  ☐ Pltf    ☐ Deft    ☐ Granted    ☐ Denied
☐ Motion heard:
  ☐ Pltf    ☐ Deft    ☐ Granted    ☐ Denied
☐ Evidence concluded
☐ Final Arguments
☐ Trial ends
☒ Trial Continued: Friday, December 5, 2025 at 10:30 AM
Witnesses: Andres Bernal, George La Noue
Exhibits: DXH 24
Other: