United States District Court
Southern District of Texas

**ENTERED**

July 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC., | §<br>§<br>§<br>§ | |
| *Plaintiffs*, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. H-23-3516 |
| CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT, | §<br>§<br>§<br>§<br>§ | |
| *Defendants*. | §<br>§ | |

## **FINAL JUDGMENT**

The Court has contemporaneously issued its Findings of Fact and Conclusions of Law. Accordingly, based on the Findings of Fact and Conclusions of Law set forth in the Court's Order contemporaneously dated, the Court hereby

**RENDERS** judgment for Plaintiffs Landscape Consultants of Texas, Inc. and Metropolitan Landscape Management, Inc., and grants the following relief:

- The racially discriminatory aspect of Defendant City of Houston, Texas's Minority Women, and Small Business Enterprise program is declared unconstitutional under the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

- Defendant City of Houston is permanently enjoined from administering the

race-conscious portion of its Minority, Women, and Small Business Enterprise Program or using similar racial preferences in the award of public contracts.

- The racially discriminatory aspect of Defendant Midtown Management District's Minority, Women, and Disadvantaged Business Enterprise program is declared unconstitutional under the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

- Defendant Midtown Management District is permanently enjoined from administering the race-conscious portion of its Minority, Women, and Disadvantaged Business Enterprise program or using similar racial preferences in the award of public contracts.

**This is a Final Judgment.**

The Clerk shall provide a copy of this Final Judgment to the parties.

SIGNED at Houston, Texas on July 28, 2026.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE