# EXHIBIT A

## Itemization of
## Plaintiffs' Bill of Costs

**ITEMIZATION OF PLAINTIFFS' BILL OF COSTS**

| | Category | Date | Description | Amount |
|---|---|---|---|---|
| 1. | Clerk's Fees | 9/19/23 | Complaint Filing Fee | $402.00 |
| | | | | **Total $402.00** |
| 2. | Service of Summons | 9/20/23 | ABC Legal Services – Service on Defendants | $170.00 |
| | | | | **Total $170.00** |
| 3. | Transcripts | 9/30/24 | Naegeli – Midtown's 30(b)(6) Witness M. Marshall | $1,315.45 |
| 4. | Transcripts | 11/18/24 | U.S. Legal – Plaintiff Witness Gerald Thompson Deposition | $924.10 |
| 5. | Transcripts | 10/16/25 | U.S. Legal – Plaintiff's Expert George La Noue Deposition | $1,526.65 |
| 6. | Transcripts | 10/17/25 | Veritext Legal Solutions – Houston's 30(b)(6) Witness Deposition C. Hoyrd | $1,513.85 |
| 7. | Transcripts | 10/17/25 | Veritext Legal Solutions – Houston's Expert Witness A. Bernal Deposition | $2,037.85 |
| 8. | Transcripts | 12/08/25 | Heather Alcaraz - Trial Transcripts | $4,389.60 |
| 9. | Transcripts | 1/08/25 | Heather Alcaraz - Trial Transcripts, remaining balance | $590.00 |
| | | | | **Total: $12,297.50** |
| 10. | Printing | 9/30/25 | Office Max – Printing for Houston 30(b)(6) Deposition | $56.63 |
| 11. | Printing | 9/30/25 | Office Max – Printing for Houston 30(b)(6) Deposition | $66.95 |
| 12. | Printing | 9/30/25 | Office Max – Printing for Houston 30(b)(6) Deposition | $82.96 |
| 13. | Printing | 9/30/25 | Office Max – Printing for Houston 30(b)(6) Deposition | $94.00 |
| 14. | Printing | 10/2/25 | FedEx Office - Printing for Expert Depositions in Houston | $208.75 |
| 15. | Printing | 10/2/25 | FedEx Office - Printing for Expert Depositions in Houston (Second Printing) | $18.14 |

| | | | | |
|---|---|---|---|---|
| 16. | Printing | 11/26/25 | DigiCopy – Printing of Exhibits for Trial | $300.04 |
| | | | | **Total: $827.47** |
| 17. | Exemplification and costs | 11/19/25 | Reveal – Trial Software | $1200.00 |
| | | | | **Total: $1,200.00** |
| 18. | Witness – Trial Attendance[1] | 12/1/25 | Expert Witness La Noue trial attendance, 10am-6pm (8 hours x $40 pursuant to 28 U.S. Code § 1821(b)) | $320 |
| 19. | Witness – Trial Attendance | 12/2/25 | Trial – Expert Witness La Noue trial attendance, 10am-6pm (8 hours x $40 pursuant to 28 U.S. Code § 1821(b)) | $320 |
| 20. | Witness – Trial Attendance | 12/4/25 | Trial – Expert Witness La Noue trial attendance, 10am-6pm (8 hours x $40 pursuant to 28 U.S. Code § 1821(b)) | $320 |
| 21. | Witness – Trial Attendance | 12/5/25 | Trial – Expert Witness La Noue trial attendance, 10am-6pm (8 hours x $40 pursuant to 28 U.S. Code § 1821(b)) | $320 |
| | | | | **Total $1,280** |
| 22. | Witness – Trial Subsistence | 12/1/25–12/5/25 | Courtyard by Marriott: Expert Witness La Noue hotel stay (reduced to $128/night pursuant to 28 U.S. Code § 1821(b)) | $512.00 |
| 23. | Witness – Trial Subsistence | 11/30/25 | Silver Diner: Expert Witness La Noue meal during travel (less than $80/day for meals and incidentals pursuant to 28 U.S. Code § 1821(b)) | $57.64 |
| 24. | Witness – Trial Subsistence | 12/1/25 | Courtyard by Marriott: Expert Witness La Noue meal during trial overnight stay (less than $80/day for meals and | $10.47 |

---

[1] Witness fees were calculated pursuant to 28 U.S. Code § 1821(b) and the per diem rates for the City of Houston.

