**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| **LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC.,** *Plaintiffs*, | § | |
| v | § | **Civil Action No.: 4:23-cv-3516** |
| **CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT,** *Defendants.* | § | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT CITY OF HOUSTON**

TO THE HONORABLE COURT:

Comes now attorney Collyn Peddie, City Solicitor General for the City of Houston, and presents notice to the court and all counsel that she is making an appearance as counsel representing Defendant City of Houston.

Collyn Peddie is an attorney in good standing with the United States District Court for the Southern District of Texas and is registered as a filing user. Her State Bar No. is 15707300 and her Federal Id. No. is 843.

The City of Houston, Texas respectfully requests this Court to take notice of the appearance.

Respectfully submitted,

ARTURO G. MICHEL
City Attorney

By: */s/ Collyn A. Peddie*
Collyn A. Peddie
City Solicitor General
State Bar No. 15707300
SDTX Bar No. 843
collyn.peddie@houstontx.gov
CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby, 4th Floor
Houston, Texas 77002
Telephone: 832.393.6463
Facsimile: 832.393.6259

Of Counsel:

Brian A. Amis
Sr. Assistant City Attorney
Federal Id. No.: 37342
State Bar No.: 24040424
CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby Street, 4th Floor
Houston, Texas 77002
832.393.6464 – Telephone
832.393.6259 – Facsimile
brian.amis@houstontx.gov

Ben Stephens
State Bar No. 24098472
SDTX Bar No. 2898153
ben.stephens@huschblackwell.com
Sandy Hellums-Gomez
State Bar No. 24036750
SDTX Bar No. 561314
sandy.gomez@huschblackwell.com
HUSCH BLACKWELL LLP
600 Travis St., Suite 2350
Houston, Texas 77002
Telephone: (713) 647-6800
Facsimile: (713) 647-6884

***Attorneys for the City of Houston***

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I served the following attorneys with a true and correct copy of the foregoing document in accordance with Rule 5(b)(3) of the Federal Rules of Civil Procedure via the court's electronic filing/service system.

*/s/ Collyn Peddie*
Collyn Peddie