**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC.,<br><br>Plaintiffs,<br>v.<br><br>CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT,<br><br>Defendants. | Civil Action No. 4:23-cv-03516 |

## PLAINTIFFS' MOTION TO STRIKE DEFENDANT CITY OF HOUSTON'S MOTION TO ALTER OR AMEND THE JUDGMENT

Local Rule 11.4 provides that "[a] paper that does not conform to the local or federal rules or that is otherwise objectionable may be struck on the motion of a party or by the Court." Per this Court's Procedures, "[e]ach memorandum or brief filed in the Court shall be limited to 20 pages."[1] Defendant City of Houston's Motion to Alter or Amend the Judgment, dkt. 163, is 36 pages, exclusive of tables. Local rules "have the force of law." *Hollingsworth v. Perry*, 558 U.S. 183, 191 (2010). Pursuant to this Court's established Rules and Procedures, Plaintiffs Landscape

[1] Judge David Hittner, Procedures, July 1, 2024, https://www.txs.uscourts.gov/sites/txs/files/Judge_Hittner_Case_Procedures.pdf

Consultants of Texas, Inc., and Metropolitan Landscape Management, Inc., move to strike the City's overlong pleading in its entirety.

DATED: August 27, 2026.

Respectfully submitted,

Laura D'Agostino, *Of Counsel**
D.C. Bar. No. 241868
Dean McGee, *Of Counsel**
N.Y. Bar No. 5135884
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
ldagostino@pacificlegal.org
dmcgee@pacificlegal.org

s/ Erin E. Wilcox
Erin E. Wilcox, *Attorney-in-Charge*
Cal. Bar No. 337427
S.D. Tex. Bar No. 3369027
Joshua P. Thompson, *Of Counsel**
Cal. Bar No. 250955
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
ewilcox@pacificlegal.org
jthompson@pacificlegal.org

**Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(D), counsel for Plaintiffs and Defendant City of Houston conferred via email on August 27, 2026, and could not agree on the disposition of this Motion.

s/ *Erin E. Wilcox*
Erin E. Wilcox
Pacific Legal Foundation

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2026, I served this document via the Court's electronic filing system to Defendants' counsel of record.

s/ *Erin E. Wilcox*
Erin E. Wilcox
Pacific Legal Foundation