United States District Court
Southern District of Texas
**ENTERED**
September 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., *et. al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-23-3516 |
| | § | |
| CITY OF HOUSTON, TEXAS, *et. al.*, | § | |
| | § | |
| Defendants. | § | |

ORDER

Pending before the Court are Plaintiffs' Motion to Strike Defendant City of Houston's Motion to Alter or Amend the Judgment (Document No. 168); Defendant the City of Houston's Motion to Alter or Amend the Judgment (Document No. 163); and Defendant City of Houston's Motion to Stay Injunction Pending Appeal (Document No. 169). Having considered the pending motions, submissions, and applicable law, the Court determines that each motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiffs' Motion to Strike Defendant City of Houston's Motion to Alter or Amend the Judgment (Document No. 168) is **DENIED**. The Court further

**ORDERS** that Defendant the City of Houston's Motion to Alter or Amend the Judgment (Document No. 163) is **DENIED**. The Court further

**ORDERS** that Defendant City of Houston's Motion to Stay Injunction Pending Appeal (Document No. 169) is **DENIED**.

SIGNED at Houston, Texas, on this 22 day of September, 2026.

DAVID HITTNER
United States District Judge