United States District Court
Southern District of Texas
**ENTERED**
September 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., *et. al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-23-3516 |
| | § | |
| CITY OF HOUSTON, TEXAS, *et. al.*, | § | |
| | § | |
| Defendants. | § | |

ORDER

Pending before the Court are Plaintiffs' Motion for Attorney's Fees (Document No. 160); and Defendant City of Houston's Objections to Plaintiffs' Bill of Costs (Document No. 164). Having considered the pending motions, submissions, applicable law, and this Court's prior rulings, the Court determines that Plaintiffs' motion should be denied, and that Defendant City of Houston's Objections should be granted in part and denied in part. Accordingly, the Court hereby

**ORDERS** that Plaintiffs' Motion for Attorney's Fees (Document No. 160) is **DENIED.**[1] The Court further

[1] The Court notes the *Findings of Fact & Conclusions of Law & Order of Permanent Injunction*, Document No. 157 at 39 (expressly ordering "that Plaintiffs' request for attorneys' fees is **DENIED.**").

**ORDERS** that Defendant City of Houston's Objections to Plaintiffs' Bill of Costs (Document No. 164) is **GRANTED IN PART** with respect to witness fees.[2] The Court further

**ORDERS** that Defendant City of Houston's Objections to Plaintiffs' Bill of Costs (Document No. 164) is **DENIED IN PART** with respect to costs associated with Clerk's fees, service fees, transcripts, printing, and exemplification.[3] The Court further

**AWARDS** Plaintiffs costs in the amount of $14,896.97 to be recovered jointly and severally from Defendants City of Houston, Texas and Midtown Management District.

SIGNED at Houston, Texas, on this 22 day of September, 2026.

DAVID HITTNER
United States District Judge

[2] The Court notes Plaintiffs Amended Bill of Costs removing costs associated with witness fees and reducing requested costs from $78,563.24 to $14,896.97. *See Plaintiffs' Response to Defendant City of Houston's Objections to Plaintiffs' Bill of Costs*, Document No. 165, Exhibit 1 (*Plaintiffs' Amended Bill of Costs*).

[3] The Court notes the exhibits attached to Plaintiffs' Amended Bill of Costs including itemization of each relevant cost and documentation of each cost. *See Plaintiffs' Response to Defendant City of Houston's Objections to Plaintiffs' Bill of Costs*, Document No. 165, Exhibit A (*Itemization*), Exhibit B (*Documentation*). Based on the foregoing, and the clear provisions of 28 U.S.C. § 1920, the Court finds that the aforementioned costs were necessarily and reasonably incurred.