**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT,**<br><br>**Defendants.** | **Civil Action No. 4:23-cv-03516** |

## NOTICE OF APPEAL

Notice is hereby given that Defendant City of Houston, Texas ("the City"), by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from:

**I.** the Final Judgment (ECF No. 158), entered in this action on July 28, 2026; and the Findings of Fact and Conclusions of Law and Order of Permanent Injunction (ECF No. 157), entered contemporaneously therewith on July 28, 2026, which that Final Judgment incorporates and from which it is inseparable;

**II.** both as left undisturbed, in relevant part, by the Court's Order (ECF No. 177) entered September 23, 2026, denying the City's Motion to Alter or Amend the Judgment under Federal Rule of Civil Procedure 59(e) (ECF No. 163) and denying the City's Motion to Stay Injunction Pending Appeal (ECF No. 169).

This appeal is taken from the entirety of the Final Judgment and the permanent injunction entered against the City of Houston, Texas. This notice does not designate, and the City does not

appeal from, the Court's separate Order (ECF No. 178) entered September 23, 2026 concerning Plaintiffs' request for attorneys' fees and the parties' cross-objections to the bill of costs.

Respectfully submitted,

HUSCH BLACKWELL LLP

***By: /s/ Sandy Hellums-Gomez***

Sandy Hellums-Gomez
State Bar No. 24036750
S.D. Tex. Bar No. 561314
sandy.gomez@huschblackwell.com
Rick Anderson
Texas Bar No. 24059047
S.D. Tex. Bar No. 986458
Rick.Anderson@huschblackwell.com
Sherri L. Zack
State Bar No. 24056801
S.D. Tex. Bar No. 939860
sherri.zack@huschblackwell.com
**HUSCH BLACKWELL LLP**
600 Travis St., Suite 2350
Houston, Texas 77002
Telephone: (713) 647-6800
Facsimile: (713) 647-6884

Collyn A. Peddie
City Solicitor General
State Bar No. 15707300
S.D. Tex. No. 2898153
Collyn.peddie@houstontx.gov
Brian A. Amis
State Bar No. 24040424
S.D. Tex. No. 37342
Brian.amis@houstontx.gov

ARTURO G. MICHEL
CITY ATTORNEY
CITY OF HOUSTON LEGAL DEPARTMENT
P.O. Box 368
Houston, Texas 77001-368
900 Bagby, 4th Floor
Houston, Texas 77002
Telephone: (832) 393-6219
Facsimile: (832) 393-6259

*ATTORNEYS FOR DEFENDANT CITY OF HOUSTON, TEXAS*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice of Appeal was served upon all counsel of record on Monday, October 19, 2026, via the Court's CM/ECF filing system.

***By: /s/ Sandy Hellums-Gomez***

Sandy Hellums-Gomez