**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC.,<br><br>Plaintiffs,<br>v.<br><br>CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT,<br><br>Defendants. | Civil Action No. 4:23-cv-03516<br><br>**NOTICE OF CROSS-APPEAL** |

Plaintiffs Landscape Consultants of Texas, Inc., and Metropolitan Landscape Management, Inc., hereby provide notice of cross-appeal of the following Orders of this Court:

- ECF No. 178, denying Plaintiffs' Motion for Attorney Fees (ECF No. 160). Plaintiffs do not appeal from the portion of the Court's Order, ECF No. 178, that awarded costs to Plaintiffs in the amount of $14,896.97 to be recovered jointly and severally from Defendants City of Houston, Texas, and Midtown Management District.
- ECF No. 64, granting Defendant City of Houston's Motion for Protective

Order and Motion to Quash.[1]

- ECF No. 88, denying Plaintiffs' Motion to Strike and for Sanctions against Defendant City of Houston.

DATED: October 28, 2026.

Respectfully submitted,

s/ Erin E. Wilcox
Erin E. Wilcox, *Attorney-in-Charge*
Cal. Bar No. 337427
S.D. Tex. Bar No. 3369027
Joshua P. Thompson, *Of Counsel**
Cal. Bar No. 250955
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Ste. 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
ewilcox@pacificlegal.org
jthompson@pacificlegal.org

Dean McGee, *Of Counsel**
N.Y. Bar No. 5135884
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Ste. 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
dmcgee@pacificlegal.org
**Pro Hac Vice*

*Counsel for Plaintiffs*

[1] Plaintiffs' Objections to the Magistrate's Order (ECF No. 65), were not ruled on by the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I served this document via the Court's electronic filing system to Defendants' counsel of record.

s/ *Erin E. Wilcox*
Erin E. Wilcox
Pacific Legal Foundation