**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

LANDSCAPE CONSULTANTS OF TEXAS, INC., and METROPOLITAN LANDSCAPE MANAGEMENT, INC.,

Plaintiffs,

v.

CITY OF HOUSTON, TEXAS, and MIDTOWN MANAGEMENT DISTRICT,

Defendants.

Civil Action No. 4:23-cv-03516

# NOTICE OF DEFENDANT'S EXHIBITS ADMITTED AT TRIAL

TO THE HONORABLE OF SAID COURT:

COMES NOW Midtown Management District, Defendant in the above-entitled and numbered cause, who present this Notice of Defendant's Exhibits Admitted at Trial. The Court admitted the following exhibits offered by Defendant into evidence at the trial of the cause held on 12/01/2025. These exhibits were considered by the jury during the jury deliberations. These exhibits are attached to this Notice.

| **NO.** | **DESCRIPTION** | **OFRD.** | **ADMTD.** |
|---|---|---|---|
| **1.** | Field Maintenance Proposals Bid Score (MMD 0001) | **YES** | **YES** |
| **2.** | Solicitation of Bids (MMD 0002-0003) | **YES** | **YES** |
| **3.** | Yellowstone Proposal (MMD 0008-00026) | **YES** | **YES** |
| **4.** | SMC Field Maintenance Proposal (MMD 00027-00049) | **YES** | **YES** |
| **5.** | Four Eleven LLC Field Maintenance Proposal (MMD 00050-00069) | **YES** | **YES** |

| | | | |
|---|---|---|---|
| **6.** | Metropolitan Field Maintenance Proposal (MMD 00070-00089) | **YES** | **YES** |
| **7.** | SV Field Maintenance Proposal (MMD 00090-00103) | **YES** | **YES** |
| **8.** | On Duty Field Maintenance Proposal (MMD 00104-00108) | **YES** | **YES** |
| **9.** | MMD Board Meeting Minutes 4 2 2014 (MMD 109-114) | **YES** | **YES** |
| **10.** | Midtown Management District/Midtown Redevelopment Authority Interlocal Agreement (MMD 00115-00121) | **YES** | **YES** |
| **11.** | Maintenance Agreement (Midtown District and Midtown TIRZ and Midtown RDA) (MMD 00122-00129) | **YES** | **YES** |
| **12.** | MMD/MRA Agreement (July 2000) (MMD 00130-00142) | **YES** | **YES** |
| **13.** | 2004 Addendum to MMD/MRA Agreement (MMD 000156-000158) | **YES** | **YES** |
| **14.** | MMD Administrative Polices and Procedures 2004 (MMD 00162-00173) | **YES** | **YES** |
| **15.** | Amendment to Agreement Between MMD and Metropolitan (MMD 00174-00185 (note there are duplicate pages 184 and 185) | **YES** | **YES** |
| **16.** | MMD Public Notice Overall DBE Goals (MMD 00184-00188) | **YES** | **YES** |
| **17.** | MMD MWBE Newspaper Ad (MMD 00189-00192) | **YES** | **YES** |
| **18.** | MMD MWBE Newspaper Ad 2 (MMD 00193-00196) | **YES** | **YES** |
| **19.** | MMD Bid Award to Metropolitan 2012) (MMD 00197) | **YES** | **YES** |
| **20.** | MMD DBE Goals Resolution (MMD 00198-00223) | **YES** | **YES** |
| **21.** | MMD Board Meeting Minutes 01 17 2001 (MMD00224-00226) | **YES** | **YES** |
| **22.** | MMD Request to Clarify Bid (MMD 00227-00228) | **YES** | **YES** |
| **23.** | MMD Request to Clarify Bid Form Response by Metropolitan (MMD 00229) | **YES** | **YES** |
| **24.** | MMD Invitation to Bid Field Maintenance Services 2017 Addendum (MMD 00230-00241) | **YES** | **YES** |
| **25.** | MMD Invitation to Bid Field Maintenance Services October 2022 (MMD 00242-00254) | **YES** | **YES** |
| **26.** | MMD Invitation to Bid—Baldwin and Glover Parks (MMD 00255-00269) | **YES** | **YES** |
| **27.** | MMD Invitation to Bid Field Services Project 12-12-11 (MMD 00270-00281) | **YES** | **YES** |

| | | | |
|---|---|---|---|
| **28.** | MMD Economic Development Diversity Dashboard Report (MMD 00282-00283) | **YES** | **YES** |
| **29.** | City of Houston MWBE policies (MMD 00284-00297) | **YES** | **YES** |
| **30.** | Metropolitan/MMD Agreement for Field Maintenance Services 2012 (MMD 00298-00312) | **YES** | **YES** |
| **31.** | Metropolitan/MMD Agreement for Baldwin/Glover Parks Maintenance 2018 (MMD 00313-00333) | **YES** | **YES** |
| **32.** | Midtown Redevelopment Authority Administrative Procedure Manual (MMD 00334-00348) | **YES** | **YES** |
| **33.** | Midtown Redevelopment Authority 9 1 22 letter re: Ion Plaza MWBE efforts (MMD 00349) | **YES** | **YES** |
| **34.** | Texas Local Government Code §375.222 (MMD 00350) | **YES** | **YES** |
| **35.** | MMD DBE Overall Goal Calculation 2023-2025 (PLTF 0013-0015) | **YES** | **YES** |
| **36.** | City of Houston 2023 M/WBE Disparity Study (COH 6098-6254) | **YES** | **YES** |
| **37.** | City of Houston Disparity Study Appendices (COJ 6255-6595) | **YES** | **YES** |
| **38.** | Aug 2025 Landscape Maintenance Instructions on Bid Compliance (MMD 00351-00381) | **YES** | **YES** |
| **39.** | Midtown Management District DBE Program FY2025 (FTA Contracts) (MMD 00382-00406) | **YES** | **YES** |
| **40.** | Midtown Overall Goal Calculation FY2026-2028 (FTA Contracts) (MMD 00407-00425) | **YES** | **YES** |

Respectfully submitted,

**HARRIS HILBURN, PLLC**

/s/ *Britton B. Harris*

Britton B. Harris
Attorney in Charge
So. Dist. of Texas No. 00021
Texas Bar. No. 09054500
bharris@hhstxlaw.com
1111 Rosalie
Houston, Texas 77004
Telephone: (713) 223-3936
Facsimile: (713) 224-5358
**Attorney for Defendant**
**Midtown Management District**

**CERTIFICATE OF SERVICE**

I certify the above Notice of Defendants' Admitted Exhibits at Trial has been served upon all counsel of record via the Court's electronic service on this 4th day of November 2026.

/s/*Britton B. Harris*
Britton B. Harris