# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
November 09, 2026
Nathan Ochsner, Clerk of Court

No. 26-20618

United States Court of Appeals
Fifth Circuit
FILED
November 9, 2026
Thomas B. Plunkett, III
Clerk

LANDSCAPE CONSULTANTS OF TEXAS, INCORPORATED; METROPOLITAN LANDSCAPE MANAGEMENT, INCORPORATED,

*Plaintiffs—Appellees/Cross-Appellants,*

*versus*

CITY OF HOUSTON, TEXAS,

*Defendant—Appellant/Cross-Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-3516

UNPUBLISHED ORDER

Before STEWART, RICHMAN, and HAYNES, *Circuit Judges.*

PER CURIAM:

IT IS ORDERED that Appellant/Cross-Appellee's motion to grant an immediate interim stay of the District Court's injunction is DENIED as moot.

IT IS FURTHER ORDERED that Appellant/Cross-Appellee's motion to grant a stay of the injunction pending the resolution of the City's appeal without requiring a bond is DENIED.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 09, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-20618 Landscape Consultants of TX v. City of Houston
USDC No. 4:23-CV-3516

Enclosed is an order entered in this case.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Angelique B. Tardie
Angelique B. Tardie, Deputy Clerk
504-310-7715

Ms. Anastasia P. Boden
Ms. Laura D'Agostino
Sandy Dian Hellums-Gomez
Mr. Dean McGee
Mr. Nathan Ochsner
Mr. Joshua Paul Thompson
Mr. Spencer Tolson
Mrs. Erin Elizabeth Wilcox
Ms. Sherri Lynn Zack