3

| | | | incidentals pursuant to 28 U.S. Code § 1821(b)) | |
|---|---|---|---|---|
| 25. | Witness – Trial Subsistence | 12/2/25 | Fire Noodz: Expert Witness La Noue during trial overnight stay (less than $80/day for meals and incidentals pursuant to 28 U.S. Code § 1821(b)) | $33.42 |
| 26. | Witness – Trial Subsistence | 12/3/25 | Corner Bakery Café: Expert Witness La Noue during trial (less than $80/day for meals and incidentals pursuant to 28 U.S. Code § 1821(b)) | $20.99 |
| 27. | Witness – Trial Subsistence | 12/4/25 | Artistry: Expert Witness La Noue during trial (less than $80/day for meals and incidentals pursuant to 28 U.S. Code § 1821(b)) | $21.64 |
| 28. | Witness – Trial Subsistence | 12/5/25 | Courtyard by Marriott: Expert Witness La Noue meal during trial (reduced to $20 for 12/5/25 total of $80/day for meals and incidentals pursuant to 28 U.S. Code § 1821(b)) | $20.00 |
| 29. | Witness – Trial Subsistence | 12/5/25 | The Rustic: Expert Witness La Noue meal during trial travel reduced to $20 for 12/5/25 total of $80/day for meals and incidentals pursuant to 28 U.S. Code § 1821(b)) | $60.00 |
| | | | | **Total $736** |
| 30. | Witness – Trial Travel | 11/30/25 | Southwest - Expert Witness La Noue air travel | $445.48 |
| 31. | Witness – Trial Travel | 11/30/25 | Southwest – Expert Witness La Noue air travel expense | $35.00 |
| 32. | Witness – Trial Travel | 11/30/25 | Jaguar Limo – Expert Witness La Noue Airport vehicular travel | $46.00 |

4

| | | | | |
|---|---|---|---|---|
| 33. | Witness – Trial Travel | 12/5/25 | Southwest – Expert Witness La Noue air travel | $425.48 |
| | | | | **Total $951.96** |
| 34. | Other – Expert Witness Fees | 2/7/24 | Expert Services of George La Noue for December 2023 to January 2024 | $2,130.00 |
| 35. | Other – Expert Witness Fees | 4/12/24 | Expert Services of George La Noue for February to March 2024 | $2,100.00 |
| 36. | Other – Expert Witness Fees | 6/17/24 | Expert Services of George La Noue for April to May 2024 | $2,925.00 |
| 37. | Other – Expert Witness Fees | 9/3/24 | Expert Services of George La Noue for June to July 2024 | $750.00 |
| 38. | Other – Expert Witness Fees | 1/28/25 | Expert Services of George La Noue for November to December 2024 | $1,800.00 |
| 39. | Other – Expert Witness Fees | 6/24/25 | Expert Services of George La Noue for April to May 2025 | $900.00 |
| 40. | Other – Expert Witness Fees | 9/18/25 | Expert Services of George La Noue for July to August 2025 | $11,700.00 |
| 41. | Other – Expert Witness Fees | 10/3/25 | Magnolia Hotel Houston – Hotel stay for Expert Witness La Noue (2 nights, reduced to $128/night pursuant to 28 U.S. Code § 1821(b)) | $256.00 |
| 42. | Other – Expert Witness Fees | 10/4/25 | Southwest - Expert Witness La Noue round trip air travel for deposition ($264.49 + $152.82) | $417.31 |
| 43. | Other – Expert Witness Fees | 12/8/25 | Expert Services of George La Noue for September to October 2025 | $15,900.00 |
| 44. | Other – Expert Witness Fees | 1/6/26 | Expert Services of George La Noue for November to December 2025 | $23,100.00 |
| | | | | **Total $61,978.31** |